**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **IN RE:**<br><br>**OB LLC,**<br><br>**Debtor** | **Case No.: 25-20897**<br><br>**Chapter 11** |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>UNITED STATES TRUSTEE FOR REGION 4</u>**

To the Clerk of the Court:

    Kindly enter the appearance of L. Jeanette Rice as counsel for the United States Trustee for Region 4 in this case.

| | |
|---|---|
| Dated: November 19, 2025 | **MATTHEW W. CHENEY**<br>Acting United States Trustee for Region 4<br>By Counsel:<br><br><u>/s/ L. Jeanette Rice</u><br>L. Jeanette Rice, Bar No. 12933<br>Assistant United States Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD  20770<br>Telephone: (301) 344-6216<br>Fax: (301) 344-8431<br>Email: Jeanette.rice@usdoj.gov |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 19, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV**
- **Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email**

          /s/L. Jeanette Rice
          L. Jeanette Rice