IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**OB LLC,**<br><br>　　　　　**Debtor.** | **Case No. 25-20897**<br>**(Chapter 11 – Subchapter V)** |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Stephen A. Metz, Esq.
Bar No. 13720
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: November 19, 2025　　　　　　　　**MATTHEW W. CHENEY**
　　　　　　　　　　　　　　　　　　　　Acting United States Trustee for Region 4

　　　　　　　　　　　　　　　　　　　　**By Counsel:**

　　　　　　　　　　　　　　　　　　　　*/s/ L. Jeanette Rice*
　　　　　　　　　　　　　　　　　　　　L. Jeanette Rice, Bar No.: 12933
　　　　　　　　　　　　　　　　　　　　6305 Ivy Lane, Suite 600
　　　　　　　　　　　　　　　　　　　　Greenbelt, MD  20770
　　　　　　　　　　　　　　　　　　　　(301) 344-6216
　　　　　　　　　　　　　　　　　　　　Fax: (301) 344-8431
　　　　　　　　　　　　　　　　　　　　E-mail: jeanette.rice@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on November 19, 2025, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

                                                */s/ L. Jeanette Rice*
                                                L. Jeanette Rice