# FIRST AMENDMENT TO
# PURCHASE AND SALE AGREEMENT

**THIS FIRST AMENDMENT TO PURCHASE AND SALE AGREEMENT** (this "Amendment") is dated as of the 21 day of November 2025, by and between OB LLC, a Delaware limited liability company ("Seller"), and WERRLEIN PROPERTIES LIMITED LIABILITY COMPANY, a Maryland limited liability company ("Buyer").

## RECITALS

A. Seller and Purchaser entered into that certain Purchase and Sale Agreement, dated as of December 19, 2023 (the "Purchase Agreement"), for the purchase and sale of certain real property described as approximately 8.94 acres more or less in total with Tax Account No. 151788512 in the Subdivision known as The Woods of Marlton, Plat 2 on Plat 147084, Parcel B. Such Property is more particularly identified amongst the land records of Prince George's County, Maryland in Plat Book NLP 147 at Plat No. 84: known as 8800 Grandhaven Avenue on that certain plat attached to the Purchase Agreement as <u>Exhibit A</u> (the "Property").

B. Seller and Purchaser desire that the Purchase Agreement be amended as set forth below.

## AGREEMENT

NOW, THEREFORE, for Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby confirmed by the parties, and in further consideration of the mutual covenants contained herein, the parties hereto agree as follows:

1. <u>Defined Terms</u>. All capitalized terms used herein and not otherwise defined or redefined herein shall have the same meaning ascribed to them in the Purchase Agreement.

2. <u>Closing</u>.

    (a) Section 1(c) of the Purchase Agreement is hereby amended to read in its entirety as follows:

    "<u>Closing:</u> The settlement on the purchase and sale of the Property at which Seller conveys title to Buyer by delivery of a deed and Buyer delivers the Purchase Price for the Property to Seller, which shall take place within thirty (30) days following the approval of the sale of the Property by the United States Bankruptcy Court for the District of Maryland (the date on which Closing occurs is referred to as the "Closing Date")." Seller will use its best efforts to obtain approval of the Sale. In the event that approval does not occur, or if the bankruptcy is terminated, Seller and Buyer will negotiate in good faith a new schedule for Closing consistent with any orders of the bankruptcy court.

    .

3. <u>Purchase Price.</u> Section 1(n) of the Purchase Agreement is hereby amended so that the Purchase Price of the Property is FOUR MILLION AND 00/100 DOLLARS ($4,000,000.00), <u>provided</u> that the Purchase Price *is not* subject to increase as set forth in Section 1(o) of the Purchase Agreement as such Section 1(o) has been deleted pursuant to Section 2(b) above in this Amendment.

      4.    <u>Feasibility Period; Title Objections.</u>  Buyer acknowledges and agrees that the Feasibility Period has expired and Buyer no longer has a right to make such investigations regarding the Property set forth in Section 4 of the Purchase Agreement or raise title objections under Section 6(b) of the Purchase Agreement.

      5.    <u>Deposit.</u>  The parties confirm that $[400,000] is being held as the Deposit pursuant to Section 3 of the Purchase Agreement.

      6.    <u>Conditions to Closing.</u>  Buyer acknowledges and agrees that Buyer is purchasing the property from Seller pursuant to a proceeding in bankruptcy and, therefore, such bankruptcy proceeding shall not be considered litigation as it relates to the condition to closing set forth in Section 8(c).

      7.    <u>Representations and Warranties.</u>  Section 14(b) of the Purchase Agreement containing Seller's representations and warranties regarding the Property is hereby deleted in its entirety, as is Section 14(c) regarding survival of such representations and warranties. Buyer acknowledges and agrees that Buyer is purchasing the Property from Seller pursuant to a proceeding in bankruptcy and is otherwise acquiring the Property "AS IS, WHERE IS, WITH ALL FAULTS."

      8.    <u>Ratifications</u>.  Except as expressly provided in this Amendment, in all other respects the Purchase Agreement is unmodified and remains in full force and effect and is hereby ratified by the parties, and the provisions of this Amendment shall govern and control over any contrary or inconsistent provisions of the Purchase Agreement.

      9.    <u>Governing Law</u>.  This Amendment shall be governed by and interpreted under the laws of the State of Maryland without giving effect to conflict of laws principles thereof.

      10.    <u>Successors and Assigns</u>.  This Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns Neither Party shall assign this Agreement or its rights hereunder to any other person without the non-assigning Party's prior written approval, which approval shall not be unreasonably withheld, conditioned, or delayed.

      11.    <u>Counterparts Deemed Original</u>.  This Amendment may be executed in one or more counterparts (including by PDF), all parties need not be signatories to the same documents, and all counterpart-signed documents shall be deemed to be an original and one (1) instrument.

**[Signature page follows.]**

**IN WITNESS WHEREOF,** Purchaser and Seller have executed this Amendment as of the date first set forth above.

ATTEST/WITNESS:          BUYER:

WERRLEIN PROPERTIES LIMITED LIABILITY COMPANY, a Maryland limited liability company

By: ___*Jonathan Werrlein*___
Name: ___Jonathan Werrlein___
Title: ___Managing Member___
Date: 11/21/2025

ATTEST/WITNESS:          SELLER:

OB LLC, a Delaware limited liability company

By: _____
Name: ___Erik Bolog___
Title:
Date: