IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. _____ / | |

**NOTICE OF MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, OPPORTUNITY TO OBJECT THERETO, AND HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that OB LLC ("OB" or the "Debtor") has filed a motion to sell the real property commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 (the "Property"), free and clear of all liens, to Werrlein Properties Limited Liability Company, for $4 million, with the proposed sale to close within 30 days of the motion being granted.

The motion may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770. A copy may also be obtained by sending an e-mail to mac@dcbankruptcy.com, with a carbon copy to christianna@dcbankruptcy.com, and therein (i) identifying this case; and (ii) requesting a copy of the motion.

Creditors and other parties in interest objecting to the motion are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, within twenty-one (21) days from the date of mailing of this Notice, with said deadline being December 15, 2025. An additional three (3) days are allowed to any party receiving this Notice solely by mail. A copy of any objection should be served on the undersigned. If an objection is filed, the Court may act on any such objection with

or without a hearing, at its discretion. If no objections are filed, the Court may approve the motion without further notice.

NOTICE IS FURTHER GIVEN that a hearing on the motion has been scheduled for January 8, 2026 at 11:30 am, prevailing Eastern Time, in Courtroom 3-C at 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

    Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

*[Certificate of Service on Following Page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Stephen A. Metz    smetz@offitkurman.com, mmargulies@offitkurman.com;MD71@ecfcbis.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 22nd day of November, 2025, a copy of the foregoing is being sent, via US Mail, postage prepaid, to:

>Democracy Capital Corporation
>4800 Montgomery Lane
>10th Floor
>Bethesda, Maryland 20814
>
>Comptroller of Maryland
>Revenue Administration Division
>PO Box 549
>Annapolis, Maryland 21404-0549
>
>Werrlein Properties Limited Liability Company
>522 Defense Highway
>Annapolis, Maryland 21401

/s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.