IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                    Case No. 25-20897-MCR

OB LLC                                                                   Chapter 11

    Debtor.
_____/

**ORDER GRANTING MOTION TO SELL**
**REAL PROPERTY FREE AND CLEAR OF ALL LIENS**

Upon consideration of the Motion to Sell Real Property Free and Clear of All Liens, DE #10 (the "Motion"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that OB LLC ("OB" or the "Debtor") is authorized to enter into the First Amendment to Purchase and Sale Agreement (the "Amendment"), attached to the Motion as Exhibit B; and it is further

ORDERED, that OB is authorized to sell the real property commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 (the "Property"), to Werrlein Properties Limited Liability Company ("WPLLC"), pursuant to the terms of the Amendment and the underlying sales contract (the "Contract"), attached to the Motion as Exhibit A; and it is further

1

ORDERED, that said sale shall be free and clear of all liens and encumbrances upon the Property; and it is further

ORDERED, that the Debtor is authorized—but not required—to pay, at the time of closing on the sale of the Property, the undisputed portion of the claim of Democracy Capital Corporation, without regard to whether or not Democracy Capital Corporation first files a proof of claim herein; and it is further

ORDERED, that the net proceeds of the sale of the Property shall be deposited, by the Debtor or by such closing agent as WPLLC may designate to conduct the closing, into a debtor-in-possession account held in the name of the Debtor; and it is further

ORDERED, that WPLLC shall be considered a good faith purchaser, for purposes of Section 363(m) of Title 11 of the United States Code.

Copies:
All Counsel of Record