IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. / | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, in addition to service achieved through CM/ECF, on November 22, 2025, I caused a copy of the notice of motion to sell, DE #10-3, to be served, via first class mail, postage prepaid, upon:

> Democracy Capital Corporation
> 4800 Montgomery Lane
> 10th Floor
> Bethesda, Maryland 20814
>
> Comptroller of Maryland
> Revenue Administration Division
> PO Box 549
> Annapolis, Maryland 21404-0549
>
> Werrlein Properties Limited Liability Company
> 522 Defense Highway
> Annapolis, Maryland 21401

I FURTHER CERTIFY that of even date herewith, I caused a copy of the motion to sell, DE #10 (inclusive of all exhibits thereto), to be sent, via e-mail, to Richard DuBose III, Esq. at rdubo@gebsmith.com, and Brian Rosenberg, Esq., at brosenberg@r-plaw.com. While neither such lawyer has appeared herein, I understand, from pre-petition discussions and activities, that one or both of those attorneys represented the interests of Democracy Capital Corporation in connection with a planned foreclosure that precipitated the filing of this case. Notice to these attorneys, via e-

mail, was done out of an abundance of caution, with aims of ensuring notice be delivered to Democracy Capital Corporation in all pragmatic ways aimed at ensuring the receipt thereof.

> Respectfully submitted,
>
> /s/ Maurice B. VerStandig
> Maurice B. VerStandig, Esq.
> Bar No. 18071
> THE BELMONT FIRM
> 1050 Connecticut Avenue NW,
> Suite 500
> Washington, DC 20036
> Phone: (301) 444-4600
> E-mail: mac@dcbankruptcy.com
> *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Stephen A. Metz    smetz@offitkurman.com, mmargulies@offitkurman.com;MD71@ecfcbis.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

> /s/ Maurice B. VerStandig
> Maurice B. VerStandig, Esq.