UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re<br><br>OB LLC,<br><br>        Debtor. | Case No. 25-20897<br><br>Chapter 11 |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Democracy Capital Corporation hereby enters its appearance in the above-captioned case by and through its counsel, James T. Heidelbach and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, facsimile numbers or e-mail addresses indicated below:

    James T. Heidelbach (Bar No.: 07715)
    Gebhardt & Smith LLP
    One South Street, Suite 2200
    Baltimore, Maryland 21202
    410-385-5028
    klusby@gebsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Respectfully submitted,

*/s/ James T. Heidelbach*
James T. Heidelbach (Bar No. 07715)
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5043
jheid@gebsmith.com

*Counsel to Democracy Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 25th day of November, 2025, I electronically filed the foregoing *Notice of Entry of Appearance And Request for Service Notices and Other Papers* electronically on all parties registered to receive notice in the above-captioned case via the Court's CM/ECF automated case management and electronic docketing system.

                                            */s/ James T. Heidelbach*
                                            James T. Heidelbach