IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. / | |

**DECLARATION OF M. LOUIS OFFEN PURSUANT TO 11 U.S.C. §§ 1116(1), 1187(a)**

1. My name is M. Louis Offen, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the sole member and a managing member of OB LLC (the "Debtor").

3. The Debtor does not maintain a balance sheet.

4. The Debtor does not maintain a statement of operations.

5. The Debtor does not maintain a cash flow statement.

6. The Debtor has inadvertently not filed tax returns for the past three years, but is having the outstanding returns prepared and filed and will docket the filing for the calendar year 2024 once completed.

7. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/3/2025

Signed by:
*M. Louis Offen*
8BB15AE90280479...
M. Louis Offen