Entered: December 10th, 2025
Signed: December 10th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **25–20897 – MCR**   Chapter: **11**

**OB LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered November 20, 2025, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig
      Case Trustee – Stephen A. Metz

**End of Order**

39x12 (rev. 05/31/1990) – ChristopherAdams