United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Keith M. Lusby | klusby@gebsmith.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdfparty | Total Noticed: 1 |

Stephen A. Metz
    smetz@offitkurman.com mmargulies@offitkurman.com,MD71@ecfcbis.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 7

Entered: December 10th, 2025
Signed: December 10th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:     Case No.: **25−20897 − MCR**     Chapter: **11**

**OB LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered November 20, 2025, is hereby DISSOLVED.

cc:  Debtor
     Attorney for Debtor − Maurice Belmont VerStandig
     Case Trustee − Stephen A. Metz

## End of Order

39x12 (rev. 05/31/1990) − ChristopherAdams