**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re** | **Case No. 25-20897** |
| **OB LLC,** | **Chapter 11** |
| Debtor. | |

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on the 15th day of December, 2025, I electronically filed *Democracy Capital Corporation's Objection To Motion To Sell Real Property Free And Clear Of All Liens* via CM/ECF, which will send notice of the filing to the following counsel of record:

- James Taylor Heidelbach jheid@gebsmith.com
- Nicole C. Kenworthy bdept@mrrlaw.net
- Keith M. Lusby klusby@gebsmith.com
- Stephen A. Metz smetz@offitkurman.com, mmargulies@offitkurman.com, MD71@ecfcbis.com
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

/s/ Keith M. Lusby
James T. Heidelbach (Bar No. 07715)
Keith M. Lusby (Bar No. 05596)
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com

*Counsel to Democracy Capital Corporation*