UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | Case No. 25-20897 |
| | Chapter 11 |
| OB LLC, | |
| Debtor. | |

**ORDER DETERMINING THAT DEBTOR'S PROPERTY CONSTITUTES  SINGLE ASSET REAL ESTATE THAT IS SUBJECT TO  11 U.S.C. § 362(d)(3)**

Upon consideration of the Motion of Democracy Capital Corporation For Entry Of An Order Determining That Debtor's Property Constitutes Single Asset Real Estate That Is Subject to 11 U.S.C. § 362(d)(3) ("Motion"), and any response thereto, and cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the property owned by the Debtor, OB, LLC ("Debtor"), known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 (the "Property"), constitutes "single asset real estate" as defined in 11 U.S.C. § 101(51B); and it is further

ORDERED, that the Debtor and the Property are subject to the provisions of 11 U.S.C. § 362(d)(3).

cc:

James T. Heidelbach
Keith M. Lusby
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
*Counsel for Democracy Capital Corporation*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Counsel for Debtor*

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
*Counsel for U.S. Trustee's Office*

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
*Trustee*

---END OF ORDER---