UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re<br><br>OB LLC,<br><br>　　　　Debtor. | Case No.  25-20897<br><br>Chapter 11 |

**OBJECTION TO DEBTOR'S DESIGNATION AS SMALL BUSINESS DEBTOR**

Democracy Capital Corporation, pursuant to this Court's *Initial Scheduling Order* [ECF No. 15] and *Federal Rule of Bankruptcy Procedure* 1020(b), objects to the Debtor, OB, LLC's, designation as a "small business debtor" and its eligibility to file under Subchapter V of Chapter 11 of the United States Bankruptcy Code[1] ("Subchapter V").  In support of this Objection, Democracy states as follows:

　　　1.　　The Debtor has self-identified as a "small business debtor" and filed this case under Subchapter V.

　　　2.　　In order to qualify under Subchapter V, a debtor must, among other things, qualify as a "small business debtor."  *See* 11 U.S.C. § 1182(a) (defining "debtor" under Subchapter V as a "small business debtor").

　　　3.　　The definition of "small business debtor" explicitly excludes those debtors "whose primary activity is the business of owning single asset real estate."  11 U.S.C. § 101(51D).

　　　4.　　Accordingly, single asset real estate or "SARE" debtors do not qualify as "small business debtors" and are not eligible for relief under Subchapter V.  *See, e.g.*, *In re Amerinvest, LLC*, 670 B.R. 40, 46 (Bankr. E.D. Va. 2025) ("[Debtors that qualify as single asset real estate

---

[1] 11 U.S.C. § 1181 *et seq.*

debtors do not qualify as small business debtors, or debtors under subchapter V of the Bankruptcy Code."); *In re Evergreen Site Holdings, Inc.*, 652 B.R. 307, 317 (Bankr. S.D. Ohio 2023) (noting that if debtor was SARE debtor it would render debtor "ineligible for relief under Subchapter V").

5. Contemporaneously herewith, Democracy has filed a motion with the Court to designate the Debtor's sole asset—a parcel of real estate commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772—as single asset real estate ("SARE Motion"). Democracy incorporates by reference the SARE Motion as if fully set forth herein.

6. For the foregoing reasons, the Court should: (a) sustain this Objection; and (b) determine, pursuant to *Federal Rule of Bankruptcy Procedure* 1020, that the Debtor is not a "small business debtor" within the meaning of 11 U.S.C. § 101(51D) and therefore is not entitled to any of the rights, procedures, or protections afforded to small business debtors under Chapter 11, including, without limitation, eligibility to proceed under Subchapter V.

Respectfully submitted,

*/s/ Keith M. Lusby*
Keith M. Lusby (Bar No. 05596)
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com

*Counsel to Democracy Capital Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 30th day of December, 2025, a copy of the foregoing Motion for Entry of an Order Determining that Debtor's Property Constitutes Single Asset Real Estate That Is Subject to 11 U.S.C. § 362(d)(3) and proposed order were served via ECF on the following parties:

>James Taylor Heidelbach jheid@gebsmith.com
>Nicole C. Kenworthy bdept@mrrlaw.net
>Keith M. Lusby klusby@gebsmith.com
>Stephen A. Metz smetz@offitkurman.com, mmargulies@offitkurman.com, MD71@ecfcbis.com
>L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
>US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
>Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

I further certify that I caused the foregoing Motion papers to be sent by first class mail, postage pre-paid, on:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Counsel for Debtor*

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
*Counsel for U.S. Trustee's Office*


Stephen A. Metz
Offit Kurman, P.A.

7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
*Trustee*

                                    */s/ Keith M. Lusby*
                                    Keith M. Lusby