IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**<u>OB LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON SALE MOTION</u>**

Comes now OB LLC ("OB" or the "Debtor") by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a hearing on January 8, 2026:

**I.   Witnesses**

OB reasonably anticipates calling the following witness to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. A corporate designee of OB (currently believed to be Michael Postal)

**II.   Exhibits**

OB reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor01 | Purchase and Sale Agreement (DE #10-1) | | | |
| Debtor02 | First Amendment to Purchase and Sale Agreement (DE #10-2) | | | |
| Debtor03 | Claim of Democracy Capital Corporation (Claim #1) | | | |

1

                                      Respectfully submitted,

Dated: January 5, 2026        By:    /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.
                                              Bar No. MD18071
                                              The VerStandig Law Firm, LLC
                                              9812 Falls Road, #114-160
                                              Potomac, Maryland 20854
                                              Phone: (301) 444-4600
                                              mac@mbvesq.com
                                              *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of January 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- James Taylor Heidelbach    jheid@gebsmith.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                              /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.