B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re OB, LLC
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Case No. 25-20897-MCR

Chapter 11

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Erik Bolog

*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE Courtroom 3-C<br>6500 Cherrywood Lane, Greenbelt, Maryland 20770. | COURTROOM 3-C<br>DATE AND TIME January 8, 2026 at 11:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

---

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12.30.25

CLERK OF COURT

_____           OR           _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Democracy Capital Corporation, who issues or requests this subpoena, are:

Keith M. Lusby, One South Street, Suite 2200, Baltimore, Maryland 21202

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Erik Bolog on *(date)* Dec 31, 2025.

[X] I served the subpoena by delivering a copy to the named person as follows: Upon arrival, I was greeted by an African-American female, I asked for Mr. Bolog, and she stated that he was currently in a meeting; however, she advised that as the Community Manager, she was authorized to accept documents on his behalf. I then handed her the documents, which she accepted. She identified herself as Kameryn Brinkley. on *(date)* Tue, Jan 06 2026; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/06/2026

*Server's signature*

Darius Bell II

*Printed name and title*

1750 Pennsylvania Ave NW #27997, Washington, DC 20038

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Jan 2, 2026, 11:08 am EST at Home: 9312 Chesley Road, Potomac, MD 20854
Attempt made, not served. Spoke to Erik's wife, she tells me subject no longer lives at address. She says he lives on Water Street in Georgetown N.W., Washington DC. She has little to no contact with him. She does not know the street number.

2) Unsuccessful Attempt: Jan 3, 2026, 2:49 pm EST at Home: 3303 Water Street Northwest Unit 3G, Washington, DC 20007
Upon arrival, I was greeted by an African-American female receptionist at the front desk. She appeared to be in her mid-50s, approximately 5'5" in height and around 150 pounds. I identified myself as a process server and advised her that I had legal documents to serve on Eric Bolog.
The receptionist stated that per the establishment's policy, they are not authorized to allow process servers access to residential units, nor would she verify whether Mr. Bolog resides at this location. Due to this policy, I was unable to proceed with service at this address and was advised that I would need to obtain Mr. Bolog's contact information directly.

3) Successful Attempt: Jan 6, 2026, 11:53 am EST at Company: 1763 Columbia Road Northwest Suite 100, Washington, DC 20009 received by Kameryn Brinkley . Age: 35; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'5"; Hair: Black; Eyes: Brown; Other: Title: Community Manager;
Upon arrival, I was greeted by an African-American female, I asked for Mr. Bolog, and she stated that he was currently in a meeting; however, she advised that as the Community Manager, she was authorized to accept documents on his behalf. I then handed her the documents, which she accepted. She identified herself as Kameryn Brinkley. This constitutes a successful rushed service attempt