**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  YES<br>Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 11

**Case: 25-20897-MCR**　　　　　　　　　　　　　　　Date: 01/08/2026 at 11:30 a.m.
**OB LLC**

Appearances:　Maurice Belmont VerStandig, counsel for Debtor
　　　　　　　Keith M. Lusby, counsel for Democracy Capital Corporation
　　　　　　　Justin Philip Fasano, counsel for Werrlein Properties Limited Liability Company
　　　　　　　Stephen A. Metz, Subchapter V Trustee
　　　　　　　L. Jeanette Rice, Office of the United States Trustee

Also present:　Erik Bolog, representative of Debtor

[10] Motion to Sell 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 Free and Clear of Liens and Notice of Motion. Fee Amount $199. Notice Served on 11/21/2025, Filed by OB LLC. Objections due by 12/12/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 01/08/2026 at 11:30 AM - Courtroom 3-C. (Attachments: # 1 Exhibit A - Purchase and Sale Agreement # 2 Exhibit B - First Amendment to Purchase and Sale Agreement # 3 Notice # 4 Proposed Order)

　　　[27] Objection on behalf of Democracy Capital Corporation Filed by Keith M. Lusby (related document(s)10 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor OB LLC).

COMMENTS:　　　Counsel for the Debtor reported that the purchase price is sufficient to pay all claims in full even if Democracy's claim is allowed in the amount set forth in its proof of claim.  The purchase price is $4M, Democracy's proof of claim is $3.91M, and the County filed a claim for almost $29,000.  Transfer and recordation taxes are estimated to be $80,000, and they will be split equally between the Debtor and the purchaser.  Counsel is holding a retainer that he believes will be sufficient to cover his fees if the sale is approved, the plan is confirmed, and the parties do not spend much time litigating.  He reported that the Debtor is agreeable to paying Democracy $3.4M at closing and escrowing the rest until the claim is determined.

　　　　　　　　　　The Court will briefly continue the hearing to allow the Sub V Trustee an opportunity to communicate with the parties and try to resolve the issues.

　　　　　　　　　　The Debtor's response to Democracy's motion to designate the case as an SARE case [Dkt. No. 31] and Democracy's objection to the Debtor's designation as a small business debtor [Dkt. No. 32] are due 1/13/26.

                    The Court will reschedule the Section 1188 status conference from 1/14/26 at 11:00 a.m. to 1/15/26 at 12:00 p.m.

DISPOSITION:      Hearing on sale motion held and continued to 1/15/26 at 12:00 p.m. in person.  Hearing on SARE motion and objection to SBD designation set for same date and time.  Section 1188 status conference rescheduled to same date and time.  Court will issue a hearing notice.