United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: ntchrgbk | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| intp | + | Werrlein Properties Limited Liability Company, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| 33018573 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33018574 | + | Democracy Capital Corporation, 4800 Montgomery Lane, 10th Floor, Bethesda, MD 20814-3429 |
| 33018575 | #+ | M. Louis Offen, 141 Bethlehem Pike, Philadelphia, PA 19118-2814 |
| 33018576 | + | Werrlein Properties Limited Liability Co, 522 Defense Highway, Annapolis, MD 21401-7634 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bdept@mrrlaw.net | | |
| | | | Jan 08 2026 19:17:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| 33019816 | + | Email/Text: bdept@mrrlaw.net | | |
| | | | Jan 08 2026 19:17:00 | Prince George's County, Maryland, c/o Nicole C. Kenworthy, Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave. Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 10, 2026 | Signature: | /s/Gustava Winters |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: ntchrgbk | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith M. Lusby | klusby@gebsmith.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **25−20897 − MCR**   Chapter: **11**

**OB LLC**
Debtor

## NOTICE OF HEARING & SECTION 1188 STATUS CONFERENCE

In person hearing Courtroom 3−C Greenbelt, Judge Chavez−Ruark.

PLEASE TAKE NOTICE that a hearing will be held on 1/15/26 at 12:00 PM

to consider and act upon the following:

1 − Chapter 11 Subchapter V Voluntary Petition Non−Individual . Fee Amount $1738 Filed by OB LLC. Ch 11 Plan Subch V Due by 02/17/2026. Government Proof of Claim due by 05/18/2026. Statement of Financial Affairs due 12/3/2025. Incomplete Filings due 12/3/2025 (VerStandig, Maurice)

10 − Motion to Sell 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 Free and Clear of Liens and Notice of Motion. Fee Amount $199. Notice Served on 11/21/2025, Filed by OB LLC. Objections due by 12/12/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 01/08/2026 at 11:30 AM − Courtroom 3−C. (Attachments: # 1 Exhibit A − Purchase and Sale Agreement # 2 Exhibit B − First Amendment to Purchase and Sale Agreement # 3 Notice # 4 Proposed Order) (VerStandig, Maurice)

27 − Objection on behalf of Democracy Capital Corporation Filed by Keith M. Lusby (related document(s)10 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor OB LLC). (Lusby, Keith)

31 − Motion Of Democracy Capital Corporation For Entry Of An Order Determining That Debtors Property Constitutes Single Asset Real Estate That Is Subject To 11 U.S.C. § 362(D)(3) Filed by Democracy Capital Corporation. (Attachments: # 1 Proposed Order) (Lusby, Keith)

32 − Objection on behalf of Democracy Capital Corporation Filed by Keith M. Lusby (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor OB LLC, 15 Scheduling Order for Chapter 11 Small Business Subchapter V). (Lusby, Keith)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/8/26

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)