UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re | Case No. 25-20897 |
| OB LLC, | Chapter 11 |
| Debtor. | |

**DEMOCRACY CAPITAL CORPORATION'S LIST OF EXHIBITS AND WITNESSES FOR JANUARY 15, 2026 HEARING**

Pursuant to this Court's *Evidentiary Protocol*, Democracy Capital Corporation submits its List of Exhibits and Witnesses for the January 15, 2026 Hearing on the Debtor's Motion to Sell Real Property Free and Clear Of All Liens [D.E. 10], Democracy's Motion to Determine That The Debtor's Property Constitutes Single Asset Real Estate [D.E. 31], and Democracy's Objection to Debtor's Designation as a Small Business Debtor [D.E. 32].

**EXHIBIT LIST**

**Joint Exhibit 1** – Democracy Capital Corporation's Proof of Claim.[1]

**Democracy Exhibit 1 –** Gebhardt & Smith LLP Legal Invoices

**Democracy Exhibit 2** – Debtor's First Amended Plan [D.E. 36]

**Democracy Exhibit 3 –** Debtor's Petition and Schedules [D.E. 1]

Democracy Capital reserves the right to rely on any exhibit identified by any other party, and to offer additional exhibits as rebuttal.

---

[1] Both parties intend to rely on Democracy Capital's proof of claim and the Debtor has identified it as Debtor's Exhibit 3.

## **WITNESS LIST**

Democracy Capital Corporation may call the following witnesses at the hearing:

1. Erik Bolog.

2. Richard A. DuBose, Esq.

Democracy Capital reserves the right to call any witnesses designated by any other party and to call rebuttal witnesses.

                                         Respectfully submitted,

                                         */s/ Keith M. Lusby*
                                         James T. Heidelbach (Bar No. 07715)
                                         Keith M. Lusby (Bar No. 05596)
                                         Gebhardt and Smith LLP
                                         One South Street, Suite 2200
                                         Baltimore, Maryland 21202
                                         (410) 385-5028
                                         klusby@gebsmith.com

                                         *Counsel to Democracy Capital Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2026, I electronically filed the foregoing *Exhibit and Witness List,* which will send notice of the filing to the following counsel of record:

James Taylor Heidelbach jheid@gebsmith.com

Nicole C. Kenworthy bdept@mrrlaw.net

Keith M. Lusby klusby@gebsmith.com

Stephen A. Metz smetz@offitkurman.com,
MD71@ecfcbis.com,
lydia.yale@offitkurman.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

*/s/ Keith M. Lusby*
Keith M. Lusby