# DEMOCRACY EXHIBIT 1

LAW OFFICES
## Gebhardt & Smith LLP

September 9, 2025

Democracy Capital Corporation                                                                                   212969
JR Schuble                                                                                                                  JTH
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

Re:   OB, LLC

Our File No.: 05549-37543

### FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---:|---:|
| Richard A. Dubose III | 3.30 hours at 450.00/hr | 1,485.00 |
| James T. Heidelbach | 3.50 hours at 495.00/hr | 1,732.50 |
| TOTAL FEES | | 3,217.50 * |
| **TOTAL FEES DUE** | | **$3,217.50** |

### COSTS ADVANCED:

| | | |
|---|---:|---:|
| Title Work | 725.00 | |
| Copy | 1.20 | |
| Federal Express | 29.04 | |
| TOTAL COSTS ADVANCED | | $755.24 |
| **TOTAL FEES AND COSTS BILLED** | | **$3,972.74** |
| **TOTAL AMOUNT DUE** | | **$3,972.74** |

*See attached for details.

Wire Instructions:
To: M&T Bank
    Buffalo, NY
M&T Routing #▮▮▮▮▮▮▮▮▮
Deposit to: Gebhardt & Smith LLP
    ▮▮▮▮▮▮▮▮▮Operating Acct)

ACH Credits Only:
To: M&T Bank
    Baltimore, MD
M&T Routing #▮▮▮▮▮▮▮▮▮
Deposit to: Gebhardt & Smith LLP
    ▮▮▮▮▮▮▮▮Operating Acct)

LAW OFFICES
## Gebhardt & Smith LLP

---

October 2, 2025

Democracy Capital Corporation  
JR Schuble  
President  
4800 Montgomery Lane, Suite 1000  
Bethesda, Maryland 20814

213152  
JTH

Re: OB, LLC

Our File No.: 05549-37543

**FOR PROFESSIONAL SERVICES RENDERED**

| | | |
|---|---|---:|
| Richard A. Dubose III | 6.90 hours at 450.00/hr | 3,105.00 |
| James T. Heidelbach | 5.10 hours at 495.00/hr | 2,524.50 |
| Elizabeth D. Peters | 0.70 hours at 325.00/hr | 227.50 |
| TOTAL FEES | | 5,857.00 * |

**TOTAL FEES DUE** ............................................................................................... $5,857.00

**COSTS ADVANCED:**

| | | |
|---|---:|---:|
| Harbor City Research | 318.75 | |
| Filing Fees | 136.00 | |
| TOTAL COSTS ADVANCED | | $454.75 |

**TOTAL FEES AND COSTS BILLED** ..................................................................... $6,311.75  
**AMOUNT DUE ON PRIOR STATEMENT** ............................................................ $3,972.74  
**TOTAL AMOUNT DUE** ...................................................................................... $10,284.49

*See attached for details.

Wire Instructions:  
To: M&T Bank  
   Buffalo, NY  
M&T Routing #[REDACTED]  
Deposit to: Gebhardt & Smith LLP  
      970314465 (Operating Acct)

ACH Credits Only:  
To: M&T Bank  
   Baltimore, MD  
M&T Routing #[REDACTED]  
Deposit to: Gebhardt & Smith LLP  
      970314465 (Operating Acct)

LAW OFFICES
# Gebhardt & Smith LLP

November 3, 2025

Democracy Capital Corporation  213557
JR Schuble  JTH
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| Richard A. Dubose III | 4.40 hours at 450.00/hr | 1,980.00 |
| James T. Heidelbach | 0.50 hours at 495.00/hr | 247.50 |
| TOTAL FEES | | 2,227.50 * |

TOTAL FEES DUE  $2,227.50

COSTS ADVANCED:

| | | |
|---|---|---|
| Filing Fees | 113.12 | |
| Title Work | 125.00 | |
| Copy | 6.00 | |
| Postage | 19.20 | |
| TOTAL COSTS ADVANCED | | $263.32 |

| | |
|---|---|
| TOTAL FEES AND COSTS BILLED | $2,490.82 |
| AMOUNT DUE ON PRIOR STATEMENT | $10,284.49 |
| TOTAL AMOUNT DUE | $12,775.31 |

*See attached for details.

