### 27-4202. Residential Base Zones

**(a)  General Purposes of Residential Base Zones**

The Residential base zones established in this Section are intended to provide a comfortable, healthy, safe, and pleasant environment in which to live and recreate. More specifically, they are intended to:

**(1)** Provide appropriately located lands for residential development that are consistent with the goals and policies of the General Plan and the applicable Area Master Plan or Sector Plan;

**(2)** Ensure adequate light, air, privacy, and open space for each dwelling, and protect residents from the negative effects of noise, excessive population density, flooding, and other significant adverse environmental impacts;

**(3)** Ensure protection from fires, explosions, toxic fumes and substances, and other public safety hazards;

**(4)** Provide for residential housing choice, affordability, and diversity with varying housing densities, types, and designs;

**(5)** Provide for safe and efficient vehicular, bicycle, and pedestrian access and circulation, and neighborhoods that promote multiple forms of mobility;

**(6)** Provide for the public services and facilities needed to serve residential development;

**(7)** Protect the existing character of lands in the residential zones from incompatible development;

**(8)** Accommodate new infill development and redevelopment that is consistent with the context and the character of the residential zone in which it is located; and

**(9)** Promote sustainable development in terms of energy efficiency and conservation, greenhouse gas reductions, food security, materials recycling, and similar sustainability goals.

**(b)  Residential Estate (RE) Zone**

**(1)  Purposes**

The purposes of the Residential Estate (RE) Zone are:

(A) To provide for and encourage variation in the size, shape, and width of single-family detached residential subdivision lots, in order to better utilize the natural terrain;

(B) To facilitate the planning of single-family residential developments with large lots and dwellings of various sizes and styles;

(C) To encourage the preservation of trees and open spaces in order to create an estate-like atmosphere; and

(D) To prevent soil erosion and stream valley flooding.







(2) **Intensity and Dimensional Standards**

| Standard(1) | Agricultural Uses | Single-Family Detached Dwelling | Other Uses |
|---|---|---|---|
| Density, max. (du/ac of net lot area) | No requirement | 1.08 | No requirement |
| Net lot area, min. | 2 ac | 40,000 | 40,000 |
| ❶ Lot width, min. (ft) | 50 | 120(4) | 50 |
| Lot frontage (width) at front street line, min. (ft) | 40 | 70 | 40 |
| Lot coverage, max. (% of net lot area) | 20 | 20 | 60 |
| ❷ Front yard depth, min. (ft) | 25 | 25 | 25 |
| ❸ Side yard depth, min. (ft) (2) | 17 | 17 | 17 |
| ❹ Rear yard depth, min. (ft) | 25 | 25 | 25 |
| ❺ Principal structure height, max. (ft) | 35 | 35 | 35 |
| Accessory structure height, max. (ft) (3) | 15 | 15 | 15 |

NOTES: du/ac = dwelling units per acre; sf = square feet; ft = feet

(1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.

(2) On corner lot, min. side yard depth alongside street = 25 ft. ❻

(3) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception, and may be increased to forty (40) feet with approval of a Special Exception, if the building is used for agricultural purposes and is erected on property (used for agriculture) containing at least five (5) acres.

(4) If the lot is served by an individual well or sewerage system, the min. width shall be 150 ft.

**Single-Family Detached Dwellings and Agricultural and Other Uses**



(3) **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |

(3) **Reference to Other Standards**

| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |
|---|---|---|

### (c)  Residential, Rural (RR) Zone

(1) **Purposes**

The purposes of the Residential, Rural (RR) Zone are:
- (A) To provide for and encourage variation in the size, shape, and width of single-family detached residential subdivision lots, in order to better utilize their natural terrain;
- (B) To facilitate the planning of single-family residential developments with moderately large lots and dwellings of various sizes and styles;
- (C) To encourage the preservation of trees and open spaces; and
- (D) To prevent soil erosion and stream valley flooding.





