**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. _____/ | |

**ORDER DENYING MOTION TO DETERMINE DEBTOR
IS SINGLE ASSET REAL ESTATE ENTITY AND OVERRULING
OBJECTION TO DEBTOR'S ELECTION TO PROCEED AS A SMALL BUSINESS**

Upon consideration of the motion of Democracy Capital Corporation ("DCC") to determine the Debtor is a single asset real estate entity, DE #31 (the "SARE Motion"), and the objection of DCC to the Debtor's designation as a small business, DE #32 (the "Small Business Objection"), the opposition and response of OB LLC thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the SARE Motion be, and hereby is, DENIED; and it is further

ORDERED, that the Small Business Objection be, and hereby is, OVERRULED.

Copies:
All Counsel of Record

1