# L O A N S T A T E M E N T

Congressional Bank

| Loan Number | Interest Rate | Original Amount | Statement Date |
|---|---|---|---|
| 6000353737 | 5.000 | 2,500,000.00 | 05/24/2018 |

OB, LLC
C/O M. L. OFFEN
PO BOX 6364
MC LEAN VA 22106-6364

-----LOAN ACTIVITY-----

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 02/16/2016 | 8611.11 | .00 | .00 | .00 | 2000000.00 |
| 02/16/2016 | | 8611.11 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/13/2016 | 8611.11 | .00 | .00 | .00 | 2000000.00 |
| 01/13/2016 | | 8611.11 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 12/14/2015 | 8333.33 | .00 | .00 | .00 | 2000000.00 |
| 12/14/2015 | | 8333.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/12/2015 | 8750.00 | .00 | .00 | .00 | 2000000.00 |
| 11/12/2015 | | 8750.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/16/2015 | 4275.00 | .00 | .00 | .00 | 2000000.00 |
| 10/16/2015 | | .00 | .00 | .00 | |
| FEE PAYMENT | | | | | |
| 10/15/2015 | 9375.00 | .00 | .00 | .00 | 2000000.00 |
| 10/15/2015 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/23/2015 | 9375.00 | .00 | .00 | .00 | 2000000.00 |
| 10/15/2015 | | 9375.00 | .00 | .00 | |
| REV REGULAR PYMT | | | | | |
| 10/23/2015 | 9375.00 | .00 | .00 | .00 | 2000000.00 |
| 10/15/2015 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/05/2015 | 9375.00 | .00 | .00 | .00 | 2000000.00 |
| 10/05/2015 | | 9375.00 | .00 | .00 | |
| REV REGULAR PYMT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 10/05/2015 | 9375.00 | .00 | .00 | .00 | 2000000.00 |
| 10/05/2015 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/23/2015 | 250000.00 | 250000.00 | .00 | .00 | 2000000.00 |
| 10/05/2015 | | .00 | .00 | .00 | |
| PRINCIPAL PAYMENT | | | | | |
| 10/05/2015 | 250000.00 | 250000.00 | .00 | .00 | 2250000.00 |
| 10/05/2015 | | .00 | .00 | .00 | |
| PRINCIPAL PAYMENT | | | | | |
| 10/23/2015 | 250000.00 | 250000.00 | .00 | .00 | 2500000.00 |
| 10/05/2015 | | .00 | .00 | .00 | |
| REV REGULAR PYMT | | | | | |
| 09/30/2015 | 3200.00 | .00 | .00 | .00 | 2250000.00 |
| 09/30/2015 | | .00 | .00 | .00 | |
| FEE PAYMENT | | | | | |
| 09/30/2015 | 425.00 | .00 | .00 | .00 | 2250000.00 |
| 09/30/2015 | | .00 | .00 | .00 | |
| FEE PAYMENT | | | | | |
| 09/16/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 09/16/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 08/14/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 08/14/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 07/14/2015 | 9375.00 | .00 | .00 | .00 | 2250000.00 |
| 07/14/2015 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 06/03/2015 | 3217.00 | .00 | .00 | .00 | 2250000.00 |
| 06/03/2015 | | 3217.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 06/03/2015 | 6470.50 | .00 | .00 | .00 | 2250000.00 |
| 06/03/2015 | | 6470.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 05/05/2015 | 9375.50 | .00 | .00 | .50 | 2250000.00 |
| 05/05/2015 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 04/07/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 04/07/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 03/25/2015 | 425.00 | .00 | .00 | .00 | 2250000.00 |
| 03/25/2015 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 03/25/2015 | 3200.00 | .00 | .00 | .00 | 2250000.00 |
| 03/25/2015 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 03/04/2015 | 8750.00 | .00 | .00 | .00 | 2250000.00 |
| 03/04/2015 | | 8750.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 02/02/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 02/02/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/02/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 01/02/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 12/01/2014 | 9375.00 | .00 | .00 | .00 | 2250000.00 |
| 12/01/2014 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/03/2014 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 11/03/2014 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/20/2014 | 3900.00 | .00 | .00 | .00 | 2250000.00 |
| 10/20/2014 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 10/03/2014 | 11125.00 | .00 | .00 | .00 | 2250000.00 |
| 10/03/2014 | | 11125.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 09/03/2014 | 12916.67 | .00 | .00 | .00 | 2250000.00 |
| 09/03/2014 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 08/29/2014 | 38333.33 | .00 | .00 | .00 | 2250000.00 |
| 08/29/2014 | | 38333.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 08/29/2014 | 250000.00 | 250000.00 | .00 | .00 | 2250000.00 |
| 08/29/2014 | | .00 | .00 | .00 | |
| PRINCIPAL PAYMENT | | | | | |
| 08/18/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 08/18/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 07/31/2014 | 375.00 | .00 | .00 | .00 | 2500000.00 |
| 07/31/2014 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 07/28/2014 | 125000.00 | .00 | .00 | 125000.00 | 2500000.00 |
| 07/28/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 07/16/2014 | 125625.00 | .00 | .00 | 125625.00 | 2500000.00 |
| 07/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 07/02/2014 | 125000.00 | .00 | .00 | 125000.00 | 2500000.00 |
| 07/02/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 06/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 06/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 05/30/2014 | 24045.81 | .00 | 24045.81 | .00 | 2500000.00 |
| 05/30/2014 | | .00 | .00 | .00 | |
| ESCROW PAYMENT | | | | | |
| 05/30/2014 | 37083.34 | .00 | .00 | .00 | 2500000.00 |
| 05/30/2014 | | 37083.34 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 05/30/2014 | 2499.99 | .00 | .00 | 2499.99 | 2500000.00 |
| 05/30/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 05/16/2014 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 05/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 05/12/2014 | 24045.81 | .00 | 24045.81 | .00 | 2500000.00 |
| 05/12/2014 | | .00 | .00 | .00 | |
| ESCROW DISB | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 04/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 04/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 03/31/2014 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 03/31/2014 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 03/17/2014 | 583.33 | .00 | .00 | 583.33 | 2500000.00 |
| 03/17/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 02/18/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 02/18/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 01/21/2014 | 25416.67 | .00 | .00 | .00 | 2500000.00 |
