

Fri, Aug 25 at 8:48 AM

**Did u figure out the pay-off so I can move this contract forward**

I asked Doug to have it calculated

**Thx**

Mon, Aug 28 at 1:16 PM

**Did Doug get to this yet**

Tue, Aug 29 at 8:59 AM

**Joe?**

Tue, Aug 29 at 11:15 AM



Tue, Aug 29 at 8:59 AM

> Joe?

Tue, Aug 29 at 11:15 AM

He asked Amanda to do it

> Whose Amanda

She is our controller

Approx 2.7

Tue, Aug 29 at 1:15 PM

> Can Democracy take $2.5 so he can get something?