|  | Regular 5% | Default 3% | Late Fee 5% | Payments | Total Int and Late less payments |  |  |
|---|---|---|---|---|---|---|---|
| 3/1/2016 |  |  |  |  |  | 2,000,000.00 | 2,000,000.00 |
| 4/1/2016 | 8,611.11 |  | 430.56 |  | 9,041.67 | 2,000,000.00 | 2,009,041.67 |
| 5/1/2016 | 8,333.33 | 5,000.00 | 416.67 |  | 22,791.67 | 2,000,000.00 | 2,022,791.67 |
| 6/1/2016 | 8,611.11 | 5,166.67 | 430.56 | (26,400.00) | 10,600.00 | 2,000,000.00 | 2,010,600.00 |
| 7/1/2016 | 8,333.33 | 5,000.00 | 416.67 |  | 24,350.00 | 2,000,000.00 | 2,024,350.00 |
| 8/1/2016 | 8,611.11 | 5,166.67 | 430.56 |  | 38,558.33 | 2,000,000.00 | 2,038,558.33 |
| 9/1/2016 | 8,611.11 | 5,166.67 | 430.56 |  | 52,766.67 | 2,000,000.00 | 2,052,766.67 |
| 10/1/2016 | 8,333.33 | 5,000.00 | 416.67 | (35,000.00) | 31,516.67 | 2,000,000.00 | 2,031,516.67 |
| 11/1/2016 | 8,611.11 | 5,166.67 | 430.56 |  | 45,725.00 | 2,000,000.00 | 2,045,725.00 |
| 12/1/2016 | 8,333.33 | 5,000.00 | 416.67 |  | 59,475.00 | 2,000,000.00 | 2,059,475.00 |
| 1/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 73,683.33 | 2,000,000.00 | 2,073,683.33 |
| 2/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 87,891.67 | 2,000,000.00 | 2,087,891.67 |
| 3/1/2017 | 7,777.78 | 4,666.67 | 388.89 |  | 100,725.00 | 2,000,000.00 | 2,100,725.00 |
| 4/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 114,933.33 | 2,000,000.00 | 2,114,933.33 |
| 5/1/2017 | 8,333.33 | 5,000.00 | 416.67 | (60,277.00) | 68,406.33 | 2,000,000.00 | 2,068,406.33 |
| 6/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 82,614.67 | 2,000,000.00 | 2,082,614.67 |
| 7/1/2017 | 8,333.33 | 5,000.00 | 416.67 |  | 96,364.67 | 2,000,000.00 | 2,096,364.67 |
| 8/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 110,573.00 | 2,000,000.00 | 2,110,573.00 |
| 9/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 124,781.33 | 2,000,000.00 | 2,124,781.33 |
| 10/1/2017 | 8,333.33 | 5,000.00 | 416.67 |  | 138,531.33 | 2,000,000.00 | 2,138,531.33 |
| 11/1/2017 | 8,611.11 | 5,166.67 | 430.56 |  | 152,739.67 | 2,000,000.00 | 2,152,739.67 |
| 12/1/2017 | 8,333.33 | 5,000.00 | 416.67 | (48,500.00) | 117,989.67 | 2,000,000.00 | 2,117,989.67 |
| 1/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 132,198.00 | 2,000,000.00 | 2,132,198.00 |
| 2/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 146,406.33 | 2,000,000.00 | 2,146,406.33 |
| 3/1/2018 | 7,777.78 | 4,666.67 | 388.89 |  | 159,239.67 | 2,000,000.00 | 2,159,239.67 |
| 4/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 173,448.00 | 2,000,000.00 | 2,173,448.00 |
| 5/1/2018 | 8,333.33 | 5,000.00 | 416.67 |  | 187,198.00 | 2,000,000.00 | 2,187,198.00 |
| 6/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 201,406.33 | 2,000,000.00 | 2,201,406.33 |
| 7/1/2018 | 8,333.33 | 5,000.00 | 416.67 |  | 215,156.33 | 2,000,000.00 | 2,215,156.33 |
| 8/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 229,364.67 | 2,000,000.00 | 2,229,364.67 |
| 9/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 243,573.00 | 2,000,000.00 | 2,243,573.00 |
| 10/1/2018 | 8,333.33 | 5,000.00 | 416.67 |  | 257,323.00 | 2,000,000.00 | 2,257,323.00 |
| 11/1/2018 | 8,611.11 | 5,166.67 | 430.56 |  | 271,531.33 | 2,000,000.00 | 2,271,531.33 |
| 12/1/2018 | 8,333.33 | 5,000.00 | 416.67 |  | 285,281.33 | 2,000,000.00 | 2,285,281.33 |
| 1/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 299,489.67 | 2,000,000.00 | 2,299,489.67 |
| 2/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 313,698.00 | 2,000,000.00 | 2,313,698.00 |
| 3/1/2019 | 7,777.78 | 4,666.67 | 388.89 |  | 326,531.33 | 2,000,000.00 | 2,326,531.33 |
| 4/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 340,739.67 | 2,000,000.00 | 2,340,739.67 |
| 5/1/2019 | 8,333.33 | 5,000.00 | 416.67 |  | 354,489.67 | 2,000,000.00 | 2,354,489.67 |
