| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 10/21/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |
| 11/1/2011 | $4,583.33 | $0.00 | $0.00 | ($4,583.33) | $0.00 | $2,500,000.00 | $2,500,000.00 |
| 12/1/2011 | $12,500.00 | $0.00 | $0.00 | ($12,500.01) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 1/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 2/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 3/1/2012 | $12,083.33 | $0.00 | $0.00 | ($12,083.33) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 4/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 5/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 6/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 7/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 8/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 9/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 10/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 11/1/2012 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,645.82 |
| 12/1/2012 | $12,500.00 | $0.00 | $625.00 | ($12,499.99) | $0.00 | $2,499,999.99 | $2,501,270.83 |
| 1/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.68) | $0.00 | $2,499,999.99 | $2,501,916.65 |
| 2/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.68) | $0.00 | $2,499,999.99 | $2,502,562.47 |
| 3/1/2013 | $11,666.67 | $0.00 | $583.33 | ($11,666.67) | $0.00 | $2,499,999.99 | $2,503,145.79 |
| 4/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,503,791.63 |
| 5/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,504,416.63 |
| 6/1/2013 | $12,916.67 | $0.00 | $645.83 | ($37,330.12) | $24,413.45 | $2,499,999.99 | $2,505,062.46 |
| 7/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,505,687.46 |
| 8/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,506,333.28 |
| 9/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,506,979.11 |
| 10/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,499.99) | $0.00 | $2,499,999.99 | $2,507,604.12 |
| 11/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,508,249.95 |
| 12/1/2013 | $12,500.00 | $0.00 | $625.00 | $0.00 | $0.00 | $2,499,999.99 | $2,521,374.95 |
| 1/1/2014 | $12,916.67 | $0.00 | ($8,874.97) | ($25,416.67) | $24,045.00 | $2,499,999.99 | $2,524,044.97 |
| 2/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,537,607.47 |
| 3/1/2014 | $11,666.67 | $0.00 | $583.33 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,536,940.81 |
| 4/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,550,503.30 |
| 5/1/2014 | $12,500.00 | $0.00 | $3,124.99 | ($61,129.15) | $24,045.81 | $2,499,999.99 | $2,529,044.95 |
| 6/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,542,607.45 |
| 7/1/2014 | $12,500.00 | $0.00 | $75.00 | $0.00 | $0.00 | $2,499,999.99 | $2,555,182.45 |
| 8/1/2014 | $12,916.67 | $0.00 | $645.83 | ($288,333.33) | $0.00 | $2,250,000.00 | $2,280,411.62 |
| 9/1/2014 | $9,687.50 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,250,000.00 | $2,277,182.45 |
| 10/1/2014 | $9,375.00 | $0.00 | $3,900.00 | ($11,125.00) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 11/1/2014 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 12/1/2014 | $9,375.00 | $0.00 | $0.00 | ($9,375.00) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 1/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 2/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 3/1/2015 | $8,750.00 | $0.00 | $3,625.00 | ($8,750.00) | $0.00 | $2,250,000.00 | $2,282,957.45 |
| 4/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,957.45 |
| 5/1/2015 | $9,375.00 | $0.00 | $0.00 | ($9,375.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 6/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 7/1/2015 | $9,375.00 | $0.00 | $0.00 | ($9,375.00) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 8/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 9/1/2015 | $9,687.50 | $0.00 | $0.00 | ($13,312.50) | $0.00 | $2,250,000.00 | $2,279,331.95 |
| 10/1/2015 | $9,375.00 | $0.00 | $0.00 | ($263,650.00) | $0.00 | $2,000,000.00 | $2,025,056.95 |
| 11/1/2015 | $8,611.11 | $0.00 | $0.00 | ($8,750.00) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 12/1/2015 | $8,333.33 | $0.00 | $0.00 | ($8,333.33) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 1/1/2016 | $8,611.11 | $0.00 | $0.00 | ($8,611.11) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 2/1/2016 | $8,611.11 | $0.00 | $0.00 | ($8,611.11) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 3/1/2016 | $8,055.56 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,032,973.62 |
| 4/1/2016 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,042,015.28 |
| 5/1/2016 | $8,333.33 | $0.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,050,765.28 |
| 6/1/2016 | $8,611.11 | $0.00 | $430.56 | ($26,400.00) | $0.00 | $2,000,000.00 | $2,033,406.95 |
| 7/1/2016 | $8,333.33 | $0.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,042,156.95 |
| 8/1/2016 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,051,198.62 |
| 9/1/2016 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,060,240.28 |
| 10/1/2016 | $8,333.33 | $0.00 | $416.67 | ($35,000.00) | $0.00 | $2,000,000.00 | $2,033,990.28 |
| 11/1/2016 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,043,031.95 |
| 12/1/2016 | $8,333.33 | $0.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,051,781.95 |
| 1/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,060,823.62 |
| 2/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,069,865.28 |
| 3/1/2017 | $7,777.78 | $0.00 | $388.89 | $0.00 | $0.00 | $2,000,000.00 | $2,078,031.95 |
| 4/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,087,073.62 |
| 5/1/2017 | $8,333.33 | $0.00 | $416.67 | ($60,277.00) | $0.00 | $2,000,000.00 | $2,035,546.62 |

| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 6/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,044,588.28 |
| 7/1/2017 | $8,333.33 | $0.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,053,338.28 |
| 8/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,062,379.95 |
| 9/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,071,421.62 |
| 10/1/2017 | $8,333.33 | $0.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,080,171.62 |
| 11/1/2017 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,089,213.28 |
| 12/1/2017 | $8,333.33 | $0.00 | $416.67 | ($48,500.00) | $0.00 | $2,000,000.00 | $2,049,463.28 |
| 1/1/2018 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,058,504.95 |
| 2/1/2018 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,067,546.62 |
| 3/1/2018 | $7,777.78 | $0.00 | $388.89 | $0.00 | $0.00 | $2,000,000.00 | $2,075,713.28 |
| 4/1/2018 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,089,921.62 |
| 5/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,103,254.95 |
| 6/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,117,032.73 |
