| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 10/21/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 |
| 11/1/2011 | $4,583.33 | $0.00 | $0.00 | ($4,583.33) | $0.00 | $2,500,000.00 | $2,500,000.00 |
| 12/1/2011 | $12,500.00 | $0.00 | $0.00 | ($12,500.01) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 1/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 2/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 3/1/2012 | $12,083.33 | $0.00 | $0.00 | ($12,083.33) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 4/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 5/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 6/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 7/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,499,999.99 |
| 8/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 9/1/2012 | $12,916.67 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 10/1/2012 | $12,500.00 | $0.00 | $0.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,500,000.00 |
| 11/1/2012 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,500,645.82 |
| 12/1/2012 | $12,500.00 | $0.00 | $625.00 | ($12,499.99) | $0.00 | $2,499,999.99 | $2,501,270.83 |
| 1/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.68) | $0.00 | $2,499,999.99 | $2,501,916.65 |
| 2/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.68) | $0.00 | $2,499,999.99 | $2,502,562.47 |
| 3/1/2013 | $11,666.67 | $0.00 | $583.33 | ($11,666.67) | $0.00 | $2,499,999.99 | $2,503,145.79 |
| 4/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,503,791.63 |
| 5/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,504,416.63 |
| 6/1/2013 | $12,916.67 | $0.00 | $645.83 | ($37,330.12) | $24,413.45 | $2,499,999.99 | $2,505,062.46 |
| 7/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,500.00) | $0.00 | $2,499,999.99 | $2,505,687.46 |
| 8/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,506,333.28 |
| 9/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,506,979.11 |
| 10/1/2013 | $12,500.00 | $0.00 | $625.00 | ($12,499.99) | $0.00 | $2,499,999.99 | $2,507,604.12 |
| 11/1/2013 | $12,916.67 | $0.00 | $645.83 | ($12,916.67) | $0.00 | $2,499,999.99 | $2,508,249.95 |
| 12/1/2013 | $12,500.00 | $0.00 | $625.00 | $0.00 | $0.00 | $2,499,999.99 | $2,521,374.95 |
| 1/1/2014 | $12,916.67 | $0.00 | ($8,874.97) | ($25,416.67) | $24,045.00 | $2,499,999.99 | $2,524,044.97 |
| 2/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,537,607.47 |
| 3/1/2014 | $11,666.67 | $0.00 | $583.33 | ($12,916.66) | $0.00 | $2,499,999.99 | $2,536,940.81 |
| 4/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,550,503.30 |
| 5/1/2014 | $12,500.00 | $0.00 | $3,124.99 | ($61,129.15) | $24,045.81 | $2,499,999.99 | $2,529,044.95 |
| 6/1/2014 | $12,916.67 | $0.00 | $645.83 | $0.00 | $0.00 | $2,499,999.99 | $2,542,607.45 |
| 7/1/2014 | $12,500.00 | $0.00 | $75.00 | $0.00 | $0.00 | $2,499,999.99 | $2,555,182.45 |
| 8/1/2014 | $12,916.67 | $0.00 | $645.83 | ($288,333.33) | $0.00 | $2,250,000.00 | $2,280,411.62 |
| 9/1/2014 | $9,687.50 | $0.00 | $0.00 | ($12,916.67) | $0.00 | $2,250,000.00 | $2,277,182.45 |
| 10/1/2014 | $9,375.00 | $0.00 | $3,900.00 | ($11,125.00) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 11/1/2014 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 12/1/2014 | $9,375.00 | $0.00 | $0.00 | ($9,375.00) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 1/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 2/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,279,332.45 |
| 3/1/2015 | $8,750.00 | $0.00 | $3,625.00 | ($8,750.00) | $0.00 | $2,250,000.00 | $2,282,957.45 |
| 4/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,957.45 |
| 5/1/2015 | $9,375.00 | $0.00 | $0.00 | ($9,375.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 6/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 7/1/2015 | $9,375.00 | $0.00 | $0.00 | ($9,375.00) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 8/1/2015 | $9,687.50 | $0.00 | $0.00 | ($9,687.50) | $0.00 | $2,250,000.00 | $2,282,956.95 |
| 9/1/2015 | $9,687.50 | $0.00 | $0.00 | ($13,312.50) | $0.00 | $2,250,000.00 | $2,279,331.95 |
| 10/1/2015 | $9,375.00 | $0.00 | $0.00 | ($263,650.00) | $0.00 | $2,000,000.00 | $2,025,056.95 |
| 11/1/2015 | $8,611.11 | $0.00 | $0.00 | ($8,750.00) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 12/1/2015 | $8,333.33 | $0.00 | $0.00 | ($8,333.33) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 1/1/2016 | $8,611.11 | $0.00 | $0.00 | ($8,611.11) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 2/1/2016 | $8,611.11 | $0.00 | $0.00 | ($8,611.11) | $0.00 | $2,000,000.00 | $2,024,918.06 |
| 3/1/2016 | $8,055.56 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,032,973.62 |
