**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  YES<br>Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 11

**Case: 25-20897-MCR**  Date: 01/15/2026 at 12:00 p.m.
**OB LLC**

Appearances:   Maurice Belmont VerStandig, counsel for Debtor
Keith M. Lusby, counsel for Democracy Capital Corporation
Justin Philip Fasano, counsel for Werrlein Properties Limited Liability Company
Stephen A. Metz, Subchapter V Trustee
L. Jeanette Rice, Office of the United States Trustee

Also present:   Erik Bolog, Debtor representative
Richard DuBose, Democracy Capital Corporation's witness

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual . Fee Amount $1738 Filed by OB LLC. Ch 11 Plan Subch V Due by 02/17/2026. Government Proof of Claim due by 05/18/2026. Statement of Financial Affairs due 12/3/2025. Incomplete Filings due 12/3/2025.

  [32] Objection on behalf of Democracy Capital Corporation Filed by Keith M. Lusby (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor OB LLC, 15 Scheduling Order for Chapter 11 Small Business Subchapter V).

[10] Motion to Sell 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 Free and Clear of Liens and Notice of Motion. Fee Amount $199. Notice Served on 11/21/2025, Filed by OB LLC. Objections due by 12/12/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 01/08/2026 at 11:30 AM - Courtroom 3-C. (Attachments: # 1 Exhibit A - Purchase and Sale Agreement # 2 Exhibit B - First Amendment to Purchase and Sale Agreement # 3 Notice # 4 Proposed Order)

  [27] Objection on behalf of Democracy Capital Corporation Filed by Keith M. Lusby (related document(s)10 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor OB LLC).

[31] Motion *Of Democracy Capital Corporation For Entry Of An Order Determining That Debtors Property Constitutes Single Asset Real Estate That Is Subject To 11 U.S.C. § 362(D)(3)* Filed by Democracy Capital Corporation. (Attachments: # 1 Proposed Order)

  [45] Opposition on behalf of OB LLC Filed by Maurice Belmont VerStandig (related document(s)31 Motion for Miscellaneous Relief filed by Creditor Democracy Capital Corporation, 32 Objection filed by Creditor Democracy Capital Corporation). (Attachments: # 1 Exhibit A - Zoning Map # 2 Exhibit B - Prince George's County Zoning Ordinance 27-4202(h) # 3 Proposed Order)

COMMENTS:    The Court held an initial status conference under Section 1188.

Mr. Bolog and Mr. DuBose testified regarding the sale motion, the SARE motion, and Democracy's objecton to the Debtor's SBD/Sub V designation. The Court admitted Debtor's Exhibits 1-3 and Democracy's Exhibits 1-3 and page 26 of Democracy's Exhibit 4 (attached).

The Court will grant the Debtor's sale motion, deny Democracy's SARE motion, and overrule Democracy's objection to the Debtor's SBD/Sub V status.

DISPOSITION: Hearing held. Motion to sell [10] granted. SARE motion [31] denied. Objection to SBD/Sub V status [32] overruled. Debtor's counsel to prepare orders after seeking feedback from Democracy's counsel, Sub V Trustee, UST, and purchaser's counsel.

The Court set the following schedule regarding the Debtor's plan and will prepare the scheduling order:
- Debtor to file and serve amended plan by 1/16/26
- Parties in interest to file confirmation objections by 2/4/26
- Creditors to submit ballots by 2/4/26
- Debtor to file tally of ballots by 2/9/26 at 10:00 a.m.
- Confirmation hearing to be held 2/10/26 at 10:00 a.m. in person.