Entered: January 16th, 2026
Signed: January 16th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>OB LLC,<br><br>      Debtor. | Case Number:  25-20897-MCR<br>(Chapter 11) |

## SECOND SCHEDULING ORDER

      The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  On November 24, 2025, the Court entered an Initial Scheduling Order [Dkt. No. 15] setting forth certain deadlines and requirements.  On January 15, 2026, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code.

      On December 8, 2025, the Debtor filed its Chapter 11, Subchapter V Plan [Dkt. No. 22], and on January 5, 2026, the Debtor filed its Amended Chapter 11, Subchapter V Plan [Dkt. No. 36] (the "Plan").

      Based on the record and for good cause appearing, IT IS ORDERED:

1.    Amended Plan.  On or before **January 16, 2026**, the Debtor shall file an Amended Plan (the "Amended Plan").

2.    Service of Plan Documents.  On or before **January 16, 2026**, the Debtor shall (a) serve a copy of this Second Scheduling Order, the Amended Plan (with all exhibits and attachments) and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d), and (b) file a certificate of service with the Court.

3. <u>Objections to Confirmation</u>.  **February 4, 2026**, is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  Any party in interest objecting to the Amended Plan, including the proposed treatment of any claim or interest under the Amended Plan, must file and serve a timely objection in accordance with this Second Scheduling Order and the applicable rules.

4. <u>Voting on Amended Plan</u>.  **February 4, 2026**, is the deadline for submitting written acceptances or rejections of the Amended Plan.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Maurice Belmont VerStandig
> The VerStandig Law Firm, LLC
> 9812 Falls Road
> #114-160
> Potomac, MD 20854

5. <u>Tally of Ballots</u>.  The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **February 9, 2026, at 10:00 a.m.**

6. <u>Confirmation Hearing</u>.  The Court shall hold a hearing on confirmation of the Amended Plan on **February 10, 2026, at 10:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 (for in person hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc: Debtor – OB LLC
Debtor's Counsel – Maurice Belmont VerStandig
Subchapter V Trustee – Stephen A. Metz
Office of the United States Trustee
All Creditors and Parties in Interest

**END OF ORDER**