**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                              Case No. 25-20897-MCR

OB LLC                                             Chapter 11

    Debtor.

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2026, I caused a copy of (i) the

Second Amended Plan of Reorganization, DE #50; and (ii) the Second Scheduling Order, DE #51,

to be served, via US Mail, postage prepaid, upon:

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
PO BOX 549
ANNAPOLIS MD 21404

AISHA N. BRAVEBOY
1301 MCCORMICK DRIVE
SUITE 4000
LARGO MD 20774

M. LOUIS OFFEN
141 BETHLEHEM PIKE
PHILADELPHIA PA 19118

and

SECURITIES AND EXCHANGE COMMISSION
100 F ST NE
WASHINGTON DC 20549

I FURTHER CERTIFY that on this 16th day of January, 2026, the foregoing documents

were served, via this Honorable Court's CM/ECF system, upon the following attorneys, each of

whom represents one or more of the remaining parties on the official mailing matrix in this case,

1

so that all parties on said matrix have either been served (i) via US Mail, postage prepaid; or (ii) through the CM/ECF system:

- Justin        Philip        Fasano                                    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmarti n@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach    jheid@gebsmith.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com
- Stephen        A.        Metz                                    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice    Belmont    VerStandig                                    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mau ricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on this 16th day of January, 2026, a copy of a ballot, substantially conforming to Official Form 314, was transmitted via e-mail to the following attorneys, representing each of the parties entitled to vote on the foregoing plan:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com

Respectfully submitted,

Dated: January 16, 2026          By:    /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The VerStandig Law Firm, LLC
                                        9812 Falls Road, #114-160
                                        Potomac, Maryland 20854
                                        Phone: (301) 444-4600
                                        mac@mbvesq.com
                                        *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 16th day of January 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach   jheid@gebsmith.com
- Nicole C. Kenworthy   bdept@mrrlaw.net
- Keith M. Lusby   klusby@gebsmith.com
- Stephen A. Metz     smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.

3