United States Bankruptcy Court
District of Maryland

| In re: | Case No. 25-20897-MCR |
|---|---|
| OB LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: pdfall | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| intp | + | Werrlein Properties Limited Liability Company, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| 33018573 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33018574 | + | Democracy Capital Corporation, 4800 Montgomery Lane, 10th Floor, Bethesda, MD 20814-3429 |
| 33018575 | #+ | M. Louis Offen, 141 Bethlehem Pike, Philadelphia, PA 19118-2814 |
| 33018576 | + | Werrlein Properties Limited Liability Co, 522 Defense Highway, Annapolis, MD 21401-7634 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jan 16 2026 19:37:00 | Office of The United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| cr | + Email/Text: bdept@mrrlaw.net | Jan 16 2026 19:37:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| 33019816 | + Email/Text: bdept@mrrlaw.net | Jan 16 2026 19:37:00 | Prince George's County, Maryland, c/o Nicole C. Kenworthy, Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave. Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 18, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: pdfall | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith M. Lusby | klusby@gebsmith.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 8

Entered: January 16th, 2026
Signed: January 16th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>OB LLC,<br><br>        Debtor. | Case Number: 25-20897-MCR<br>(Chapter 11) |

## SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On November 24, 2025, the Court entered an Initial Scheduling Order [Dkt. No. 15] setting forth certain deadlines and requirements. On January 15, 2026, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code.

On December 8, 2025, the Debtor filed its Chapter 11, Subchapter V Plan [Dkt. No. 22], and on January 5, 2026, the Debtor filed its Amended Chapter 11, Subchapter V Plan [Dkt. No. 36] (the "Plan").

Based on the record and for good cause appearing, IT IS ORDERED:

1. Amended Plan. On or before **January 16, 2026**, the Debtor shall file an Amended Plan (the "Amended Plan").

2. Service of Plan Documents. On or before **January 16, 2026**, the Debtor shall (a) serve a copy of this Second Scheduling Order, the Amended Plan (with all exhibits and attachments) and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d), and (b) file a certificate of service with the Court.

3. <u>Objections to Confirmation</u>. **February 4, 2026**, is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  Any party in interest objecting to the Amended Plan, including the proposed treatment of any claim or interest under the Amended Plan, must file and serve a timely objection in accordance with this Second Scheduling Order and the applicable rules.

4. <u>Voting on Amended Plan</u>.  **February 4, 2026**, is the deadline for submitting written acceptances or rejections of the Amended Plan.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Maurice Belmont VerStandig
> The VerStandig Law Firm, LLC
> 9812 Falls Road
> #114-160
> Potomac, MD 20854

5. <u>Tally of Ballots</u>.  The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **February 9, 2026, at 10:00 a.m.**

6. <u>Confirmation Hearing</u>.  The Court shall hold a hearing on confirmation of the Amended Plan on **February 10, 2026, at 10:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 (for in person hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).


cc:   Debtor – OB LLC
      Debtor's Counsel – Maurice Belmont VerStandig
      Subchapter V Trustee – Stephen A. Metz
      Office of the United States Trustee
      All Creditors and Parties in Interest

**END OF ORDER**

2