United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| intp | + | Werrlein Properties Limited Liability Company, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bdept@mrrlaw.net | Jan 27 2026 19:27:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 29, 2026 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jan 27, 2026 | Form ID: pdfparty | Total Noticed: 4

Keith M. Lusby
   klusby@gebsmith.com

L. Jeanette Rice
   Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
   mac@mbvesq.com
   lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
   bdept@mrrlaw.net

Stephen A. Metz
   smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt
   USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 8



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                                     Case No. 25-20897-MCR

OB LLC,                                                   Chapter 11

    Debtor.
_____/

**ORDER GRANTING MOTION TO SELL REAL
PROPERTY FREE AND CLEAR OF ALL LIENS, OVERRULING
OBJECTION TO SMALL BUSINESS DESIGNATION, AND DENYING
MOTION TO DECLARE DEBTOR SINGLE ASSET REAL ESTATE ENTITY**

    Upon consideration of the Motion to Sell Real Property Free and Clear of All Liens, DE #10 (the "Sale Motion") filed by OB LLC ("OB" or the "Debtor"), the Motion of Democracy Capital Corporation ("DCC") to determine the Debtor is a single asset real estate entity, DE #31 (the "SARE Motion"), and the objection of DCC to the Debtor's designation as a small business debtor, DE #32 (the "Small Business Objection"); the briefing of the parties thereon; evidenced adduced at a hearing on January 15, 2026; the record herein; and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

    FOUND, for the reasons stated on the record at the close of the aforesaid evidentiary hearing, that the Debtor has satisfied the rigors of subsections (b), (f), and (m) of Section 363 of Title 11 of the United States Code; and it is further

1

FOUND, that notice to creditors, of the Sale Motion, has been adequate and sufficient in nature; and it is further

ORDERED, that OB LLC ("OB" or the "Debtor") is authorized to enter into the First Amendment to Purchase and Sale Agreement (the "Amendment"), attached to the Sale Motion as Exhibit B; and it is further

ORDERED, that OB is authorized to sell the real property commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 (the "Property"), to Werrlein Properties Limited Liability Company or its assignee ("WPLLC"), pursuant to the terms of the Amendment and the underlying sales contract (the "Contract"), attached to the Sale Motion as Exhibit A; and it is further

ORDERED, that said sale shall be free and clear of all liens and encumbrances upon the Property, with DCC's lien to attach to the proceeds of such sale with the same validity and priority as such lien had against the Property; and it is further

ORDERED, that the Debtor shall pay, at the time of closing on the sale of the Property, the sum of Three Million Five Hundred Thousand Dollars and No Cents ($3,500,000.00) to DCC, with such payment being expressly without prejudice to the right of the Debtor to clawback, avoid, or otherwise seek a return of a portion of the subject monies, should the claim of DCC later be adjudicated to be allowed in a lesser sum; and it is further

ORDERED, that the Debtor and WPLLC shall prorate real estate taxes on the Property, as of the date of the closing of the sale thereof, and the Debtor's portion of such taxes—inclusive of any pre-petition obligation owed to taxing authorities and secured by the Property—shall be paid, at closing, to the subject taxing authority(ies); and it is further

ORDERED, that the net proceeds of the sale of the Property shall be deposited, by the Debtor or by such closing agent as WPLLC may designate to conduct the closing, into a debtor-in-possession account held in the name of the Debtor and such funds shall remain in the debtor-in-possession account pending further order of the Court; and it is further

ORDERED, that WPLLC shall be considered a good faith purchaser, for purposes of Section 363(m) of Title 11 of the United States Code; and it is further

ORDERED, that the SARE Motion be, and hereby is, DENIED; and it is further

ORDERED, that the Small Business Objection be, and hereby is, OVERRULED.

Copies:
All Counsel of Record