Entered: February 4th, 2026
Signed: February 3rd, 2026
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25−20897 − MCR**   Chapter: **11**

**OB LLC**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing Objection to Claim Number 1 In Re: Democracy Capital Corporation in the Amount of $3,917,945.54 (ECF No. 46), filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:  Debtor
     Attorney for Debtor − Maurice Belmont VerStandig
     Interested Party −
     Case Trustee − Stephen A. Metz

**End of Order**

14x01 (rev. 02/02/2006) − AbigaleStojak