IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                               Case No. 25-20897-MCR

OB LLC                                                           Chapter 11

    Debtor.

_____/

### Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

OB LLC ("OB" or the "Debtor") has filed a second amended plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854, on or before February 4, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1 claim against the Debtor:

*Check one box only*

    ☑ **Accepts the plan**

    ☐ **Rejects the plan**

1

Dated: _1/21/2026_

Print or type name: _M. Evan Meyers_

Signature: _[signature]_

Title (if corporation or partnership) _Attorney for Prince George's County, MD_

Address: _Meyers Rodbell & Rosenbaum, P.A._
_6801 Kenilworth Ave., Suite 400_
_Riverdale Park, MD 20737_

Return this ballot to:

Maurice B. VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
mac@mbvesq.com