IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                                  Case No. 25-20897-MCR

OB LLC                                                                              Chapter 11

      Debtor.
_____/

**ORDER NON-CONSENSUALLY CONFIRMING SECOND
AMENDED PLAN OF REORGANIZATION UNDER 11 U.S.C. § 1191(b)**

Upon consideration of OB, LLC's Second Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #50), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Section 3.02 of the Plan be, and hereby is, STRICKEN, and replaced with the following language: "Each holder of an administrative expense claim allowed under § 503 of the Bankruptcy Code will be paid in full on the later of (i) the fifth calendar day after payment, in full, of the Class 1 claim (allowing for such time as may be necessary for the Class 1 claim to be an allowed claim, for which all objections thereto have been finally resolved pursuant to a final order of this Court); or (ii) the fifth calendar say after such claim becomes an allowed claim. All

1

professionals. including the Debtor's counsel and the Subchapter V Trustee, will need to file applications with the Court to seek approval of their fee and expenses as allowed administrative expense claims within 30 days of the Effective Date. Post-petition, the Subchapter V Trustee shall continue to apply for all fees in accordance with Sections 330 and 331."; and it is further

ORDERED, that Article 7 of the Plan shall be, and hereby is, STRICKEN, and replaced with the following language: "The Debtor shall sell the Real Estate in accord with the provisions of the sale order found at docket entry #55 in this case and pursuant to and within the time frame of the contract of sale approved thereby."; and it is further

ORDERED, that the following sentence shall be appended to the end of Section 8.05 of the Plan: "In the event of a default, creditors shall, too, without further leave of court, have all remedies under governing non-bankruptcy law (including state law), including, but not limited to, the right of any secured creditor to enforce its lien rights pursuant to the terms and conditions of the applicable loan documents."; and it is further

ORDERED, that pursuant to the provisions of Section 1192 of Title 11 of the United States Code, OB, LLC ("OB" or the "Debtor") shall receive a discharge upon the making of the final payment called for in the Plan; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(1), the Debtor shall file a notice of substantial consummation within fourteen (14) days of such occurrence; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(2), the Debtor shall file post-confirmation progress reports not later than six months after the date of entry of this order and every six months thereafter until such a time as a final decree is filed; and it is further

ORDERED, that the Debtor shall file and serve a notice of the effective date of the Plan, with such service to be on all parties in interest.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen and Agreed:

Copies:

All Counsel of Record