IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE:<br><br>OB LLC,<br><br>Debtor. | Case No.: 25-20897-MCR<br>Chapter 11 (Subchapter V) |

## WITHDRAWAL OF DOCUMENT

Matthew W. Cheney, Acting United States Trustee for Region 4 withdraws the Objection at Dkt. 59.

Date: February 10, 2026

Submitted by,

Matthew W. Cheney
Acting United States Trustee for Region 4
By Counsel

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Fax: (301) 344-8431
Email: Jeanette.Rice@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2026, a copy of the foregoing United States Withdrawal was served electronically through the Court's Electronic Case Filing notices system on the following:

Maurice Belmont VerStandig mac@mbvesq.com,lisa@mbvesq.com,mahlon@dcbankruptcy.com mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com,

tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

James Taylor Heidelbach jheid@gebsmith.com

Nicole C. Kenworthy bdept@mrrlaw.net

Keith M. Lusby klusby@gebsmith.com

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com, lydia.yale@offitkurman.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

*/s/ L. Jeanette Rice*
L. Jeanette Rice
