LS01027P2

L O A N   S T A T E M E N T          Page          1

Congressional Bank

| Loan Number | Interest Rate | Original Amount | Statement Date |
|---|---|---|---|
| 6000353737 | 5.000 | 2,500,000.00 | 05/24/2018 |

OB, LLC
C/O M. L. OFFEN
PO BOX 6364
MC LEAN VA 22106-6364

-----LOAN ACTIVITY-----

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 02/16/2016 02/16/2016 REGULAR PAYMENT | 8611.11 | .00 8611.11 | .00 .00 | .00 .00 | 2000000.00 |
| 01/13/2016 01/13/2016 REGULAR PAYMENT | 8611.11 | .00 8611.11 | .00 .00 | .00 .00 | 2000000.00 |
| 12/14/2015 12/14/2015 REGULAR PAYMENT | 8333.33 | .00 8333.33 | .00 .00 | .00 .00 | 2000000.00 |
| 11/12/2015 11/12/2015 REGULAR PAYMENT | 8750.00 | .00 8750.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/16/2015 10/16/2015 FEE PAYMENT | 4275.00 | .00 .00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/15/2015 10/15/2015 REGULAR PAYMENT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/23/2015 10/15/2015 REV REGULAR PYMT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/23/2015 10/15/2015 REGULAR PAYMENT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/05/2015 10/05/2015 REV REGULAR PYMT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |

LS01027P2

L O A N   S T A T E M E N T                    Page          2

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 10/05/2015<br>10/05/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/23/2015<br>10/05/2015<br>PRINCIPAL PAYMENT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/05/2015<br>10/05/2015<br>PRINCIPAL PAYMENT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/23/2015<br>10/05/2015<br>REV REGULAR PYMT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 09/30/2015<br>09/30/2015<br>FEE PAYMENT | 3200.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/30/2015<br>09/30/2015<br>FEE PAYMENT | 425.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/16/2015<br>09/16/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 08/14/2015<br>08/14/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 07/14/2015<br>07/14/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 06/03/2015<br>06/03/2015<br>REGULAR PAYMENT | 3217.00 | .00<br>3217.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 06/03/2015<br>06/03/2015<br>REGULAR PAYMENT | 6470.50 | .00<br>6470.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 05/05/2015<br>05/05/2015<br>REGULAR PAYMENT | 9375.50 | .00<br>9375.00 | .00<br>.00 | .50<br>.00 | 2250000.00 |

L O A N   S T A T E M E N T                     Page         3

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 04/07/2015<br>04/07/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/25/2015<br>03/25/2015<br>INCR ASSESSED FEE | 425.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/25/2015<br>03/25/2015<br>INCR ASSESSED FEE | 3200.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/04/2015<br>03/04/2015<br>REGULAR PAYMENT | 8750.00 | .00<br>8750.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 02/02/2015<br>02/02/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 01/02/2015<br>01/02/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 12/01/2014<br>12/01/2014<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 11/03/2014<br>11/03/2014<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/20/2014<br>10/20/2014<br>INCR ASSESSED FEE | 3900.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/03/2014<br>10/03/2014<br>REGULAR PAYMENT | 11125.00 | .00<br>11125.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/03/2014<br>09/03/2014<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 08/29/2014<br>08/29/2014<br>REGULAR PAYMENT | 38333.33 | .00<br>38333.33 | .00<br>.00 | .00<br>.00 | 2250000.00 |

L O A N   S T A T E M E N T                Page          4

Congressional Bank

| Post Date  | Trans Amt | Principal | Escrow | Late Charge | Balance |
| Eff Date   |           | Interest  | Other  | Fees        |         |
| Description |          |           |        |             |         |
| ========== | ============= | ============= | =========== | ============= | ============= |
| 08/29/2014 | 250000.00 | 250000.00 | .00 | .00 | 2250000.00 |
| 08/29/2014 |           | .00 | .00 | .00 | |
| PRINCIPAL PAYMENT | | | | | |
| | | | | | |
| 08/18/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 08/18/2014 |        | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 07/31/2014 | 375.00 | .00 | .00 | .00 | 2500000.00 |
| 07/31/2014 |        | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| | | | | | |
| 07/28/2014 | 125000.00 | .00 | .00 | 125000.00 | 2500000.00 |
| 07/28/2014 |          | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 07/16/2014 | 125625.00 | .00 | .00 | 125625.00 | 2500000.00 |
| 07/16/2014 |          | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 07/02/2014 | 125000.00 | .00 | .00 | 125000.00 | 2500000.00 |
| 07/02/2014 |          | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 06/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 06/16/2014 |        | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 05/30/2014 | 24045.81 | .00 | 24045.81 | .00 | 2500000.00 |
| 05/30/2014 |         | .00 | .00 | .00 | |
| ESCROW PAYMENT | | | | | |
| | | | | | |
| 05/30/2014 | 37083.34 | .00 | .00 | .00 | 2500000.00 |
| 05/30/2014 |         | 37083.34 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 05/30/2014 | 2499.99 | .00 | .00 | 2499.99 | 2500000.00 |
| 05/30/2014 |        | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 05/16/2014 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 05/16/2014 |        | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 05/12/2014 | 24045.81 | .00 | 24045.81 | .00 | 2500000.00 |
| 05/12/2014 |         | .00 | .00 | .00 | |
| ESCROW DISB | | | | | |

