

Fri, Aug 25 at 8:48 AM

Did u figure out the pay-off so I can move this contract forward

I asked Doug to have it calculated

Thx

Mon, Aug 28 at 1:16 PM

Did Doug get to this yet

Tue, Aug 29 at 8:59 AM

Joe?

Tue, Aug 29 at 11:15 AM





**Joe?**

Tue, Aug 29 at 11:15 AM

He asked Amanda to do it

**Whose Amanda**

She is our controller

Approx 2.7

Tue, Aug 29 at 1:15 PM

**Can Democracy take $2.5 so he can get something?**