**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | **Case Number: 25-20897-MCR** |
| OB LLC, | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Kevin R. Feig hereby appears in this matter on behalf Werrlein Properties Limited Liability Company ("Werrlein"), and requests, in accordance with Fed. R. Bankr. P. 9010, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> Kevin R. Feig
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770
> kfeig@mhlawyers.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

This notice and demand is a "special appearance" and is not a consent to or waiver of Werrlein's:

1.    right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed de novo by a United States District Judge;

2.    right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3.    right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4.    right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5.    all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which they are entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by Werrlein by this filing or by any other participation in the case by Werrlein.

Dated:  February 10, 2026                    Respectfully submitted

                                             */s/ Kevin R. Feig*
                                             Kevin R. Feig (Bar No. 15202)
                                             McNamee Hosea, P.A.
                                             6404 Ivy Lane, Suite 820
                                             Greenbelt, MD 20770
                                             (301) 441-2420
                                             kfeig@mhlawyers.com

*Counsel for Werrlein Properties Limited Liability Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including the parties listed below.

James Taylor Heidelbach jheid@gebsmith.com
Nicole C. Kenworthy bdept@mrrlaw.net
Keith M. Lusby klusby@gebsmith.com
Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;
mahlon@dcbankruptcy.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

*/s/ Kevin R. Feig*
Kevin R. Feig