Entered: February 11th, 2026
Signed: February 10th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

In re:

OB LLC,

      Debtor.

Case Number: 25-20897-MCR
Chapter 11

OB LLC,

      Objector,

v.

DEMOCRACY CAPITAL CORPORATION,

      Respondent.

**SCHEDULING ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 1 OF DEMOCRACY CAPITAL CORPORATION**

On February 10, 2026, OB LLC (the "Debtor") filed an Objection to Claim of Democracy Capital Corporation [Dkt. No. 64] (the "Claim Objection"). On February 10, 2026, the Court held a confirmation hearing on the Debtor's Second Amended Subchapter V Plan of Reorganization [Dkt. No. 50], at which the Court discussed setting a schedule to address the Claim Objection.

The Debtor and Democracy Capital Corporation are referred to collectively as the "Parties" and individually as a "Party."

For the reasons stated on the record at the confirmation hearing, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. Discovery with regard to the Claim Objection shall be completed by **June 12, 2026**. The parties are reminded that:  (i) Local Bankruptcy Rule 7026-1(b) requires that discovery requests be made at a sufficiently early date to assure that the time for responses expires and discovery disputes are resolved before the discovery deadline; (ii) Local Bankruptcy Rule 7026-2 requires that a party propounding written discovery, taking a deposition, or providing a discovery response file a notice stating the type of discovery or response served, the date and type of service, and each person served; and (iii) Rule 26(e) requires a party to supplement or correct its discovery responses in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect.

2. A party must electronically pre-file its witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal purposes) on the Court's docket by **June 26, 2026**, as set forth herein, in Local Bankruptcy Rule 7016-1(c), and the Court's Protocol for In-Person Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).  To the extent there is a conflict between this Order and either Local Bankruptcy Rule 7016-1(c) or the Court's Protocol for In-Person Hearings, this Order shall govern.

3. A party's pre-filed exhibits shall include any portion of a deposition transcript that will be offered by the party in its case in chief, and the party must identify the witness, date, and line and page references in the deposition transcript that the party intends to offer.

4.      Each party must file a pretrial brief with regard to the Claim Objection by **June 26, 2026**.

5.      An evidentiary hearing on the Claim Objection is scheduled for **July 9, 2026, at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland.

6.      Failure to comply with this Order may result in sanctions being imposed by the Court on the offending party, including but not limited to dismissal of the action.

7.      The parties shall read, be familiar with, and comply with Local Bankruptcy Rule 9037-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.

8.      The parties shall read, be familiar with, and comply with the Court's Protocol for In-Person    Hearings    (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:      Debtor – OB LLC
         Debtor's counsel – Maurice Belmont VerStandig
         Respondent – Democracy Capital Corporation
         Respondent's counsel – Keith M. Lusby
         Subchapter V Trustee – Stephen A. Metz
         United States Trustee – L. Jeanette Rice

**END OF ORDER**