United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Feb 11 2026 19:28:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                                    Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith M. Lusby | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdfparty | Total Noticed: 3 |

    klusby@gebsmith.com

Kevin R. Feig

    kfeig@mhlawyers.com kfeig@ecf.courtdrive.com,jnesse@mhlawyers.com,cmartin@mhlawyers.com

L. Jeanette Rice

    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig

    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy

    bdept@mrrlaw.net

Stephen A. Metz

    smetz@offitkurman.com MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt

    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 9

Entered: February 11th, 2026
Signed: February 10th, 2026
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# AT GREENBELT

| | |
|---|---|
| In re:<br><br>OB LLC,<br><br>    Debtor. | Case Number: 25-20897-MCR<br>Chapter 11 |
| OB LLC,<br><br>    Objector,<br><br>v.<br><br>DEMOCRACY CAPITAL CORPORATION,<br><br>    Respondent. | |

**SCHEDULING ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 1 OF
<u>DEMOCRACY CAPITAL CORPORATION</u>**

On February 10, 2026, OB LLC (the "<u>Debtor</u>") filed an Objection to Claim of Democracy Capital Corporation [Dkt. No. 64] (the "<u>Claim Objection</u>").  On February 10, 2026, the Court held a confirmation hearing on the Debtor's Second Amended Subchapter V Plan of Reorganization [Dkt. No. 50], at which the Court discussed setting a schedule to address the Claim Objection.

The Debtor and Democracy Capital Corporation are referred to collectively as the "Parties" and individually as a "Party."

For the reasons stated on the record at the confirmation hearing, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. Discovery with regard to the Claim Objection shall be completed by **June 12, 2026**. The parties are reminded that: (i) Local Bankruptcy Rule 7026-1(b) requires that discovery requests be made at a sufficiently early date to assure that the time for responses expires and discovery disputes are resolved before the discovery deadline; (ii) Local Bankruptcy Rule 7026-2 requires that a party propounding written discovery, taking a deposition, or providing a discovery response file a notice stating the type of discovery or response served, the date and type of service, and each person served; and (iii) Rule 26(e) requires a party to supplement or correct its discovery responses in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect.

2. A party must electronically pre-file its witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal purposes) on the Court's docket by **June 26, 2026**, as set forth herein, in Local Bankruptcy Rule 7016-1(c), and the Court's Protocol for In-Person Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark). To the extent there is a conflict between this Order and either Local Bankruptcy Rule 7016-1(c) or the Court's Protocol for In-Person Hearings, this Order shall govern.

3. A party's pre-filed exhibits shall include any portion of a deposition transcript that will be offered by the party in its case in chief, and the party must identify the witness, date, and line and page references in the deposition transcript that the party intends to offer.

4. Each party must file a pretrial brief with regard to the Claim Objection by **June 26, 2026**.

5. An evidentiary hearing on the Claim Objection is scheduled for **July 9, 2026, at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland.

6. Failure to comply with this Order may result in sanctions being imposed by the Court on the offending party, including but not limited to dismissal of the action.

7. The parties shall read, be familiar with, and comply with Local Bankruptcy Rule 9037-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.

8. The parties shall read, be familiar with, and comply with the Court's Protocol for In-Person Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:  Debtor – OB LLC
     Debtor's counsel – Maurice Belmont VerStandig
     Respondent – Democracy Capital Corporation
     Respondent's counsel – Keith M. Lusby
     Subchapter V Trustee – Stephen A. Metz
     United States Trustee – L. Jeanette Rice

**END OF ORDER**