**IN THE UNITED STATES UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re<br><br>OB LLC,<br><br>　　　　　Debtor. | Case No.  25-20897<br><br>Chapter 11 |

**LINE SUBMITTING THE STIPULATION AND CONSENT ORDER EXTENDING
DEADLINE TO RESPOND TO OBJECTION TO CLAIM**

Democracy Capital Corporation submits herewith the Stipulation and Consent Order Extending Deadline to Respond to Objection to Claim.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith M. Lusby*
　　　　　　　　　　　　　　　　　　　　James T. Heidelbach (Bar No. 07715)
　　　　　　　　　　　　　　　　　　　　Keith M. Lusby (Bar No. 05596)
　　　　　　　　　　　　　　　　　　　　Gebhardt & Smith LLP
　　　　　　　　　　　　　　　　　　　　One South Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　(410) 385-5028
　　　　　　　　　　　　　　　　　　　　klusby@gebsmith.com
　　　　　　　　　　　　　　　　　　　　*Counsel to Democracy Capital Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 5th day of March, 2026, I electronically filed the foregoing *Line Submitting the Stipulation and Consent Order Extending Deadline to Respond to Objection to Claim* via CM/ECF, which will send notice of the filing to the following counsel of record:

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

James Taylor Heidelbach jheid@gebsmith.com

Nicole C. Kenworthy bdept@mrrlaw.net

Keith M. Lusby klusby@gebsmith.com

Stephen A. Metz smetz@offitkurman.com,
MD71@ecfcbis.com,
lydia.yale@offitkurman.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

                                              */s/ Keith M. Lusby*
                                              Keith M. Lusby