Entered: March 5th, 2026
Signed: March 5th, 2026
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re | Case No. 25-20897 |
| OB LLC, | Chapter 11 |
| Debtor. | |

### STIPULATION AND CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO OBJECTION TO CLAIM

The Debtor, OB LLC, and Democracy Capital Corporation stipulate and agree that Democracy Capital Corporation's deadline to respond to the Objection to Claim [ECF No. 64] is extended through March 16, 2026.

[ Signatures Appear on Following Page ]

**SEEN AND AGREED:**

| | |
|---|---|
| */s/* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 9812 Falls Road, #114-160 <br> Potomac, Maryland 20854 <br> Phone: (301) 444-4600 <br> mac@mbvesq.com <br> *Counsel for the Debtor* | */s/ Keith M. Lusby* <br> James T. Heidelbach (Bar No. 07715) <br> Keith M. Lusby (Bar No. 05596) <br> Gebhardt & Smith LLP <br> One South Street, Suite 2200 <br> Baltimore, Maryland 21202 <br> (410) 385-5028 <br> klusby@gebsmith.com <br> *Counsel to Democracy Capital Corporation* |

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order, and the signatures represented by the /s/ on this copy reference the signature of consenting parties on the original consent order.

                                            */s/ Keith M. Lusby*
                                            Keith M. Lusby

**END OF ORDER**

cc:  Maurice B. VerStandig
      Keith M. Lusby