# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

In re                                                         Case No. 25-20897-MCR

OB LLC                                                        Chapter 11

      Reorganized Debtor.
_____/

## NOTICE OF SALE

Please take notice that the sale provided for in Article 7 of OB LLC's Second Amended Subchapter V Plan of Reorganization, DE #50, has closed. While a delay in county government recording has occasioned a lag in the public availability of an executed deed, the reorganized debtor did receive the proceeds of the sale, in a debtor-in-possession bank account at Axos Bank, on March 5, 2026, thereby finalizing a multiprong closing.

                                                        Respectfully submitted,

Dated: March 12, 2026        By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                        Bar No. MD18071
                                                       The VerStandig Law Firm, LLC
                                                       9812 Falls Road, #114-160
                                                       Potomac, Maryland 20854
                                                       Phone: (301) 444-4600
                                                       mac@mbvesq.com
                                                       *Counsel for the Reorganized Debtor*

[Certificate of Service on Following Page]

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach    jheid@gebsmith.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                     /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.