IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Reorganized Debtor. _____/ | |

**NOTICE OF SUBSTANTIAL CONSUMMATION**

Pursuant to Section 10.01 of OB LLC's Second Amended Subchapter V Plan of Reorganization (the "Plan"), DE #50, please take notice that the Plan has been substantially consummated, as that term is defined in section 1101(2) of title 11 of the United States Code and used in section 1183(c)(2) of the same title. Specifically, (i) substantially all property to be transferred under the Plan has been so transferred pursuant to the closing of a sale, DE #73; (ii) the reorganized debtor has assumed management of the cash to be further addressed under the Plan (with said "management" simply consisting of maintenance of a debtor-in-possession bank account—per the Plan, the funds will not leave that account absent further order of this Honorable Court); and (iii) through the payment in full of Prince George's County, Maryland, and the making of a payment on a disputed claim to Democracy Capital Corporation, at the aforesaid closing, there has occurred a commencement of distribution under the Plan.

*[Signature on Following Page]*

1

                                                        Respectfully submitted,

Dated: March 12, 2026        By:    /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig, Esq.
                                                        Bar No. MD18071
                                                        The VerStandig Law Firm, LLC
                                                        9812 Falls Road, #114-160
                                                        Potomac, Maryland 20854
                                                        Phone: (301) 444-4600
                                                        mac@mbvesq.com
                                                        *Counsel for the Reorganized Debtor*


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach   jheid@gebsmith.com
- Nicole C. Kenworthy   bdept@mrrlaw.net
- Keith M. Lusby   klusby@gebsmith.com
- Stephen A. Metz   smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                                /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig, Esq.