IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                  Case No. 25-20897-MCR

OB LLC                                                                Chapter 11

    Reorganized Debtor.
_____/

## NOTICE OF EFFECTIVE DATE

Pursuant to the Order Non-Consensually Confirming Second Amended Plan of Reorganization Under 11 U.S.C. § 1191(b), DE #69, please take notice that the effective date of OB LLC's Second Amended Subchapter V Plan of Reorganization, DE #50, occurred on March 4, 2026.

    Respectfully submitted,

Dated: March 12, 2026     By:     /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               Bar No. MD18071
                                               The VerStandig Law Firm, LLC
                                               9812 Falls Road, #114-160
                                               Potomac, Maryland 20854
                                               Phone: (301) 444-4600
                                               mac@mbvesq.com
                                               *Counsel for the Reorganized Debtor*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach   jheid@gebsmith.com
- Nicole C. Kenworthy   bdept@mrrlaw.net
- Keith M. Lusby   klusby@gebsmith.com
- Stephen A. Metz   smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.