# EXHIBIT 9

| | | |
|---|---|---|
| RICHARD A. DUBOSE,<br>One South Street<br>Suite 2200<br>Baltimore, Maryland 21202 | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| MICHAEL C. BOLESTA,<br>One South Street<br>Suite 2200<br>Baltimore, Maryland 21202 | * | PRINCE GEORGE'S COUNTY |
| | * | Case Number: |
| Substitute Trustees, | * | |
| v. | * | |
| | * | |
| OB LLC,<br>115 Grafton Road, Suite 100<br>Salisbury, Maryland 21804 | * | The real property that is the subject of this foreclosure proceeding is not residential property. Therefore, the requirements of Md. Code Ann., Real Prop. Art. § 7-105.1 et. seq. do not apply to this proceeding. |
| Defendant. | * | |
| Subject Property<br>880 Grandhaven Avenue<br>Upper Marlboro, Maryland 20772<br>Tax Identification Number:15-1788512 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF DEBT

As of September 1, 2025, the Defendant, OB LLC (the "Defendant") is indebted to Democracy Capital Corporation ("Lender") under the Purchase Money Deed of Trust, dated October 19, 2011, from the Defendant to the Trustees named therein for the benefit of Forbright Bank, formerly known as Congressional Bank, itself successor by merger to American Bank (the "Original Lender") and recorded among the Land Records of Prince George's County, Maryland ("Land Records") in Liber 33058, Folio 291, as assigned to the Lender pursuant to a Contribution

Agreement between the Original Lender and the Lender, dated December 31, 2015, which such assignment was confirmed by the Confirmatory Assignment of Deed of Trust, dated August 5, 2025, executed by the Original Lender and recorded among the Land Records at Liber 51215 Folio 78 (collectively, the "Deed of Trust"), in the following amounts:

| | |
|---|---|
| $2,219,765.24 | Principal Balance |
| $1,318,537.05 | Accrued Interest (per diem $493.28) |
| $ 260,519.35 | Late Fees |
| $3,798,821.64 | Total as of September 1, 2025 |

\* The Lender shall also seek to recover in this foreclosure proceeding all additional interest and late charges which accrue under the Deed of Trust after September 1, 2025 and all foreclosure costs and expenses, trustees' commissions and attorneys' fees and expenses which the Lender is entitled to collect from the Defendant pursuant to the terms and conditions of the Deed of Trust and applicable law.

**WITNESS/ATTEST:**

*[signature]*

**AFFIANT:**

DEMOCRACY CAPITAL CORPORATION

By: *[signature]*
Name: MR SCHUBLE
Title: PRESIDENT

ACKNOWLEDGMENT

STATE OF Maryland, CITY/COUNTY OF Montgomery, TO WIT:

I HEREBY CERTIFY that, on this 25th day of September 2025, before me, the subscriber, a Notary Public of the jurisdiction aforesaid, personally appeared JR Schuble, known to me or satisfactorily identified, who acknowledged that he/she is a President of DEMOCRACY CAPITAL CORPORATION and made oath under the penalties of perjury that the foregoing is a just and true statement of the amount of indebtedness that is due under the Deed of Trust filed in the said cause.

IN WITNESS WHEREOF, My Hand and Notarial Seal.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires:

```
LYNN SMITH
Notary Public - State of Maryland
Montgomery County
My Commission Expires Mar 10, 2027
```