# EXHIBIT 6

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51215, p. 0078, MSA_CE64_51524. Date available 09/03/2025. Printed 09/04/2025.

BOOK: 51215 PAGE: 78

## CONFIRMATORY ASSIGNMENT OF DEED OF TRUST

FORBRIGHT BANK, formerly known as CONGRESSIONAL BANK, itself successor by merger to AMERICAN BANK ("Assignor"), as the holder of the loan ("Loan") evidenced by the Promissory Note dated October 19, 2011 in the original principal amount of $2,500,000.00 from OB LLC, a Delaware limited liability company ("Borrower"), to the order of Assignor ("Note"). The security for the Note includes the Purchase Money Deed of Trust dated as of October 19, 2011 and recorded among the Land Records of Prince George's County, Maryland in Liber 33058, folio 291 from Borrower to JAMES E. PLACK and DENNIS A. ARGERSON, trustees, for the benefit of Assignor, encumbering the property described in Exhibit A attached hereto and made a part hereof ("Deed of Trust").

For value received, pursuant to the Contribution Agreement between American Bank and Assignee (defined below) dated as of December 31, 2015 ("Contribution Agreement"), American Bank sold, assigned and transferred the Loan and the Note to Assignee. In order to acknowledge and confirm the sale, assignment and transfer of the Loan and the Note to Assignee pursuant to the Contribution Agreement, Assignor hereby transfers, without recourse, representation or warranty, all of its right, title and interest in the Deed of Trust to DEMOCRACY CAPITAL CORPORATION, a Delaware corporation ("Assignee"), whose mailing address is 4800 Montgomery Lane, 10th Floor, Bethesda, Maryland 20814.

TO HAVE AND TO HOLD unto Assignee and to the successors and assigns of Assignee forever.

IN WITNESS WHEREOF, the undersigned has executed, signed and sealed this Assignment of Deed of Trust as of ~~June~~ 5th, 2025.

WITNESS/ATTEST: ~~July~~ August

FORBRIGHT BANK
Formerly known as CONGRESSIONAL BANK
Successor by merger to AMERICAN BANK

By: _____
Name: Don Cole
Title: CEO

### Acknowledgment

STATE OF MARYLAND, CITY/COUNTY OF Montgomery, TO WIT:

I HEREBY CERTIFY that on this 5th day of August, 2025, before me, the undersigned Notary Public of the jurisdiction aforesaid, personally appeared Don Cole, and acknowledged her/himself to be the CEO of FORBRIGHT BANK, formerly known as CONGRESSIONAL BANK, itself successor by merger to AMERICAN BANK, and acknowledged that s/he, being authorized so to do, executed the foregoing instrument in the aforesaid capacity for the purposes therein contained.

IN WITNESS MY Hand and Notarial Seal.

_____ (SEAL)
NOTARY PUBLIC

CAROL D. BAKER
Notary Public-Maryland
Montgomery County
My Commission Expires
September 25, 2025

My Commission Expires:

Sept 25, 2025

Return to:
Harbor City Research
5523 Research Park Drive, Suite 205
Baltimore, Maryland 21228
G 325998 / 27566

BOOK: 51215 PAGE: 79

# CLERK VALIDATION

# SHEET

```
LR - Assignment
Recording Fee     20.00
Name: Plack
Ref:
LR - Assignment
Surcharge         40.00
=======================
SubTotal:         60.00
=======================
Total:            60.00
08/27/2025   02:56
              CC16-JeH
#19153926 CC0703 -
Prince George's
County/CC07.03.05 -
Register 05
```

*Mahasin El Amin* – Clerk
Prince George's County Circuit Court
14735 Main Street
Upper Marlboro, MD 20772

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51215, p. 0079, MSA_CE64_51524. Date available 09/03/2025. Printed 09/04/2025.