# EXHIBIT 8

**Sandy G. Stocksdale**

| | |
|---|---|
| **From:** | noreply@velocitypayment.com |
| **Sent:** | Monday, September 30, 2024 9:24 AM |
| **To:** | Amanda Asbacher |
| **Subject:** | Payment Receipt: WEB Tax Collections |

# Successful Payment Receipt

Please print this receipt for your records

Remittance ID: WEBTax093024091857003VRE

Payment ID: 326284622

Received: September 30, 2024 09:21AM EDT

Account Number: 1788512

Address: 008800 GRANDHAVEN AVE

Amount: $26,543.20

Convenience Fee: $1.50

Convenience Fee Type: Dual Transaction

Total Amount: $26,544.70

Transaction Type: Debit

Paid By: Check

Check Information: Corporate
Account Type: Checking
Account No.
RTN:
Company's Name: Democracy Capital Corp

Billing information: Address Line 1: 4800 Montgomery Lane, 10th Floor
Country: United States
City: BETHESDA
State: Maryland
ZIP Code: 20814

1

**Sandy G. Stocksdale**

| | |
|---|---|
| **From:** | noreply@velocitypayment.com |
| **Sent:** | Friday, September 26, 2025 12:53 PM |
| **To:** | Amanda Asbacher |
| **Subject:** | Payment Receipt: WEB Tax Collections |

# Successful Payment Receipt

Please print this receipt for your records

Remittance ID: WEBTax092625125124666VRE

Payment ID:   341413563

Received: September 26, 2025 12:52PM EDT

Account Number: 1788512

Address: 008800 GRANDHAVEN AVE

Amount: $28,954.48

Convenience Fee: $1.50

Convenience Fee Type: Dual Transaction

Total Amount: $28,955.98

Transaction Type: Debit

Paid By: Check

Check Information: Corporate
Account Type: Checking
Account No. ▮▮▮▮▮▮▮
RTN ▮▮▮▮▮
Company's Name: Democracy Capital Corp

Billing information: Address Line 1: 4800 Montgomery Ln, 10th Floor
Country: United States
City: BETHESDA
State: Maryland
ZIP Code: 20814

1