# EXHIBIT 9

RICHARD A. DUBOSE,　　　　　　　　　　*　　IN THE
One South Street
Suite 2200　　　　　　　　　　　　　　*　　CIRCUIT COURT
Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　*　　FOR
And
　　　　　　　　　　　　　　　　　　*　　PRINCE GEORGE'S COUNTY
MICHAEL C. BOLESTA,
One South Street　　　　　　　　　　　*　　Case Number:
Suite 2200
Baltimore, Maryland 21202　　　　　　　*

　　　　Substitute Trustees,　　　　　　*

v.　　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　*

OB LLC,
115 Grafton Road, Suite 100　　　　　　*　　The real property that is the subject
Salisbury, Maryland 21804　　　　　　　　　　of this foreclosure proceeding is not
　　　　　　　　　　　　　　　　　　*　　residential property.  Therefore, the
　　　　　　　　　　　　　　　　　　　　requirements of Md. Code Ann.,
　　　　Defendant.　　　　　　　　　　*　　Real Prop. Art. § 7-105.1 et. seq.
　　　　　　　　　　　　　　　　　　　　do not apply to this proceeding.
　　Subject Property　　　　　　　　　*
　　880 Grandhaven Avenue
　　Upper Marlboro, Maryland 20772　　　*
　　Tax Identification Number:15-1788512
　　　　　　　　　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## STATEMENT OF DEBT

As of September 1, 2025, the Defendant, OB LLC (the "Defendant") is indebted to

Democracy Capital Corporation ("Lender") under the Purchase Money Deed of Trust, dated

October 19, 2011, from the Defendant to the Trustees named therein for the benefit of Forbright

Bank, formerly known as Congressional Bank, itself successor by merger to American Bank (the

"Original Lender") and recorded among the Land Records of Prince George's County, Maryland

("Land Records") in Liber 33058, Folio 291, as assigned to the Lender pursuant to a Contribution

Agreement between the Original Lender and the Lender, dated December 31, 2015, which such assignment was confirmed by the Confirmatory Assignment of Deed of Trust, dated August 5, 2025, executed by the Original Lender and recorded among the Land Records at Liber 51215 Folio 78 (collectively, the "Deed of Trust"), in the following amounts:

| | |
|---|---|
| $2,219,765.24 | Principal Balance |
| $1,318,537.05 | Accrued Interest (per diem $493.28) |
| $ 260,519.35 | Late Fees |
| $3,798,821.64 | Total as of September 1, 2025 |

\* The Lender shall also seek to recover in this foreclosure proceeding all additional interest and late charges which accrue under the Deed of Trust after September 1, 2025 and all foreclosure costs and expenses, trustees' commissions and attorneys' fees and expenses which the Lender is entitled to collect from the Defendant pursuant to the terms and conditions of the Deed of Trust and applicable law.

**WITNESS/ATTEST:**

**AFFIANT:**

DEMOCRACY CAPITAL
CORPORATION

By: _____
Name: JR SCHUBLE
Title: PRESIDENT

ACKNOWLEDGMENT

STATE OF Maryland, CITY/COUNTY OF Montgomery _____, TO WIT:

    I HEREBY CERTIFY that, on this 25ᵗʰ day of September 2025, before me, the subscriber, a Notary Public of the jurisdiction aforesaid, personally appeared JR Schuble _____, known to me or satisfactorily identified, who acknowledged that he/she is a President _____ of DEMOCRACY CAPITAL CORPORATION and made oath under the penalties of perjury that the foregoing is a just and true statement of the amount of indebtedness that is due under the Deed of Trust filed in the said cause.

    IN WITNESS WHEREOF, My Hand and Notarial Seal.

_____(SEAL)
NOTARY PUBLIC

My Commission Expires:

_____

LYNN SMITH
Notary Public - State of Maryland
Montgomery County
My Commission Expires Mar 10, 2027