**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                              Case No. 25-20897-MCR

OB LLC,                                                         Chapter 11

      Debtor.

_____

**ORDER OVERRULING OBJECTION TO CLAIM
OF DEMOCRACY CAPITAL CORPORATION**

Upon consideration of the Objection to Claim of Democracy Capital Corporation [ECF No. 64] ("Claim Objection") filed by the Debtor, OB, LLC, and the Response of Democracy Capital Corporation thereto, and a hearing, it is, by the United States Bankruptcy Court for District of Maryland, hereby ORDERED that the Claim Objection be, and hereby is, OVERRULED.

**END OF ORDER**

cc: Maurice B. VerStandig.
    Keith M. Lusby.
    All Parties and Counsel.