United States Bankruptcy Court
District of Maryland

In re:

OB LLC

Debtor

Case No. 25-20897-MCR

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith M. Lusby | klusby@gebsmith.com |
| Kevin R. Feig | kfeig@mhlawyers.com  kfeig@ecf.courtdrive.com,jnesse@mhlawyers.com,cmartin@mhlawyers.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0                    User: admin                              Page 2 of 2
Date Rcvd: Mar 17, 2026                 Form ID: defntc                          Total Noticed: 1

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Nicole C. Kenworthy

bdept@mrrlaw.net

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **25–20897 – MCR**     Chapter: **11**

**OB LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:     64 – Objection to Claim Number 1 In Re: Democracy Capital Corporation in the Amount of $3,917,945.54. Notice Served on 2/10/2026 Filed by OB LLC. Responses due by 3/12/2026. (Attachments: # 1 Exhibit A – Congressional Bank Payment History # 2 Exhibit B – Text Messages # 3 Exhibit C – Loan History # 4 Exhibit D – Loan Calculation # 5 Exhibit E – Alternative Loan Calculation)(VerStandig, Maurice)

PROBLEM:     **The following items are deficient for the above pleading, and must be cured by 3/31/26.**

**Objection to Claim Number 1 (Docket entry no. 64) is missing a proposed order.**

CURE:     File a line with a proposed order for the above pleading.

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/17/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Abigale Stojak

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig

defntc (rev. 09/01/2025)