**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re:                                            *

                                                  *

OB LLC,                                          *          Case No. 25-20897 MCR

                                                  *          Chapter 11 (Subchapter V)

     Debtor.                               *

                                                  *

*     *     *     *     *     *     *     *     *     *     *     *     *

**APPLICATION FOR COMPENSATION**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

Stephen A. Metz, Subchapter V Trustee in this case (the "Applicant"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  By this Application, Applicant requests that the Court allow a chapter 11 administrative claim for fees of $11,310.00.  Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.      Date petition filed:    <u>11/18/2025</u>

2.      Date plan confirmed: <u>2/17/2026</u>

3.      The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on November 19, 2025

4.      Amount of fees and expenses previously approved:

    a.  Fees: $<u>0.00</u>

    b.  Expenses: $<u>0.00</u>

5.      Amounts of fees and expenses received to date:

    a.  Fees:  $<u>0.00</u>

    b.  Expenses:  $<u>0.00</u>

6.      Time period covered by this Application: November 19, 2025 to March 18, 2026.

7.      Fees requested in this Application:        $11,310.00

    a.   Partner:           $600.00 x 4.00 hours = $2,400.00

                                        $660.00 x 13.50 hours = $8,910.00

8.      Total hours in this Application:     17.50

9.      Total expenses requested in this Application:     $0.00

10.     Total fees and expenses requested:     $11,310.00

11.     A brief billing statement is attached as Exhibit A.

12.     Brief description of services: Applicant reviewed all pertinent filings, including the Debtor's Schedules and Statement of Financial Affairs. Applicant attended the Initial Debtor interview, the Meeting of Creditors, the Sale Hearings, and the Confirmation Hearing. Applicant reviewed motions filed, and the Chapter 11 Plans. Applicant also communicated with Debtor's counsel, lender's counsel, the Office of the U.S. Trustee, and reviewed Debtor's Plan Report.

13.     Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14.     Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15.     No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

16.     Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on November 24, 2025.

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Dated:  March 23, 2026

/s/ Stephen A. Metz
Stephen Metz, Bar No. 13720
Offit Kurman, P.A.
7501 Wisconsin Avenue, Ste 1000W
Bethesda, MD 20814
Phone: (240) 507-1723
Email: smetz@offitkurman.com
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March 2026, I served the forgoing Application for Compensation in a Case Under Subchapter V of Chapter 11 electronically via this Court's CM/ECF system upon the following parties:

- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Kevin R. Feig**   kfeig@mhlawyers.com, kfeig@ecf.courtdrive.com;jnesse@mhlawyers.com;cmartin@mhlawyers.com
- **James Taylor Heidelbach**   jheid@gebsmith.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Keith M. Lusby**   klusby@gebsmith.com
- **Stephen A. Metz**   smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4906-4687-1954, v. 1

~ 3 ~