**Exhibit A**

| | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|
| | Client Matter Time Details | | | | |
| | OB LLC (Case No.: 25-20897) | | | | |
| Date | Timekeeper | Billed Hours | Rate | Billed Amount | Narrative |
| 11/20/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Emails re: scheduling of 341 and IDI |
| 11/20/2025 | Metz, Stephen A. | 0.10 | $ 600.00 | $ 60.00 | Review Order to Show Cause |
| 11/20/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Call with VerStandig re: summary/background of case |
| 11/22/2025 | Metz, Stephen A. | 0.30 | $ 600.00 | $ 180.00 | Review Motion to Sell, contract, notice |
| 11/24/2025 | Metz, Stephen A. | 0.10 | $ 600.00 | $ 60.00 | Review Scheduling Order |
| 12/04/2025 | Metz, Stephen A. | 0.50 | $ 600.00 | $ 300.00 | Attend IDI |
| 12/04/2025 | Metz, Stephen A. | 0.30 | $ 600.00 | $ 180.00 | Review docket and court filings in advance of IDI |
| 12/08/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Chapter 11 Sub V Plan |
| 12/08/2025 | Metz, Stephen A. | 0.80 | $ 600.00 | $ 480.00 | Attend 341 |
| 12/08/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Call with Heidelbach re: nature of dispute re: payoff |
| 12/08/2025 | Metz, Stephen A. | 0.30 | $ 600.00 | $ 180.00 | Call with Verstandig re: disputes with Democracy |
| 12/15/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Democracy Capital's Sale Objection |
| 12/30/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Objection to Small Business Designation and SARE Motion |
| 12/31/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Plan Report |
| 12/31/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Motion/Notice to Sell |
| 01/05/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Exhibit/Witness Lists for 1/8 hearing |
| 01/08/2026 | Metz, Stephen A. | 0.30 | $ 660.00 | $ 198.00 | Prepare for Sale Hearing |
| 01/08/2026 | Metz, Stephen A. | 1.00 | $ 660.00 | $ 660.00 | Attend Sale Hearing (continued to 1/15) |
| 01/08/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Email Lusby and VerStandig re: information needed for discussion and scheduling of time to discuss same/potential resolution |
| 01/08/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Call with VerStandig re: discussing resolution options |
| 01/09/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Democracy's claim calculation spreadsheet |
| 01/12/2026 | Metz, Stephen A. | 0.40 | $ 660.00 | $ 264.00 | Review Note and Change in Terms Agreements, and claim calculation spreadsheet for settlement discussions |
| 01/12/2026 | Metz, Stephen A. | 0.50 | $ 660.00 | $ 330.00 | Teams meeting with Lusby and VerStandig re: possible resolution |
| 01/12/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Democracy Capital Exhibit/Witness List |
| 01/12/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Debtor's brief on SARE motion and objection to small business designation |
| 01/13/2026 | Metz, Stephen A. | 0.40 | $ 660.00 | $ 264.00 | Call with VerStandig re: settlement discussions |
| 01/13/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Follow up call with VerStandig re: possible procedural resolution of sale motion |
| 01/14/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Email VerStandig and Lusby re: inquire re: status |

**Exhibit A**

| | | | | | Offit Kurman, P.A. |
|---|---|---|---|---|---|
| | | | | | Client Matter Time Details |
| | | | | | OB LLC (Case No.: 25-20897) |
| Date | Timekeeper | Billed Hours | Rate | Billed Amount | Narrative |
| 01/14/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Debtor's POC Objection |
| 01/15/2026 | Metz, Stephen A. | 6.00 | $ 660.00 | $ 3,960.00 | Attend Sale Hearing, Hearing on SARE issues |
| 01/16/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Amended Plans |
| 01/22/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Review draft Sale Order and email VerStandig re: same |
| 02/04/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review objection to confirmation |
| 02/04/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review UST's confirmation objection |
| 02/09/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Tally of Ballots |
| 02/09/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review proposed agreed confirmation order with DCC |
| 02/09/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Prepare for confirmation hearing |
| 02/10/2026 | Metz, Stephen A. | 1.00 | $ 660.00 | $ 660.00 | Attend virtual confirmation hearing |
| 02/11/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Scheduling Order on POC Objection |
| 02/12/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review Debtor's refiled Objection to DCC's POC |
| 02/17/2026 | Metz, Stephen A. | 0.10 | $ 660.00 | $ 66.00 | Review entered confirmation order |
| 03/05/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Review proposed Stipulation extending time to respond to POC Objection |
| 03/18/2026 | Metz, Stephen A. | 0.20 | $ 660.00 | $ 132.00 | Revising Fee Application (to supplement time records) |
| Total | | 17.50 | | $ 11,310.00 | |