Label Matrix for local noticing
0416-0
Case 25-20897
District of Maryland
Greenbelt
Mon Mar 23 10:02:10 EDT 2026

Democracy Capital Corporation
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202-3343

OB LLC
1763 Columbia Road, NW
Washington, DC 20009-2834

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave.
Suite 400
Riverdale Park, MD 20737-1331

U.S. Trustee
Office of The United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

Werrlein Properties Limited Liability Compan
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770-1416

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Democracy Capital Corporation
4800 Montgomery Lane
10th Floor
Bethesda, MD 20814-3429

M. Louis Offen
141 Bethlehem Pike
Philadelphia, PA 19118-2814

Prince George's County, Maryland
c/o Nicole C. Kenworthy
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave. Suite 400
Riverdale Park, MD 20737-1331

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Werrlein Properties Limited Liability Co
522 Defense Highway
Annapolis, MD 21401-7634

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13