# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11113
Date: 03/12/2026
Due On: 04/11/2026

OB LLC

## 00605-OB LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/21/2025 | 2.60 | $600.00 | $1,560.00 |
| Review contract amendment (0.3); Draft motion to approve sale of real property, including review of Local Rules governing same and applicable case law (2.0); Draft notice of motion (0.2); Draft proposed order (0.1) | | | | | |
| Maurice VerStandig | Service | 11/21/2025 | 0.30 | $600.00 | $180.00 |
| Call with E. Bolog re amendment to sale agreement, timing for motion to sell, and next steps | | | | | |
| Maurice VerStandig | Expense | 11/22/2025 | 3.00 | $0.78 | $2.34 |
| Mailing: Service of notice of motion to sell free and clear of liens (charge solely for cost of postage) | | | | | |
| Maurice VerStandig | Service | 11/22/2025 | 0.20 | $100.00 | $20.00 |
| Mail notice of motion to sell property (printing, labeling, envelope stuffing, affixing postage) (billed at administrative time rate) | | | | | |
| Maurice VerStandig | Service | 11/23/2025 | 0.10 | $600.00 | $60.00 |
| E-mail to counsel for Democracy Capital re filing of sale motion, appending copy thereof | | | | | |
| Maurice VerStandig | Service | 11/23/2025 | 0.20 | $600.00 | $120.00 |
| Draft and file certificate of service for mailing of motion to sell and e-mailing of same to counsel for secured lender | | | | | |
| Maurice VerStandig | Service | 11/23/2025 | 0.40 | $600.00 | $240.00 |
| Detailed e-mail to E. Bolog attaching US Trustee welcome letter and attachments, discussing IDI and 341 meeting, addressing need to open DIP account, addressing information needed for declaration concerning small business documents, and discussing other related items (insurance, contact form, etc.) | | | | | |
| Maurice VerStandig | Service | 11/24/2025 | 0.20 | $600.00 | $120.00 |

Draft and file suggestion of bankruptcy in Prince George's County Circuit Court foreclosure proceeding

| Maurice VerStandig | Service | 12/02/2025 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Draft Section 1187 declaration for client's review

| Maurice VerStandig | Service | 12/03/2025 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Review edits to Section 1187 statement and send same to client, via DocuSign, for final review and execution

| Maurice VerStandig | Service | 12/03/2025 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

E-mail to E. Bolog highlighting likely areas of focus during IDI and meeting of creditors

| Maurice VerStandig | Service | 12/03/2025 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Review and file signed statement pursuant to Section 1187

| Maurice VerStandig | Service | 12/04/2025 | 0.50 | $600.00 | $300.00 |
|---|---|---|---|---|---|

Attend initial debtor interview

| Maurice VerStandig | Service | 12/07/2025 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Review signed statement of financial affairs and docket same

| Maurice VerStandig | Service | 12/08/2025 | 0.80 | $600.00 | $480.00 |
|---|---|---|---|---|---|

Attend meeting of creditors

| Maurice VerStandig | Service | 12/08/2025 | 0.40 | $600.00 | $240.00 |
|---|---|---|---|---|---|

Call with E. Bolog in advance of 341 meeting re strategy for meeting, plan of reorganization, taxes

| Maurice VerStandig | Service | 12/08/2025 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with S. Metz re case status, position of lender, Subchapter V eligibility, and potential for compromise with lender

| Maurice VerStandig | Service | 01/07/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with counsel for Democracy Capital re subpoena to E. Bolog

| Maurice VerStandig | Service | 01/07/2026 | 1.00 | $600.00 | $600.00 |
|---|---|---|---|---|---|

Prepare for hearing on sale motion, including formation of argument and examination outline

| Maurice VerStandig | Service | 01/08/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with S. Metz, following hearing on sale motion, re negotiation of issues in case

| Maurice VerStandig | Service | 01/08/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with J. Fasano, following sale hearing, re issues raised by court and buyer's position

| Maurice VerStandig | Service | 01/08/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with E. Bolog, following sale hearing, re strategy for proceeding and next steps

| Maurice VerStandig | Service | 01/08/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with J. Fasano, in advance of sale hearing, re buyer's position (no charge for unrelated portion of call)

| Maurice VerStandig | Service | 01/08/2026 | 0.70 | $600.00 | $420.00 |
|---|---|---|---|---|---|

Call with E. Bolog to prepare for sale hearing, including preparation of his testimony

| Maurice VerStandig | Service | 01/08/2026 | 1.10 | $600.00 | $660.00 |
|---|---|---|---|---|---|

Attend sale hearing (via Zoom) and argue same, agreeing to altered closing terms and continuance of one week to allow negotiations to continue

| Maurice VerStandig | Service | 01/11/2026 | 3.40 | $600.00 | $2,040.00 |
|---|---|---|---|---|---|

Research SARE case law concerning raw land and undeveloped lots (1.3); Review Prince George's County zoning ordinances and zoning treatment of debtor's land (.5); Draft brief in opposition to SARE motion and in response to objection to small business designation (1.6); E-mail draft to client for review and comment (no additional time)

| Maurice VerStandig | Service | 01/11/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Draft November and December MORs and send to client for review and execution, highlighting projected revenue from property sale and discussing for which month such should be projected

| Maurice VerStandig | Service | 01/12/2026 | 0.70 | $600.00 | $420.00 |
|---|---|---|---|---|---|

