**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                        Case No. 25-20897-MCR

OB LLC                                                    Chapter 11

      Debtor.

_____/

**NOTICE OF FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT
FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that The VerStandig Law Firm, LLC d/b/a The Belmont Firm (the "Applicant'), counsel for OB LLC ("OB" or the "Debtor"), has filed a first and final application for compensation and reimbursement of expenses (the "Application").

The Application seeks an order approving compensation of $20,000.00 in legal fees, and approving expenses of $15.90. The Applicant asks the combined sum ($20,015.90) be paid under the Debtor's confirmed plan of reorganization.

The Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 within twenty-one (21) days from the date of mailing of this Notice. A copy of any objection should be served on the undersigned. If an objection is filed, the Court may act on any such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for The VerStandig Law
Firm, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Kevin R. Feig    kfeig@mhlawyers.com, kfeig@ecf.courtdrive.com;jnesse@mhlawyers.com;cmartin@mhlawyers.com
- James Taylor Heidelbach    jheid@gebsmith.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 2nd day of April, 2026, a copy of this notice is being sent via First Class Mail, postage prepaid, to all parties on the mailing matrix in this case, *except* that no copy is being mailed to undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.