Entered: April 20th, 2026
Signed: April 17th, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:                                    *
                                          *
OB LLC,                                   *        Case No. 25-20897 MCR
                                          *        Chapter 11 (Subchapter V)
         Debtor.                          *
                                          *
*     *     *     *     *     *     *     *     *     *     *     *     *

### ORDER GRANTING APPLICATION FOR COMPENSATION
### IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Stephen A. Metz, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as a chapter 11 administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1.      That the Application be and hereby is GRANTED.

2.      The Applicant's claim is allowed as a chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $11,310.00 for Trustee's fees., which the Debtor shall pay in accordance with the terms of the Plan and Order Confirming Plan [Doc. 69] entered on February 17, 2026.

3.      That the Court shall retain jurisdiction over all matters related to this Order.

Cc:     Stephen A. Metz, Subchapter V Trustee
        Office of the United State Trustee
        Maurice Belmont VerStandig, Debtor's Counsel

**END OF ORDER**

4910-2816-0658, v. 1