Entered: May 4th, 2026
Signed: May 3rd, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

In re                                                       Case No. 25-20897-MCR

OB LLC                                                      Chapter 11

      Debtor.

_____/

### ORDER GRANTING FIRST AND FINAL APPLICATION OF THE
### VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT
### FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC d/b/a The Belmont Firm for Payment of Legal Fees and Reimbursement of Expenses (the "Application") filed by The VerStandig Law Firm, LLC ("VLF"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the fees sought by VLF have been appropriately earned by the firm and its attorneys during the pendency of this case; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of this case; and it is further

1

2

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $20,000.00, charged by VLF in connection with its representation of OB LLC (the "Debtor") in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $15.90, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that VLF is granted an allowed administrative claim in the amount of $20,015.90, to be paid (i) first, from monies remaining (if any) in the IOLTA account of VLF, from the retainer paid for the benefit of the Debtor pre-petition, after payment of the allowed fees and expenses of the Subchapter V Trustee; and (ii) second, from the Debtor's estate in accord with the provisions of the confirmed plan of reorganization in this case.

Copies:

All Counsel of Record