United States Bankruptcy Court

District of Maryland

In re:                              Case No. 25-20897-MCR

OB LLC                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| intp | + | Werrlein Properties Limited Liability Company, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bdept@mrrlaw.net | May 04 2026 19:51:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |

District/off: 0416-0                      User: admin                        Page 2 of 2

Date Rcvd: May 04, 2026              Form ID: pdfparty                  Total Noticed: 4

Keith M. Lusby

klusby@gebsmith.com

Kevin R. Feig

kfeig@mhlawyers.com  kfeig@ecf.courtdrive.com,jnesse@mhlawyers.com,cmartin@mhlawyers.com,BKrell@mhlawyers.com

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy

bdept@mrrlaw.net

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 9

Entered: May 4th, 2026
Signed: May 3rd, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                              Case No. 25-20897-MCR

OB LLC                                                          Chapter 11

     Debtor.

_____/

### ORDER GRANTING FIRST AND FINAL APPLICATION OF THE VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC d/b/a The Belmont Firm for Payment of Legal Fees and Reimbursement of Expenses (the "Application") filed by The VerStandig Law Firm, LLC ("VLF"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the fees sought by VLF have been appropriately earned by the firm and its attorneys during the pendency of this case; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of this case; and it is further

1

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $20,000.00, charged by VLF in connection with its representation of OB LLC (the "Debtor") in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $15.90, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that VLF is granted an allowed administrative claim in the amount of $20,015.90, to be paid (i) first, from monies remaining (if any) in the IOLTA account of VLF, from the retainer paid for the benefit of the Debtor pre-petition, after payment of the allowed fees and expenses of the Subchapter V Trustee; and (ii) second, from the Debtor's estate in accord with the provisions of the confirmed plan of reorganization in this case.


Copies:

All Counsel of Record