**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                      Case No. 25-20897-MCR

OB LLC                                                   Chapter 11

      Reorganized Debtor.

_____/

## NOTICE OF ISSUANCE OF SUBPOENA

Comes now OB LLC, pursuant to Local Rule 7026-2, and gives notice that the subpoena attached hereto as Exhibit A is being served, on or after May 18, 2026, on Forbright Bank. Service will be accomplished via private process server and will be had on the subpoena recipient's resident agent, The Corporation Trust Incorporated.

All documents received pursuant to this subpoena will be produced to counsel for Democracy Capital Corporation, shortly following receipt, without the need for the further issuance of formal discovery.

Respectfully submitted,

Dated: May 17, 2026       By:    /s/ Maurice B. VerStandig
                            Maurice B. VerStandig, Esq.
                            Bar No. MD18071
                            The VerStandig Law Firm, LLC
                            9812 Falls Road, #114-160
                            Potomac, Maryland 20854
                            Phone: (301) 444-4600
                            mac@mbvesq.com
                            *Counsel for the Reorganized Debtor*

*[Certificate of Service on Following Page]*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 17th day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach     jheid@gebsmith.com
- Nicole C. Kenworthy     bdept@mrrlaw.net
- Keith M. Lusby     klusby@gebsmith.com
- Stephen A. Metz     smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

2