**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re

Case No. 25-20897-MCR

OB LLC

Chapter 11

    Reorganized Debtor.

_____/

### MOTION TO CONTINUE TRIAL ON CLAIM OBJECTION
### AND PROPORTIONATELY ENLARGE SCHEDULING ORDER DEADLINES

Come now OB LLC ("OB" or the "Debtor") and Democracy Capital Corporation ("DCC" or the "Creditor"), by and through respective undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9013-7, and move this Honorable Court to (i) continue, by at least four calendar weeks, the evidentiary hearing on the objection of the Debtor to the claim of DCC (the "Claim Objection"), DE #64; (ii) enlarge, by at least four calendar weeks, the June 12, 2026 discovery deadline governing the Claim Objection, DE #67; and (iii) enlarge other deadlines proportionately, and in support thereof state as follows:

OB and DCC desire a brief continuance of the trial in this matter, alongside the underlying close of discovery, so as to allow for further settlement discussions to continue before the expense of depositions is incurred, and so as to allow for depositions—should such occur—to be undertaken in accord with a schedule more accommodating of various unrelated personal and professional obligations. A brief continuance, of one month or thereabouts, will not prejudice any party in interest. And, to the contrary, a brief continuance may well invite the formation of an agreement that ultimately moots the need to proceed to trial.

WHEREFORE, the Debtor and Creditor respectfully pray this Honorable Court (i) continue trial in this matter, to a date at or about August 10, 2026; (ii) extend the close of discovery

to July 10, 2026; (iii) extend the deadline for filing witness and exhibit lists, to July 24, 2026; (iv) extend the pretrial briefing deadline to July 24, 2026; and (v) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: June 3, 2026          By:     /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig, Esq.
                                     Bar No. MD18071
                                     The VerStandig Law Firm, LLC
                                     9812 Falls Road, #114-160
                                     Potomac, Maryland 20854
                                     Phone: (301) 444-4600
                                     mac@mbvesq.com
                                     *Counsel for the Reorganized Debtor*

                                     /s/ Keith M. Lusby (signed w/ express permission)
                                     Keith M. Lusby, Esq.
                                     Bar No. 05596
                                     Gebhardt and Smith LLP
                                     One South Street, Suite 2200
                                     Baltimore, Maryland 21202
                                     Phone: (410) 385-5028
                                     klusby@gebsmith.com
                                     *Counsel to Democracy Capital Corporation*

*[Certificate of Service on Following Page]*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach   jheid@gebsmith.com
- Nicole C. Kenworthy   bdept@mrrlaw.net
- Keith M. Lusby   klusby@gebsmith.com
- Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

3