**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                     Case No. 25-20897-MCR

OB LLC                                                    Chapter 11

          Reorganized Debtor.
_____/

**ORDER GRANTING MOTION TO CONTINUE TRIAL ON CLAIM OBJECTION**
**AND PROPORTIONATELY ENLARGE SCHEDULING ORDER DEADLINES**

Upon consideration of the motion to continue trial and enlarge deadlines (the "Motion"),

DE #88, filed by OB LLC and Democracy Capital Corporation, the joint nature thereof, the

arguments set forth therein, the record herein, and applicable law, it is, by the United States

Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that trial on the objection to the claim of Democracy Capital Corporation be,

and hereby is, RESET to the date imprinted on the upper-left of the first page of this order; and it

is further

1

2

ORDERED, that all pretrial deadlines in the scheduling order, DE #67, be, and hereby are,

ENLARGED by 28 days.

Copies:

All Counsel of Record