Entered: June 4th, 2026
Signed: June 4th, 2026

**SO ORDERED**

The evidentiary hearing is rescheduled to August 20, 2026 at 2:00 p.m. in Courtroom 3-C.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                  Case No. 25-20897-MCR

OB LLC               Chapter 11

         Reorganized Debtor.

_____/

### ORDER GRANTING MOTION TO CONTINUE TRIAL ON CLAIM OBJECTION AND PROPORTIONATELY ENLARGE SCHEDULING ORDER DEADLINES

Upon consideration of the motion to continue trial and enlarge deadlines (the "Motion"), DE #88, filed by OB LLC and Democracy Capital Corporation, the joint nature thereof, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that trial on the objection to the claim of Democracy Capital Corporation be, and hereby is, RESET to the date imprinted on the upper-left of the first page of this order; and it is further

2

ORDERED, that all pretrial deadlines in the scheduling order, DE #67, be, and hereby are,

ENLARGED by 28 days.


Copies:

All Counsel of Record