United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 25-20897-MCR

OB LLC                                                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**        **Recipient Name and Address**

db          + OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith M. Lusby | klusby@gebsmith.com |
| Kevin R. Feig | kfeig@mhlawyers.com kfeig@ecf.courtdrive.com,jnesse@mhlawyers.com,cmartin@mhlawyers.com,BKrell@mhlawyers.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | |

District/off: 0416-0                  User: admin                                    Page 2 of 2
Date Rcvd: Jun 04, 2026               Form ID: pdfparty                              Total Noticed: 1

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Nicole C. Kenworthy

bdept@mrrlaw.net

Stephen A. Metz

smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 9

Entered: June 4th, 2026
Signed: June 4th, 2026

**SO ORDERED**

The evidentiary hearing is rescheduled to August 20, 2026 at 2:00 p.m. in Courtroom 3-C.



Maria Ellena Chavez-Ruark
_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

<br>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                      Case No. 25-20897-MCR

OB LLC                                  Chapter 11

       Reorganized Debtor.
_____/

### ORDER GRANTING MOTION TO CONTINUE TRIAL ON CLAIM OBJECTION
### AND PROPORTIONATELY ENLARGE SCHEDULING ORDER DEADLINES

Upon consideration of the motion to continue trial and enlarge deadlines (the "Motion"), DE #88, filed by OB LLC and Democracy Capital Corporation, the joint nature thereof, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that trial on the objection to the claim of Democracy Capital Corporation be, and hereby is, RESET to the date imprinted on the upper-left of the first page of this order; and it is further

1

ORDERED, that all pretrial deadlines in the scheduling order, DE #67, be, and hereby are,

ENLARGED by 28 days.


Copies:

All Counsel of Record