**ACTION BY WRITTEN CONSENT**
**OF THE**
**MEMBERS**
**OF**
**OB LLC**

The undersigned, being all of the Members and economic owners of OB LLC, a Delaware limited liability company (the "Company"), and in lieu of a meeting for such purposes, do hereby waive all requirements as to notice of any such meeting and do hereby take, authorize, and approve the following Resolutions:

**WHEREAS,** the Company owns that certain real property consisting of approximately 8.94 acres more or less in total with Tax Account No. 151788512 in the Subdivision known as The Woods of Marlton, Plat 2 on Plat 147084, Parcel B, as more particularly identified amongst the land records of Prince George's County, Maryland in Plat Book NLP 147 at Plat No. 84; also known as 8800 Grandhaven Avenue (referred to herein as the "Property"); and

**WHEREAS**, the Company has entered into that certain Purchase and Sale Agreement, dated effected as of the 19th day of December 2023 (the "PSA"), pursuant to which the Company will sell the Property (the transactions contemplated in the PSA are referred to as the "Sale"); and

**WHEREAS,** in connection with the Sale, it is in the best interest of the Company to enter into and execute any and all deeds, assignments, bills of sale, settlement statement, certificates, affidavits, agreements, instruments, and other documents requested or required to be executed and delivered in connection with the Sale (collectively, the "Transaction Documents");

**WHEREAS**, the undersigned desire to authorize and approve the Sale and the other transactions contemplated in each of the Transaction Documents (collectively, the "Transactions"),

**NOW, THEREFORE**, be it

**RESOLVED THAT** the Company shall be and hereby is authorized to enter into each of the Transactions and each of the Transaction Documents; and

**BE IT FURTHER RESOLVED THAT**, Erik D. Bolog, as Managing Member of the Company (herein referred to as the "Authorized Representative"), is hereby appointed, authorized and empowered in the name and on behalf of the Company to negotiate the terms of, make, enter into, execute, and deliver the Transaction Documents and such other documents and instruments as may otherwise be requested or required in connection with the Sale and the other Transactions, with such changes in the forms thereof as such Authorized Representative, in his sole discretion, may determine; and

**BE IT FURTHER RESOLVED THAT,** the Authorized Representative is hereby authorized and directed in the name and on behalf of the Company to carry out and fulfill the purposes and intent of these Resolutions; and

DCC10

**BE IT FURTHER RESOLVED THAT,** in regard to the matters set forth in these Resolutions, the Authorized Representative may continue to act on behalf of the Company in the future as to all matters relating to these Resolutions, including, without limitation, the Sale and each of the other Transactions, without any requirement on the part of any third-party to obtain any additional certificate from or further action to be taken by the Members of the Company; and

**BE IT FURTHER RESOLVED THAT**, the Authorized Representative is hereby authorized and directed to furnish to any third-party upon request with a copy of these Resolutions and to certify the same and to certify that the provisions of said Resolutions are in conformity with the organizational documents of the Company and that said resolutions shall remain in full force and effect and have not been rescinded or modified; and

**BE IT FURTHER RESOLVED THAT,** any and all prior and existing agreements and transactions by or on behalf of the Company with respect to the PSA, the Sale and the other Transactions be and the same hereby are ratified, approved and confirmed in all respects.

NO FURTHER ACTION IS HEREBY TAKEN

**IN WITNESS WHEREOF,** this Action by Written Consent has been signed as of June [14], 2024, and this Action by Written Consent shall be filed with or otherwise entered on the minutes or other appropriate records of the Company.  This Action by Written Consent may be signed in multiple counterparts, each of which shall be deemed and original and all of which shall be deemed to constitute the same instrument

MEMBERS:

_____          Date:   _____
Dr. M. Louis Offen

_____          Date:   _____
Erik D. Bolog