**Re: Heathermore Draft Purchase Agreement**                    **karl** < karl@werrleinproperties.com >

---

**Karl Granzow** < karl@werrleinproperties.com >

Fri, 29 Sep 2023 6:42:25 AM -0400

To   "Erik Bolog"<erik.d.bolog@gmail.com>

---

No worries.  Health is more important than a piece of land.  Take care of yourself.

Thanks, Karl


**Karl Granzow | Construction/Project Manager**

**Mobile:** (443) 510-1274

**Email:** karl@werrleinproperties.com



www.werrleinproperties.com

---

---- On Thu, 28 Sep 2023 13:40:20 -0400 **Erik Bolog <erik.d.bolog@gmail.com>** wrote ---


Karl,

My lawyer and I have been playing phone tag.  I should have comments to you by tomorrow.  I have hit a bit of a rough patch healthwise, and that is the reason for the delay.

Best regards,

Erik

On Thu, Sep 28, 2023 at 9:21 AM Karl Granzow <karl@werrleinproperties.com> wrote:

DCC11

Any update?

**Karl Granzow | Construction/Project Manager**

**Mobile:** (443) 510-1274

**Email:** karl@werrleinproperties.com

www.werrleinproperties.com

---- On Fri, 01 Sep 2023 13:19:19 -0400 **Karl Granzow <karl@werrleinproperties.com>** wrote ---

Sounds good. Thanks fir the update.

**Karl Granzow | Construction/Project Manager**

**Mobile:** (443) 510-1274

**Email:** karl@werrleinproperties.com

www.werrleinproperties.com

---- On Fri, 01 Sep 2023 12:55:44 -0400 Erik Bolog<erik.d.bolog@gmail.com> wrote ----

I should have comments back on Tuesday. The lawyer I sent it to has been out on vacation.

Best,

Erik

Erik D. Bolog
202-494-5791

> On Aug 23, 2023, at 8:14 AM, Karl Granzow <karl@werrleinproperties.com> wrote:
>
>
> Hi Erik,
>
> A draft of the purchase agreement is attached.  Let me know if there are any issues.
>
> Thanks, Karl
>
> **Karl Granzow | Construction/Project Manager**
>
> **Mobile:** (443) 510-1274
>
> **Email:** karl@werrleinproperties.com
>
> <1643974440519000_1947843015.png>
>
> www.werrleinproperties.com
>
> <OB LLC Purchase Agreement 08.23.23.pdf>