Wire Instructions:
To: M&T Bank
   Buffalo, NY
M&T Routing #
Deposit to: Gebhardt & Smith LLP
           (Operating Acct)

ACH Credits Only:
To: M&T Bank
   Baltimore, MD
M&T Routing #
Deposit to: Gebhardt & Smith LLP
           (Operating Acct)

LAW OFFICES
# Gebhardt & Smith LLP

December 3, 2025

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

214000
JTH

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| Richard A. Dubose III | 13.50 hours at 450.00/hr | 6,075.00 |
| James T. Heidelbach | 6.50 hours at 495.00/hr | 3,217.50 |
| Keith M. Lusby | 4.30 hours at 450.00/hr | 1,935.00 |
| TOTAL FEES | | 11,227.50 * |

**TOTAL FEES DUE**      $11,227.50

COSTS ADVANCED:

| | |
|---|---|
| Copy | 17.00 |
| Process Servers | 100.00 |
| Title Work | 100.00 |
| Postage | 67.20 |
| Travel | 53.25 |
| TOTAL COSTS ADVANCED | $337.45 |

**TOTAL FEES AND COSTS BILLED**      $11,564.95

**TOTAL AMOUNT DUE**      $11,564.95

*See attached for details.

Wire Instructions:
To: M&T Bank
   Buffalo, NY
M&T Routing ▮▮▮
Deposit to: Gebhardt & Smith LLP
   ▮▮▮ Operating Acct)

ACH Credits Only:
To: M&T Bank
   Baltimore, MD
M&T Routing # ▮▮▮
Deposit to: Gebhardt & Smith LLP
   ▮▮▮ Operating Acct)

LAW OFFICES
# Gebhardt & Smith LLP

January 9, 2026

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

214414
JTH

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| Richard A. Dubose III | 0.30 hours at 450.00/hr | 135.00 |
| James T. Heidelbach | 13.90 hours at 495.00/hr | 6,880.50 |
| Keith M. Lusby | 24.40 hours at 450.00/hr | 10,980.00 |
| Elizabeth D. Peters | 3.50 hours at 325.00/hr | 1,137.50 |
| Katherine C. Roe | 0.40 hours at 365.00/hr | 146.00 |
| TOTAL FEES | | 19,279.00 * |
| TOTAL FEES DUE | | $19,279.00 |

| | |
|---|---|
| TOTAL FEES AND COSTS BILLED | $19,279.00 |
| TOTAL AMOUNT DUE | $19,279.00 |

*See attached for details.

Wire Instructions:
To: M&T Bank
    Buffalo, NY
M&T Routing #▮▮▮▮▮▮▮▮▮
Deposit to: Gebhardt & Smith LLP
    ▮▮▮▮▮▮▮▮▮▮Operating Acct)

ACH Credits Only:
To: M&T Bank
    Baltimore, MD
M&T Routing #▮▮▮▮▮▮▮▮
Deposit to: Gebhardt & Smith LLP
    ▮▮▮▮▮▮▮▮▮▮Operating Acct)

LAW OFFICES
## Gebhardt & Smith LLP

January 12, 2026

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

0
JTH

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---:|
| Patrick D. Hanlon | 1.70 hours at 390.00/hr | 663.00 |
| Keith M. Lusby | 12.40 hours at 450.00/hr | 5,580.00 |
| Katherine C. Roe | 1.00 hours at 365.00/hr | 365.00 |
| TOTAL FEES | | 6,608.00 * |
| **TOTAL FEES DUE** | | **$6,608.00** |

| | |
|---|---:|
| TOTAL FEES AND COSTS BILLED | $6,608.00 |
| AMOUNT DUE ON PRIOR STATEMENT | $19,279.00 |
| TOTAL AMOUNT DUE | $25,887.00 |

*See attached for details.

Wire Instructions:
To: M&T Bank
   Buffalo, NY
M&T Routing
Deposit to: Gebhardt & Smith LLP
            Operating Acct)

ACH Credits Only:
To: M&T Bank
   Baltimore, MD
M&T Routing #
Deposit to: Gebhardt & Smith LLP
            Operating Acct)