(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
|---|---|---|
| Density, max. (du/ac of net lot area) | 2.17 | No requirement |
| Net lot area, min. (sf) | 20,000 | 20,000 |
| ❶ Lot width, min. (ft) | 80(4) | 100 |
| Lot frontage (width) at front street line, min. (ft) | 70 | 70 |
| Lot coverage, max. (% of net lot area) | 25 | 60 |
| ❷ Front yard depth, min. (ft) | 25 | 25 |
| ❸ Side yard depth, min. (ft) (2) | 8 | 8 |
| ❹ Rear yard depth, min. (ft) | 20 | 20 |
| ❺ Principal structure height, max. (ft) | 40 | 40 |
| Accessory structure height, max. (ft) (3) | 15 | 15 |

NOTES: du/ac = dwelling units per acre; sf = square feet; ft = feet
- (1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
- (2) On corner lot, min. side yard depth alongside street = 25 ft. ❻
- (3) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception, and may be increased to forty (40) feet with approval of a Special Exception, if the building is used for agricultural purposes and is erected on property (used for agriculture) containing at least five (5) acres.
- (4) Minimum 100 ft if the lot is not served by a public or other approved water supply system.

(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
|---|---|---|

**Single-Family Detached Dwellings and Other Uses**

(3) **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

**(d)  Residential, Single-Family-95 (RSF-95) Zone**

(1) **Purposes**

The purposes of the Residential, Single-Family-95 (RSF-95) Zone are:
  (A) To provide for and encourage variation in the size, shape, and width of single-family detached residential subdivision lots, in order to better utilize the natural terrain;
  (B) To facilitate the planning of single-family residential developments with medium-sized lots and dwellings of various sizes and styles;
  (C) To encourage the preservation of trees and open spaces; and
  (D) To prevent soil erosion and stream valley flooding.



 

(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
|---|---|---|
| Density, max. (du/ac of net lot area) | 4.58 | No requirement |
| Net lot area, min. (sf) | 9,500 | 9,500 |
| ❶ Lot width, min. (ft) | 75 | 75 |
| Lot frontage (width) at front street line, min. (ft) | 50 (4) | 60 |
| Lot coverage, max. (% of net lot area) | 30 | 60 |
| ❷ Front yard depth, min. (ft) | 25 | 25 |
| ❸ Side yard depth, min. (ft) (2) | 8 | 8 |
| ❹ Rear yard depth, min. (ft) | 20 | 20 |
| ❺ Principal structure height, max. (ft) | 40 | 40 |
| Accessory structure height, max. (ft) (3) | 15 | 15 |

NOTES: du/ac = dwelling units per acre; sf = square feet; ft = feet
  (1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
  (2) On corner lot, min. side yard depth alongside street = 25 ft. ❻
  (3) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception.
  (4) If the lot is located on a cul-de-sac, the minimum width may be reduced to forty-five (45) feet.

(2)  **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
|---|---|---|
| Single-Family Detached Dwellings and Other Uses | | |

(3)  **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

**(e)    Residential, Single-Family-65 (RSF-65) Zone**

(1) **Purposes**

The purposes of the Residential, Single-Family-65 (RSF-65) Zone are:
 (A) To provide for and encourage variation in the size, shape, and width of single-family detached residential subdivision lots, in order to better utilize the natural terrain;
 (B) To facilitate the planning of higher density single-family residential developments with small lots and dwellings of various sizes and styles;
 (C) To encourage the preservation of trees and open spaces; and
 (D) To prevent soil erosion and stream valley flooding.





(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
| --- | --- | --- |
| Density, max. (du/ac of net lot area) | 6.7 | No requirement |
| Net lot area, min. (sf) | 6,500 | 6,500 |
| ❶ Lot width, min. (ft) | 65 | 45 |
| Lot frontage (width) at front street line, min. (ft) | 45 (4) | 36 |
| Lot coverage, max. (% of net lot area) | 35 | 60 |
| ❷ Front yard depth, min. (ft) | 25 | 25 |
| ❸ Side yard depth, min. (ft) (2) | 8 | 8 |
| ❹ Rear yard depth, min. (ft) | 20 | 20 |
| ❺ Principal structure height, max. (ft) | 40 | 40 |
| Accessory structure height, max. (ft) (3) | 15 | 15 |

**NOTES:** du/ac = dwelling units per acre; sf = square feet; ft = feet
 (1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
 (2) On corner lot, min. side yard depth alongside street = 25 ft. ❻
 (3) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception.
 (4) If the lot is located on a cul-de-sac, the minimum width may be reduced to forty-five (45) feet.