| 01/21/2014 | | 25416.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/17/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 01/17/2014 | | .00 | .00 | .00 | |
| WAIVE LATE CHARGE | | | | | |
| 01/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 01/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 01/08/2014 | 8874.97 | .00 | .00 | 8874.97 | 2500000.00 |
| 01/08/2014 | | .00 | .00 | .00 | |
| WAIVE LATE CHARGE | | | | | |
| 12/16/2013 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 12/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 11/29/2013 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 11/29/2013 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/18/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 11/18/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 10/31/2013 | 12499.99 | .00 | .00 | .00 | 2500000.00 |
| 10/31/2013 | | 12499.99 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 10/16/2013 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 10/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 09/27/2013 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 09/27/2013 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 09/16/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 09/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 08/30/2013 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 08/30/2013 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 08/16/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 08/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 07/30/2013 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 07/30/2013 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 07/16/2013 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 07/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 06/26/2013 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 06/26/2013 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 06/17/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 06/17/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 06/14/2013 | 24413.45 | .00 | 24413.45 | .00 | 2500000.00 |
| 06/14/2013 | | .00 | .00 | .00 | |
| ESCROW PAYMENT | | | | | |
| 06/03/2013 | 24413.45 | .00 | 24413.45 | .00 | 2500000.00 |
| 06/03/2013 | | .00 | .00 | .00 | |
| ESCROW DISB | | | | | |
| 05/31/2013 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 05/31/2013 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 05/16/2013 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 05/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 04/19/2013 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 04/19/2013 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 04/16/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 04/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 03/26/2013 | 11666.67 | .00 | .00 | .00 | 2500000.00 |
| 03/26/2013 | | 11666.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 03/18/2013 | 583.33 | .00 | .00 | 583.33 | 2500000.00 |
| 03/18/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 02/28/2013 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 02/28/2013 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 02/19/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 02/19/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 01/31/2013 | 12916.68 | .00 | .00 | .00 | 2500000.00 |
| 01/31/2013 | | 12916.68 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/31/2013 | 12916.68 | .00 | .00 | .00 | 2500000.00 |
| 01/31/2013 | | 12916.68 | .00 | .00 | |
| REV REGULAR PYMT | | | | | |
| 01/31/2013 | 12916.68 | .00 | .00 | .00 | 2500000.00 |
| 01/31/2013 | | 12916.68 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/16/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 01/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 12/31/2012 | 12499.99 | .00 | .00 | .00 | 2500000.00 |
| 12/31/2012 | | 12499.99 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 12/17/2012 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 12/17/2012 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 11/30/2012 | 11807.84 | .00 | .00 | .00 | 2500000.00 |
| 11/30/2012 | | 11807.84 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/16/2012 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 11/16/2012 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| 11/02/2012 | 1108.83 | .00 | .00 | .00 | 2500000.00 |
| 11/02/2012 | | 1108.83 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/04/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 10/04/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 09/04/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 09/04/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 08/10/2012 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 08/01/2012 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 07/03/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 07/03/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 06/01/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 06/01/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 05/01/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 05/01/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 04/06/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 04/06/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 03/01/2012 | 12083.33 | .00 | .00 | .00 | 2500000.00 |
| 03/01/2012 | | 12083.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 02/01/2012 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 02/01/2012 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/06/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 01/06/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 12/07/2011 | 12500.01 | .00 | .00 | .00 | 2500000.00 |
| 12/01/2011 | | 12500.01 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/15/2011 | 4583.33 | .00 | .00 | .00 | 2500000.00 |
| 11/01/2011 | | 4583.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/21/2011 | 2500000.00 | 2500000.00 | .00 | .00 | 2500000.00 |
| 10/21/2011 | | .00 | .00 | .00 | |
| New Loan | | | | | |

Interest Paid Year to Date .00
Interest Paid Prior Year .00

ESCROW ACCOUNT INFORMATION

| | | | |
|---|---|---|---|
| Prin and Int Payment | .00 | Beginning Balance | 48,459.26- |
| Escrow Payment | .00 | Deposits | 48,459.26 |
| | ----------------- | Disbursements | |
| Total Payment | .00 | Taxes - 1098 | .00 |
| | | Taxes | .00 |
| | | Insurance - 1098 | .00 |
| | | Insurance | .00 |
| | | Miscellaneous - 1098 | .00 |
| | | Miscellaneous | .00 |
| | | | ----------------- |
| | | Ending Balance | .00 |