| 6/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 368,698.00 | 2,000,000.00 | 2,368,698.00 |
| 7/1/2019 | 8,333.33 | 5,000.00 | 416.67 |  | 382,448.00 | 2,000,000.00 | 2,382,448.00 |
| 8/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 396,656.33 | 2,000,000.00 | 2,396,656.33 |
| 9/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 410,864.67 | 2,000,000.00 | 2,410,864.67 |
| 10/1/2019 | 8,333.33 | 5,000.00 | 416.67 |  | 424,614.67 | 2,000,000.00 | 2,424,614.67 |
| 11/1/2019 | 8,611.11 | 5,166.67 | 430.56 |  | 438,823.00 | 2,000,000.00 | 2,438,823.00 |
| 12/1/2019 | 8,333.33 | 5,000.00 | 416.67 |  | 452,573.00 | 2,000,000.00 | 2,452,573.00 |
| 1/1/2020 | 8,611.11 | 5,166.67 | 430.56 |  | 466,781.33 | 2,000,000.00 | 2,466,781.33 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 2/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 480,989.67 | 2,000,000.00 | 2,480,989.67 |
| 3/1/2020 | 8,055.56 | 4,833.33 | 402.78 | 494,281.33 | 2,000,000.00 | 2,494,281.33 |
| 4/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 508,489.67 | 2,000,000.00 | 2,508,489.67 |
| 5/1/2020 | 8,333.33 | 5,000.00 | 416.67 | 522,239.67 | 2,000,000.00 | 2,522,239.67 |
| 6/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 536,448.00 | 2,000,000.00 | 2,536,448.00 |
| 7/1/2020 | 8,333.33 | 5,000.00 | 416.67 | 550,198.00 | 2,000,000.00 | 2,550,198.00 |
| 8/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 564,406.33 | 2,000,000.00 | 2,564,406.33 |
| 9/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 578,614.67 | 2,000,000.00 | 2,578,614.67 |
| 10/1/2020 | 8,333.33 | 5,000.00 | 416.67 | 592,364.67 | 2,000,000.00 | 2,592,364.67 |
| 11/1/2020 | 8,611.11 | 5,166.67 | 430.56 | 606,573.00 | 2,000,000.00 | 2,606,573.00 |
| 12/1/2020 | 8,333.33 | 5,000.00 | 416.67 | 620,323.00 | 2,000,000.00 | 2,620,323.00 |
| 1/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 634,531.33 | 2,000,000.00 | 2,634,531.33 |
| 2/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 648,739.67 | 2,000,000.00 | 2,648,739.67 |
| 3/1/2021 | 7,777.78 | 4,666.67 | 388.89 | 661,573.00 | 2,000,000.00 | 2,661,573.00 |
| 4/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 675,781.33 | 2,000,000.00 | 2,675,781.33 |
| 5/1/2021 | 8,333.33 | 5,000.00 | 416.67 | 689,531.33 | 2,000,000.00 | 2,689,531.33 |
| 6/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 703,739.67 | 2,000,000.00 | 2,703,739.67 |
| 7/1/2021 | 8,333.33 | 5,000.00 | 416.67 | 717,489.67 | 2,000,000.00 | 2,717,489.67 |
| 8/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 731,698.00 | 2,000,000.00 | 2,731,698.00 |
| 9/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 745,906.33 | 2,000,000.00 | 2,745,906.33 |
| 10/1/2021 | 8,333.33 | 5,000.00 | 416.67 | 759,656.33 | 2,000,000.00 | 2,759,656.33 |
| 11/1/2021 | 8,611.11 | 5,166.67 | 430.56 | 773,864.67 | 2,000,000.00 | 2,773,864.67 |
| 12/1/2021 | 8,333.33 | 5,000.00 | 416.67 | 787,614.67 | 2,000,000.00 | 2,787,614.67 |
| 1/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 801,823.00 | 2,000,000.00 | 2,801,823.00 |
| 2/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 816,031.33 | 2,000,000.00 | 2,816,031.33 |
| 3/1/2022 | 7,777.78 | 4,666.67 | 388.89 | 828,864.67 | 2,000,000.00 | 2,828,864.67 |
| 4/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 843,073.00 | 2,000,000.00 | 2,843,073.00 |
| 5/1/2022 | 8,333.33 | 5,000.00 | 416.67 | 856,823.00 | 2,000,000.00 | 2,856,823.00 |
| 6/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 871,031.33 | 2,000,000.00 | 2,871,031.33 |
| 7/1/2022 | 8,333.33 | 5,000.00 | 416.67 | 884,781.33 | 2,000,000.00 | 2,884,781.33 |
| 8/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 898,989.67 | 2,000,000.00 | 2,898,989.67 |
| 9/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 913,198.00 | 2,000,000.00 | 2,913,198.00 |