| 7/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,130,366.06 |
| 8/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,144,143.84 |
| 9/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,157,921.62 |
| 10/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,171,254.95 |
| 11/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,185,032.73 |
| 12/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,198,366.06 |
| 1/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,212,143.84 |
| 2/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,225,921.62 |
| 3/1/2019 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,238,366.06 |
| 4/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,252,143.84 |
| 5/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,265,477.17 |
| 6/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,279,254.95 |
| 7/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,292,588.28 |
| 8/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,306,366.06 |
| 9/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,320,143.84 |
| 10/1/2019 | $8,333.33 | $5,000.00 | $0.00 | ($350,000.00) | $49,387.20 | $2,000,000.00 | $2,032,864.37 |
| 11/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,046,642.15 |
| 12/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $434.50 | $2,000,000.00 | $2,060,409.98 |
| 1/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,074,187.76 |
| 2/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,087,965.54 |
| 3/1/2020 | $8,055.56 | $4,833.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,100,854.43 |
| 4/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,114,632.21 |
| 5/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,127,965.54 |
| 6/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,141,743.32 |
| 7/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,155,076.65 |
| 8/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,168,854.43 |
| 9/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,182,632.21 |
| 10/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,195,965.54 |
| 11/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,209,743.32 |
| 12/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,223,076.65 |
| 1/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,236,854.43 |
| 2/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,250,632.21 |
| 3/1/2021 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,263,076.65 |
| 4/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,276,854.43 |
| 5/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,290,187.76 |
| 6/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,303,965.54 |
| 7/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $25,741.48 | $2,000,000.00 | $2,343,040.35 |
| 8/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,356,818.13 |
| 9/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,370,595.91 |
| 10/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $22,073.25 | $2,000,000.00 | $2,406,002.49 |
| 11/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,419,780.27 |
| 12/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,433,113.60 |
| 1/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,446,891.38 |
| 2/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,460,669.16 |
| 3/1/2022 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,473,113.60 |
| 4/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,486,891.38 |
| 5/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,500,224.71 |
| 6/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,514,002.49 |
| 7/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,527,335.83 |
| 8/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,541,113.60 |
| 9/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $21,722.14 | $2,000,000.00 | $2,576,613.52 |
| 10/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,589,946.85 |
| 11/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,603,724.63 |
| 12/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,617,057.97 |
| 1/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,630,835.74 |

| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 2/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,644,613.52 |
| 3/1/2023 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,657,057.97 |
| 4/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,670,835.74 |
| 5/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,684,169.08 |
| 6/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,697,946.85 |
| 7/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,711,280.19 |
| 8/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,725,057.97 |
| 9/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $24,523.52 | $2,000,000.00 | $2,763,359.26 |
| 10/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,776,692.60 |
| 11/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,790,470.37 |
| 12/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,803,803.71 |
| 1/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,817,581.49 |
| 2/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,831,359.26 |
| 3/1/2024 | $8,055.56 | $4,833.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,844,248.15 |
| 4/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,858,025.93 |
| 5/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,871,359.26 |
| 6/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,885,137.04 |
| 7/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,898,470.37 |
| 8/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,912,248.15 |
| 9/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,926,025.93 |
| 10/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,939,359.26 |
| 11/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,953,137.04 |
| 12/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,966,470.37 |
| 1/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,980,248.15 |
| 2/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,994,025.93 |
| 3/1/2025 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,006,470.37 |
| 4/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,020,248.15 |
| 5/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,033,581.49 |
| 6/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,047,359.26 |
| 7/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,060,692.60 |
| 8/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,074,470.37 |
| 9/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,088,248.15 |
| 10/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,101,581.49 |
| 11/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,115,359.26 |
| 11/19/2025 | $5,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,123,359.26 |
| 1/14/2026 | $15,555.56 | $9,333.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,148,248.15 |