| 4/1/2016 | $8,611.11 | $0.00 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,042,015.28 |
| 5/1/2016 | $8,333.33 | $5,000.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,055,765.28 |
| 6/1/2016 | $8,611.11 | $5,166.67 | $430.56 | ($26,400.00) | $0.00 | $2,000,000.00 | $2,043,573.62 |
| 7/1/2016 | $8,333.33 | $5,000.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,057,323.62 |
| 8/1/2016 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,071,531.95 |
| 9/1/2016 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,085,740.28 |
| 10/1/2016 | $8,333.33 | $5,000.00 | $416.67 | ($35,000.00) | $0.00 | $2,000,000.00 | $2,064,490.28 |
| 11/1/2016 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,078,698.62 |
| 12/1/2016 | $8,333.33 | $5,000.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,092,448.62 |
| 1/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,106,656.95 |
| 2/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,120,865.28 |
| 3/1/2017 | $7,777.78 | $4,666.67 | $388.89 | $0.00 | $0.00 | $2,000,000.00 | $2,133,698.62 |
| 4/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,147,906.95 |
| 5/1/2017 | $8,333.33 | $5,000.00 | $416.67 | ($60,277.00) | $0.00 | $2,000,000.00 | $2,101,379.95 |

| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 6/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,115,588.28 |
| 7/1/2017 | $8,333.33 | $5,000.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,129,338.28 |
| 8/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,143,546.62 |
| 9/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,157,754.95 |
| 10/1/2017 | $8,333.33 | $5,000.00 | $416.67 | $0.00 | $0.00 | $2,000,000.00 | $2,171,504.95 |
| 11/1/2017 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,185,713.28 |
| 12/1/2017 | $8,333.33 | $5,000.00 | $416.67 | ($48,500.00) | $0.00 | $2,000,000.00 | $2,150,963.28 |
| 1/1/2018 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,165,171.62 |
| 2/1/2018 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,179,379.95 |
| 3/1/2018 | $7,777.78 | $4,666.67 | $388.89 | $0.00 | $0.00 | $2,000,000.00 | $2,192,213.28 |
| 4/1/2018 | $8,611.11 | $5,166.67 | $430.56 | $0.00 | $0.00 | $2,000,000.00 | $2,206,421.62 |
| 5/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,219,754.95 |
| 6/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,233,532.73 |
| 7/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,246,866.06 |
| 8/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,260,643.84 |
| 9/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,274,421.62 |
| 10/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,287,754.95 |
| 11/1/2018 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,301,532.73 |
| 12/1/2018 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,314,866.06 |
| 1/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,328,643.84 |
| 2/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,342,421.62 |
| 3/1/2019 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,354,866.06 |
| 4/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,368,643.84 |
| 5/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,381,977.17 |
| 6/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,395,754.95 |
| 7/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,409,088.28 |
| 8/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,422,866.06 |
| 9/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,436,643.84 |
| 10/1/2019 | $8,333.33 | $5,000.00 | $0.00 | ($350,000.00) | $49,387.20 | $2,000,000.00 | $2,149,364.37 |
| 11/1/2019 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,163,142.15 |
| 12/1/2019 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $434.50 | $2,000,000.00 | $2,176,909.98 |
| 1/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,190,687.76 |
| 2/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,204,465.54 |
| 3/1/2020 | $8,055.56 | $4,833.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,217,354.43 |
| 4/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,231,132.21 |
| 5/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,244,465.54 |
| 6/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,258,243.32 |
| 7/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,271,576.65 |
| 8/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,285,354.43 |
| 9/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,299,132.21 |
| 10/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,312,465.54 |
| 11/1/2020 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,326,243.32 |
| 12/1/2020 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,339,576.65 |
| 1/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,353,354.43 |