L O A N   S T A T E M E N T                Page            5

Congressional Bank

| Post Date | Trans Amt | Principal | Escrow | Late Charge | Balance |
| Eff Date | | Interest | Other | Fees | |
| Description | | | | | |
|========|==========|==========|========|==========|=========|
| 04/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 04/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 03/31/2014 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 03/31/2014 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 03/17/2014 | 583.33 | .00 | .00 | 583.33 | 2500000.00 |
| 03/17/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 02/18/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 02/18/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 01/21/2014 | 25416.67 | .00 | .00 | .00 | 2500000.00 |
| 01/21/2014 | | 25416.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 01/17/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 01/17/2014 | | .00 | .00 | .00 | |
| WAIVE LATE CHARGE | | | | | |
| | | | | | |
| 01/16/2014 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 01/16/2014 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 01/08/2014 | 8874.97 | .00 | .00 | 8874.97 | 2500000.00 |
| 01/08/2014 | | .00 | .00 | .00 | |
| WAIVE LATE CHARGE | | | | | |
| | | | | | |
| 12/16/2013 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 12/16/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 11/29/2013 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 11/29/2013 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 11/18/2013 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 11/18/2013 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 10/31/2013 | 12499.99 | .00 | .00 | .00 | 2500000.00 |
| 10/31/2013 | | 12499.99 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

Congressional Bank

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 10/16/2013 10/16/2013 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 09/27/2013 09/27/2013 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 09/16/2013 09/16/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 08/30/2013 08/30/2013 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 08/16/2013 08/16/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 07/30/2013 07/30/2013 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 07/16/2013 07/16/2013 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 06/26/2013 06/26/2013 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 06/17/2013 06/17/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 06/14/2013 06/14/2013 ESCROW PAYMENT | 24413.45 | .00 .00 | 24413.45 .00 | .00 .00 | 2500000.00 |
| 06/03/2013 06/03/2013 ESCROW DISB | 24413.45 | .00 .00 | 24413.45 .00 | .00 .00 | 2500000.00 |
| 05/31/2013 05/31/2013 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 05/16/2013<br>05/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 04/19/2013<br>04/19/2013<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 04/16/2013<br>04/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 03/26/2013<br>03/26/2013<br>REGULAR PAYMENT | 11666.67 | .00<br>11666.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 03/18/2013<br>03/18/2013<br>INC ASSESS LT CHG | 583.33 | .00<br>.00 | .00<br>.00 | 583.33<br>.00 | 2500000.00 |
| 02/28/2013<br>02/28/2013<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 02/19/2013<br>02/19/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REGULAR PAYMENT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REV REGULAR PYMT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REGULAR PAYMENT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/16/2013<br>01/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 12/31/2012<br>12/31/2012<br>REGULAR PAYMENT | 12499.99 | .00<br>12499.99 | .00<br>.00 | .00<br>.00 | 2500000.00 |

L O A N   S T A T E M E N T                   Page            8

Congressional Bank

| Post Date | Trans Amt | Principal | Escrow | Late Charge | Balance |
| Eff Date | | Interest | Other | Fees | |
| Description | | | | | |
| ========= | ============= | ============= | ============ | ============= | ============= |
| 12/17/2012 | 625.00 | .00 | .00 | 625.00 | 2500000.00 |
| 12/17/2012 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 11/30/2012 | 11807.84 | .00 | .00 | .00 | 2500000.00 |
| 11/30/2012 | | 11807.84 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 11/16/2012 | 645.83 | .00 | .00 | 645.83 | 2500000.00 |
| 11/16/2012 | | .00 | .00 | .00 | |
| INC ASSESS LT CHG | | | | | |
| | | | | | |
| 11/02/2012 | 1108.83 | .00 | .00 | .00 | 2500000.00 |
| 11/02/2012 | | 1108.83 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 10/04/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 10/04/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 09/04/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 09/04/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 08/10/2012 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 08/01/2012 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 07/03/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 07/03/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 06/01/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 06/01/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 05/01/2012 | 12500.00 | .00 | .00 | .00 | 2500000.00 |
| 05/01/2012 | | 12500.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 04/06/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 04/06/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 03/01/2012 | 12083.33 | .00 | .00 | .00 | 2500000.00 |
| 03/01/2012 | | 12083.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

L O A N   S T A T E M E N T                     Page              9

Congressional Bank

| Post Date | Trans Amt | Principal | Escrow | Late Charge | Balance |
|---|---|---|---|---|---|
| Eff Date | | Interest | Other | Fees | |
| Description | | | | | |
| ========= | ============= | ============= | ============ | ============= | ============= |
| 02/01/2012 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 02/01/2012 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 01/06/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 01/06/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 12/07/2011 | 12500.01 | .00 | .00 | .00 | 2500000.00 |
| 12/01/2011 | | 12500.01 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 11/15/2011 | 4583.33 | .00 | .00 | .00 | 2500000.00 |
| 11/01/2011 | | 4583.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 10/21/2011 | 2500000.00 | 2500000.00 | .00 | .00 | 2500000.00 |
| 10/21/2011 | | .00 | .00 | .00 | |
| New Loan | | | | | |

Interest Paid Year to Date          .00
Interest Paid Prior Year            .00


                    ESCROW ACCOUNT INFORMATION
Prin and Int Payment          .00   Beginning Balance          48,459.26-
Escrow Payment                .00   Deposits                   48,459.26
                 -----------------  Disbursements
Total Payment                 .00     Taxes - 1098                    .00
                                      Taxes                           .00
                                      Insurance - 1098                .00
                                      Insurance                       .00
                                      Miscellaneous - 1098            .00
                                      Miscellaneous                   .00
                                                           -----------------
                                      Ending Balance                  .00