Call with E. Bolog re negotiations with DCC and Subchapter V trustee, size of DCC claim, arguments to be advanced in support of compromise figure, and forthcoming hearing

| Maurice VerStandig | Service | 01/12/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Meet with S. Metz and K. Lusby (via Teams) to discuss case and work toward negotiated compromise

| Maurice VerStandig | Service | 01/14/2026 | 3.50 | $600.00 | $2,100.00 |
|---|---|---|---|---|---|

Review various payment history documents, loan documents, and historic prime rates of interest, whilst compiling

consolidated loan payment history based on information derived from these sources

| Maurice VerStandig | Service | 01/14/2026 | 2.30 | $600.00 | $1,380.00 |
|---|---|---|---|---|---|

Draft objection to claim of Democracy Capital Corporation, including legal research undertaken while drafting, and send same to E. Bolog for review and comment (excludes time spent compiling loan payment history, which is separately billed)

| Maurice VerStandig | Service | 01/14/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Calls with E. Bolog to discuss claim objection position, equitable estoppel issue, and arguments to be made (no charge for unrelated portions of calls)

| Maurice VerStandig | Service | 01/15/2026 | 5.00 | $600.00 | $3,000.00 |
|---|---|---|---|---|---|

Attend hearing on sale motion, motion to declare debtor SARE, and objection to small business designation (approx. 4.0); Meet with client representative, opposing counsel, Subchapter V trustee, and counsel for US Trustee prior to hearing (approx. 1.0) (total time ran from 11:30 am to 4:30 pm; breakdown of hearing time and pre-hearing meeting time is approximated)

| Maurice VerStandig | Service | 01/15/2026 | 1.70 | $600.00 | $1,020.00 |
|---|---|---|---|---|---|

Prepare for hearing on SARE motion and sale motion, including review of pertinent case law and assembly of notes for examination of E. Bolog

| Maurice VerStandig | Service | 01/16/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Review scheduling order (0.1); Draft ballots and e-mail same to counsel for parties entitled to vote (0.1); Draft certificate of service and file same (0.1); Coordinate mailing of plan and scheduling order (N/C)

| Maurice VerStandig | Service | 01/22/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Draft proposed order on sale and SARE motions, as well as small business designation objection, and send same to counsel for other interested parties for review and comment

| Maurice VerStandig | Service | 02/19/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Review e-mail from title re sale order and exemplar of prior sales sans tax per bankruptcy plan; Pull 903 Lake Front Drive deed from land records; Respond to e-mail attaching order and deed from prior case

| Maurice VerStandig | Service | 02/23/2026 | 0.60 | $600.00 | $360.00 |
|---|---|---|---|---|---|

Review e-mail from title agent re taxes; Call with J. Fasano re same; E-mail to counsel for Prince George's County re taxes; Read response from counsel for county; Call with client re same issues; Review draft closing sheet

| Maurice VerStandig | Service | 02/24/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with counsel for lender and buyer re concerns of title agent

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 29.1 | $600.00 | $17,460.00 |
| Maurice VerStandig | 0.2 | $100.00 | $20.00 |
| | | **Subtotal** | **$17,482.34** |

## 00606-OB LLC

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/21/2025 | 0.40 | $600.00 | $240.00 |

Draft employment application (inclusive of verified statement and proposed order) and file same

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.4 | $600.00 | $240.00 |
| | | **Subtotal** | **$240.00** |

## 00607-OB LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 12/07/2025 | 1.90 | $600.00 | $1,140.00 |

Draft plan of reorganization, including review of debtor's history and various land records and corporate records entries

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Expense | 01/16/2026 | 1.00 | $13.56 | $13.56 |

Mailing: Service of plan and scheduling order through third party mailing vendor

Printing Subtotal: $10.44
- Credits Applied: $0.00
= Printing: $10.44
+ Postage: $3.12
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00

= Total: $ 13.56

| Maurice VerStandig | Service | 02/05/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Calls with K. Lusby (7 mins) and E. Bolog (7 mins) re compromise language to be included in confirmation order

| Maurice VerStandig | Service | 02/08/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Review ballot from Prince George's County and draft tally of ballots

| Maurice VerStandig | Service | 02/10/2026 | 0.80 | $600.00 | $480.00 |
|---|---|---|---|---|---|

Attend confirmation hearing

| Maurice VerStandig | Service | 02/10/2026 | 0.50 | $600.00 | $300.00 |
|---|---|---|---|---|---|

Draft proffer outline and prepare for confirmation hearing

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 3.8 | $600.00 | $2,280.00 |
| | | **Subtotal** | **$2,293.56** |
| | | **Total** | **$20,015.90** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11113 | 04/11/2026 | $20,015.90 | $0.00 | $20,015.90 |
| | | | **Outstanding Balance** | **$20,015.90** |
| | | | **Total Amount Outstanding** | **$20,015.90** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.