(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Other Uses |
|---|---|---|

**Single-Family Detached Dwellings and Other Uses**



(3) **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

### (f) Residential, Single-Family-Attached (RSF-A) Zone

(1) **Purposes**

The purposes of the Residential, Single-Family-Attached (RSF-A) Zone are:

(A) To provide for development in a form that supports residential living and walkability, is pedestrian oriented and is well connected to surrounding lands;

(B) To provide development that is respectful of the natural features of the land; and

(C) To provide development that is compatible with surrounding lands.





(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Two-Family Dwelling | Three-Family Dwelling | Townhouse Dwelling | Other Uses |
|---|---|---|---|---|---|
| Density, max. (du/ac of net lot area) | 8.70 | 32.66 | 12.44 | 16.33 | No requirement |
| Net lot area, min. (sf) | 5,000 | No requirement | No requirement | No requirement | 6,500 |
| ❶ Lot width, min. (ft) | 45 (10) | 60 (8) | 40 | 20 (5) | 45 |
| Lot frontage (width) at front street line, min. (ft) | 40 | 48 (9) | 32 | 16 | 36 |
| Lot coverage, max. (% of net lot area) | 40 | 45 (2) | 40 (2) | 45 (2) | 60 |
| ❷ Front yard depth, min. (ft) | 15 | 15 | 15 | 15 | 15 |
| ❸ Side yard depth, min. (ft) | 8 (3) | 8 (4) | 8 (4) | 8 (4) | 8 (3) |
| ❹ Rear yard depth, min. (ft) | 20 | 20 (7) | 20 | 20 (7) | 20 |
| ❺ Principal structure height, max. (ft) | 40 | 50 | 40 | 50 | 40 |
| Accessory structure height, max. (ft) (6) | 25 | 25 | 25 | 25 | 25 |

NOTES: du/ac = dwelling units per acre; sf = square feet; ft = feet

(1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
(2) Applicable to the lot coverage of the development lot as a whole rather than individual lots under townhouse units.
(3) On corner lot, min. side yard depth alongside street = 25 ft. ❻
(4) Applicable to the buildings on the edges of the development lot as a whole. Within the development lot as a whole, a minimum separation of 8 feet is required between buildings.
(5) Applicable to the individual lots under townhouse units. The minimum lot width for the development lot as a whole shall be 100 ft.
(6) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception. Height may not exceed 2 stories.
(7) May be reduced to 0 feet when a 20-foot-wide or wider alley is provided, or to a range between 5 and 10 feet when an alley less than 20 feet in width is provided.
(8) May be reduced to 20 feet when building vertically stacked dwelling units.
(9) May be reduced to 16 feet when building vertically stacked dwelling units.
(10) If the lot is located on a cul-de-sac, the minimum width may be reduced to forty-five (45) feet.



Single-Family Dwellings and Two- and Three- Family Dwellings

Townhouse Dwellings and Other Uses

(3) **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

## (g) Residential, Multifamily-12 (RMF-12) Zone

(1) **Purposes**

The purposes of the RMF-12 Zone are:

(A) To make available low-density, multifamily developments of the "garden apartment" type which would offer many of the advantages normally associated with a single-family dwelling;

(B) To provide for this type of development at locations recommended in an Area Master Plan or Sector Plan, or at other locations which are found to be suitable by the District Council; and

(C) To provide for this type of development at locations which are adequately served by facilities such as those for circulation, sanitation, and retail sales and service.






(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Two-Family Dwelling | Three-Family Dwelling | Townhouse Dwelling | Multifamily Dwelling | Other Uses |
|---|---|---|---|---|---|---|
| Density, max. (du/ac of net lot area) | 8.70 | 24.00 | 10.00 | 12.00 | 12.00 | No requirement |
| Net lot area, min. (sf) | 5,000 | No requirement | No requirement | No requirement | 9,000 | 14,000 |
| ❶ Lot width, min. (ft) | 50 | 60 (2)(8) | 60 (2) | 20 (2)(6) | 75 (2) | 75 (2) |
| Lot frontage (width) at front street line, min. (ft) | 40 | 48 (9) | 48 | 16 | 60 | 60 |
| Lot coverage, max. (% of net lot area) | 30 | 35 (3) | 35 (3) | 35 (3) | 35 | 20 |
| Green area, min. (% of net lot area) | No requirement | No requirement | No requirement | 50 | 50 | 70 |
| ❷ Front yard depth, min. (ft) | 15 | 15 | 15 | 15 | 15 | 20 |
| ❸ Side yard depth, min. (ft) | 8 | 8 (4) | 8 (4) | 8 (4) | 8 (5) | 8 (5) |
| ❹ Rear yard depth, min. (ft) | 20 | 20 | 20 | 20 | 20 | 20 |
| ❺ Principal structure height, max. (ft) | 40 | 50 | 40 | 50 | 50 | 40 |
| Accessory structure height, max. (ft) (7) | 15 | 15 | 15 | 15 | 15 | 15 |