| 10/1/2022 | 8,333.33 | 5,000.00 | 416.67 | 926,948.00 | 2,000,000.00 | 2,926,948.00 |
| 11/1/2022 | 8,611.11 | 5,166.67 | 430.56 | 941,156.33 | 2,000,000.00 | 2,941,156.33 |
| 12/1/2022 | 8,333.33 | 5,000.00 | 416.67 | 954,906.33 | 2,000,000.00 | 2,954,906.33 |
| 1/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 969,114.67 | 2,000,000.00 | 2,969,114.67 |
| 2/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 983,323.00 | 2,000,000.00 | 2,983,323.00 |
| 3/1/2023 | 7,777.78 | 4,666.67 | 388.89 | 996,156.33 | 2,000,000.00 | 2,996,156.33 |
| 4/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 1,010,364.67 | 2,000,000.00 | 3,010,364.67 |
| 5/1/2023 | 8,333.33 | 5,000.00 | 416.67 | 1,024,114.67 | 2,000,000.00 | 3,024,114.67 |
| 6/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 1,038,323.00 | 2,000,000.00 | 3,038,323.00 |
| 7/1/2023 | 8,333.33 | 5,000.00 | 416.67 | 1,052,073.00 | 2,000,000.00 | 3,052,073.00 |
| 8/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 1,066,281.33 | 2,000,000.00 | 3,066,281.33 |
| 9/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 1,080,489.67 | 2,000,000.00 | 3,080,489.67 |
| 10/1/2023 | 8,333.33 | 5,000.00 | 416.67 | 1,094,239.67 | 2,000,000.00 | 3,094,239.67 |
| 11/1/2023 | 8,611.11 | 5,166.67 | 430.56 | 1,108,448.00 | 2,000,000.00 | 3,108,448.00 |
| 12/1/2023 | 8,333.33 | 5,000.00 | 416.67 | 1,122,198.00 | 2,000,000.00 | 3,122,198.00 |
| 1/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,136,406.33 | 2,000,000.00 | 3,136,406.33 |
| 2/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,150,614.67 | 2,000,000.00 | 3,150,614.67 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/1/2024 | 8,055.56 | 4,833.33 | 402.78 | 1,163,906.33 | 2,000,000.00 | 3,163,906.33 |
| 4/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,178,114.67 | 2,000,000.00 | 3,178,114.67 |
| 5/1/2024 | 8,333.33 | 5,000.00 | 416.67 | 1,191,864.67 | 2,000,000.00 | 3,191,864.67 |
| 6/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,206,073.00 | 2,000,000.00 | 3,206,073.00 |
| 7/1/2024 | 8,333.33 | 5,000.00 | 416.67 | 1,219,823.00 | 2,000,000.00 | 3,219,823.00 |
| 8/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,234,031.33 | 2,000,000.00 | 3,234,031.33 |
| 9/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,248,239.67 | 2,000,000.00 | 3,248,239.67 |
| 10/1/2024 | 8,333.33 | 5,000.00 | 416.67 | 1,261,989.67 | 2,000,000.00 | 3,261,989.67 |
| 11/1/2024 | 8,611.11 | 5,166.67 | 430.56 | 1,276,198.00 | 2,000,000.00 | 3,276,198.00 |
| 12/1/2024 | 8,333.33 | 5,000.00 | 416.67 | 1,289,948.00 | 2,000,000.00 | 3,289,948.00 |
| 1/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,304,156.33 | 2,000,000.00 | 3,304,156.33 |
| 2/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,318,364.67 | 2,000,000.00 | 3,318,364.67 |
| 3/1/2025 | 7,777.78 | 4,666.67 | 388.89 | 1,331,198.00 | 2,000,000.00 | 3,331,198.00 |
| 4/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,345,406.33 | 2,000,000.00 | 3,345,406.33 |
| 5/1/2025 | 8,333.33 | 5,000.00 | 416.67 | 1,359,156.33 | 2,000,000.00 | 3,359,156.33 |
| 6/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,373,364.67 | 2,000,000.00 | 3,373,364.67 |
| 7/1/2025 | 8,333.33 | 5,000.00 | 416.67 | 1,387,114.67 | 2,000,000.00 | 3,387,114.67 |
| 8/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,401,323.00 | 2,000,000.00 | 3,401,323.00 |
| 9/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,415,531.33 | 2,000,000.00 | 3,415,531.33 |
| 10/1/2025 | 8,333.33 | 5,000.00 | 416.67 | 1,429,281.33 | 2,000,000.00 | 3,429,281.33 |
| 11/1/2025 | 8,611.11 | 5,166.67 | 430.56 | 1,443,489.67 | 2,000,000.00 | 3,443,489.67 |
| 11/13/2025 | 3,333.33 | 2,000.00 | 166.67 | 1,448,989.67 | 2,000,000.00 | 3,448,989.67 |