| 2/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,367,132.21 |
| 3/1/2021 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,379,576.65 |
| 4/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,393,354.43 |
| 5/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,406,687.76 |
| 6/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,420,465.54 |
| 7/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $25,741.48 | $2,000,000.00 | $2,459,540.35 |
| 8/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,473,318.13 |
| 9/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,487,095.91 |
| 10/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $22,073.25 | $2,000,000.00 | $2,522,502.49 |
| 11/1/2021 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,536,280.27 |
| 12/1/2021 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,549,613.60 |
| 1/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,563,391.38 |
| 2/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,577,169.16 |
| 3/1/2022 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,589,613.60 |
| 4/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,603,391.38 |
| 5/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,616,724.71 |
| 6/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,630,502.49 |
| 7/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,643,835.83 |
| 8/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,657,613.60 |
| 9/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $21,722.14 | $2,000,000.00 | $2,693,113.52 |
| 10/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,706,446.85 |
| 11/1/2022 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,720,224.63 |
| 12/1/2022 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,733,557.97 |
| 1/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,747,335.74 |

| Date | Regular Interest | Default Interest | Late Fees | Payment | Lender Advances | Principal Balance | Total Debt |
|---|---|---|---|---|---|---|---|
| 2/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,761,113.52 |
| 3/1/2023 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,773,557.97 |
| 4/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,787,335.74 |
| 5/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,800,669.08 |
| 6/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,814,446.85 |
| 7/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,827,780.19 |
| 8/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,841,557.97 |
| 9/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $24,523.52 | $2,000,000.00 | $2,879,859.26 |
| 10/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,893,192.60 |
| 11/1/2023 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,906,970.37 |
| 12/1/2023 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,920,303.71 |
| 1/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,934,081.49 |
| 2/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,947,859.26 |
| 3/1/2024 | $8,055.56 | $4,833.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,960,748.15 |
| 4/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,974,525.93 |
| 5/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,987,859.26 |
| 6/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,001,637.04 |
| 7/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,014,970.37 |
| 8/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,028,748.15 |
| 9/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,042,525.93 |
| 10/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,055,859.26 |
| 11/1/2024 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,069,637.04 |
| 12/1/2024 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,082,970.37 |
| 1/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,096,748.15 |
| 2/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,110,525.93 |
| 3/1/2025 | $7,777.78 | $4,666.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,122,970.37 |
| 4/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,136,748.15 |
| 5/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,150,081.49 |
| 6/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,163,859.26 |
| 7/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,177,192.60 |
| 8/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,190,970.37 |
| 9/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,204,748.15 |
| 10/1/2025 | $8,333.33 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,218,081.49 |
| 11/1/2025 | $8,611.11 | $5,166.67 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,231,859.26 |
| 11/19/2025 | $5,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,239,859.26 |
| 1/14/2026 | $15,555.56 | $9,333.33 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $3,264,748.15 |