NOTES: du/ac = dwelling units per acre; sf = square feet; ft = feet

(1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
(2) 100 ft on corner lots. ❻
(3) Applicable to the building coverage of the development lot as a whole rather than individual lots under townhouse units.
(4) Applicable to buildings on the edges of the development lot as a whole. Within the development lot as a whole, a minimum separation of 8 feet is required between buildings.
(5) On corner lot, min. side yard depth alongside street = 15 ft. ❼
(6) Applicable to the individual lots under townhouse units. The minimum lot width for the development lot as a whole shall be 100 ft.
(7) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception.
(8) May be reduced to 20 feet when building vertically stacked dwelling units.
(9) May be reduced to 16 feet when building vertically stacked dwelling units.



Single-Family Detached Dwellings    Two- and Three-Family Dwellings

(2) **Intensity and Dimensional Standards**

| Standard(1) | Single-Family Detached Dwelling | Two-Family Dwelling | Three-Family Dwelling | Townhouse Dwelling | Multifamily Dwelling | Other Uses |
|---|---|---|---|---|---|---|

**Townhouse Dwellings**

**Multifamily Dwellings and Other Uses**

(3) **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

### (h)   Residential, Multifamily-20 (RMF-20) Zone

(1) **Purposes**

The purposes of the Residential, Multifamily-20 (RMF-20) Zone are:

(A) To provide suitable sites for high-density multifamily residential development;

(B) To provide for this type of development at locations recommended by an Area Master Plan or Sector Plan, or at other locations which are found to be suitable by the District Council;

(C) To support multifamily development at sites that are proximate to centers or are at appropriate locations along commercial corridors; and

(D) To ensure compatibility with surrounding lands.







(2) **Intensity and Dimensional Standards**

| Standard(1) | Two-Family Dwelling | Three-Family Dwelling | Townhouse Dwelling | Multifamily Dwelling | Other Uses |
|---|---|---|---|---|---|
| Density, max. (du/ac of net lot area) | 40.00 | 14.00 | 20.00 | 20.00 | No requirement |
| Net lot area, min. (sf) | No requirement | No requirement | No requirement | 7,500 | 7,500 |
| ❶ Lot width, min. (ft) | 60 (2)(9) | 60 (2) | 20 (7) | 60 (2) | 60 (2) |
| Lot frontage (width) at front street line, min. (ft) | 48 (10) | 48 | 16 | 48 | 48 |
| Lot coverage, max. (% of net lot area) | 35 (3) | 35 (3) | 40 (3) | 40 | 60 |
| Green area, min. (% of net lot area) | No requirement | No requirement | 50 | 60 | No requirement |
| ❷ Front yard depth, min. (ft) | 15 | 15 | 15 | 15 | 0 |
| ❸ Side yard depth, min. (ft) | 8 (4) | 8 (4) | 8 (4) | 8 (5) | 8 (5) |
| ❹ Rear yard depth, min. (ft) | 20 | 20 | 20 | 20 | 20 |
| ❺ Principal structure height, max. (ft) (6) | 50 | 50 | 50 | 50 | 50 |
| Accessory structure height, max. (ft) (7)(8) | 15 | 15 | 15 | 15 | 15 |

**NOTES**: du/ac = dwelling units per acre; sf = square feet; ft = feet

(1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
(2) 80 ft on corner lots. ❻
(3) Applicable to the building coverage of the development lot as a whole rather than individual lots under townhouse units.
(4) Applicable to buildings on the edges of the development lot as a whole. Within the development lot as a whole, a minimum separation of 8 feet is required between buildings.
(5) On corner lot, min. side yard depth alongside street = 15 ft. ❼
(6) 80 ft where net lot area ≥ 4 acres.
(7) Applicable to the individual lots under townhouse units. The minimum lot width for the development lot as a whole shall be 100 ft.
(8) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception.
(9) May be reduced to 20 feet when building vertically stacked dwelling units.
(10) May be reduced to 16 feet when building vertically stacked dwelling units.



Two- and Three-Family Dwellings          Townhouse Dwellings

### (2) Intensity and Dimensional Standards

| Standard(1) | Two-Family Dwelling | Three-Family Dwelling | Townhouse Dwelling | Multifamily Dwelling | Other Uses |
|---|---|---|---|---|---|
| Multifamily Dwellings and Other Uses | | | | | |



### (3) Reference to Other Standards

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

### (i) Residential, Multifamily-48 (RMF-48) Zone

(1) **Purposes**

The purposes of the Residential, Multifamily-48 (RMF-48) Zone are:
  (A) To provide suitable sites respectful of the natural features of the land for high-density multifamily residential development and other forms of development that support residential living and walkability;
  (B) To provide for this type of development at locations recommended by an Area Master Plan or Sector Plan, proximate to centers (including transit centers) or at other locations which are found to be suitable by the District Council; and
  (C) To ensure development is compatible with surrounding lands.





(2) **Intensity and Dimensional Standards**

| Standard(1) | Multifamily Dwelling | Other Uses |
| --- | --- | --- |
| Density, max. (du/ac of net lot area) | 48.00 | No requirement |
| Net lot area, min. (sf) | 7,500 | 7,500 |
| ❶ Lot width, min. (ft) | 75 (2) | 75 (2) |
| Lot frontage (width) at front street line, min. (ft) | 60 | 60 |
| Lot coverage, max. (% of development lot as a whole) | 60 | 60 |
| ❷ Front yard depth, min. (ft) | 15 | 15 |
| ❸ Side yard depth, min. (ft) (both yards total/either yard) (3) | 8 | 8 |
| ❹ Rear yard depth, min. (ft) | 20 | 20 |
| ❺ Principal structure height, max. (ft) | 110 (4)(5) | 110 (5) |
| Accessory structure height, max. (ft) (6) | 15 | 15 |

**NOTES:** du/ac = dwelling units per acre; sf = square feet; ft = feet
  (1) See measurement rules and allowed exceptions in Section 27-2200, Measurement and Exceptions of Intensity and Dimensional Standards.
  (2) 100 ft on corner lots. ❻
  (3) On corner lot, min. side yard depth alongside street = 30 ft. ❼
  (4) At least 80% of buildings in the multifamily development must be ≥ 52 ft high.
  (5) Provided those portions of the structure greater than 52 ft high are set back from the minimum front , side, and rear yard depths an additional 0.5 ft for each 1 ft (or major fraction thereof) the height of the portion exceeds 52 ft.
  (6) May be increased for certain purposes by approval of a special exception pursuant to Section 27-3604, Special Exception.

(2)  **Intensity and Dimensional Standards**

| Standard(1) | Multifamily Dwelling | Other Uses |
|---|---|---|

**Multifamily Dwellings and Other Uses**



(3)  **Reference to Other Standards**

| | | |
|---|---|---|
| Sec. 27-3400  Standard Review Procedures | Sec. 27-6400  Open Space Set-Asides | Sec. 27-61200  Neighborhood Compatibility Standards |
| Sec. 27-3600  Application-Specific Review Procedures and Decision Standards | Sec. 27-6500  Landscaping | Sec. 27-61300  Agricultural Compatibility Standards |
| Sec. 27-4400  Overlay Zones | Sec. 27-6600  Fences and Walls | Sec. 27-61400  Urban Agriculture Compatibility Standards |
| Sec. 27-5101  Principal Use Tables | Sec. 27-6700  Exterior Lighting | Sec. 27-61500  Signage |
| Sec. 27-5200  Accessory Uses and Structures | Sec. 27-6800  Environmental Protection and Noise Controls | Sec. 27-61600  Green Building Standards |
| Sec. 27-5300  Temporary Uses and Structures | Sec. 27-6900  Multifamily, Townhouse, and Three-Family Form and Design Standards | |
| Sec. 27-6200  Roadway Access, Mobility, and Circulation | Sec. 27-61000  Nonresidential and Mixed-Use Form and Design Standards | PART 27-2  Interpretation and Definitions |
| Sec. 27-6300  Off-Street Parking and Loading | Sec. 27-61100  Industrial Form and Design Standards | PART 27-7  Nonconforming Buildings, Structures, Uses, Lots, and Signs |

(CB-068-2022; CB-015-2024)