L O A N   S T A T E M E N T                    Page        1

Congressional Bank

| Loan Number | Interest Rate | Original Amount | Statement Date |
|---|---|---|---|
| 6000353737 | 5.000 | 2,500,000.00 | 05/24/2018 |

OB, LLC
C/O M. L. OFFEN
PO BOX 6364
MC LEAN VA 22106-6364

-----LOAN ACTIVITY-----

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 02/16/2016 02/16/2016 REGULAR PAYMENT | 8611.11 | .00 8611.11 | .00 .00 | .00 .00 | 2000000.00 |
| 01/13/2016 01/13/2016 REGULAR PAYMENT | 8611.11 | .00 8611.11 | .00 .00 | .00 .00 | 2000000.00 |
| 12/14/2015 12/14/2015 REGULAR PAYMENT | 8333.33 | .00 8333.33 | .00 .00 | .00 .00 | 2000000.00 |
| 11/12/2015 11/12/2015 REGULAR PAYMENT | 8750.00 | .00 8750.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/16/2015 10/16/2015 FEE PAYMENT | 4275.00 | .00 .00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/15/2015 10/15/2015 REGULAR PAYMENT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/23/2015 10/15/2015 REV REGULAR PYMT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/23/2015 10/15/2015 REGULAR PAYMENT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |
| 10/05/2015 10/05/2015 REV REGULAR PYMT | 9375.00 | .00 9375.00 | .00 .00 | .00 .00 | 2000000.00 |

DCC15

OB0030

Case 25-20897   Doc 92-16   Filed 07/24/26   Page 2 of 9

Congressional Bank

```
Post Date      Trans Amt       Principal        Escrow   Late Charge      Balance
Eff Date                       Interest          Other          Fees
Description
========== ============== ============== ============ ============= ==============
10/05/2015      9375.00            .00          .00           .00   2000000.00
10/05/2015                      9375.00          .00           .00
REGULAR PAYMENT


10/23/2015    250000.00      250000.00          .00           .00   2000000.00
10/05/2015                         .00          .00           .00
PRINCIPAL PAYMENT


10/05/2015    250000.00      250000.00          .00           .00   2250000.00
10/05/2015                         .00          .00           .00
PRINCIPAL PAYMENT


10/23/2015    250000.00      250000.00          .00           .00   2500000.00
10/05/2015                         .00          .00           .00
REV REGULAR PYMT


09/30/2015      3200.00            .00          .00           .00   2250000.00
09/30/2015                         .00          .00           .00
FEE PAYMENT


09/30/2015       425.00            .00          .00           .00   2250000.00
09/30/2015                         .00          .00           .00
FEE PAYMENT


09/16/2015      9687.50            .00          .00           .00   2250000.00
09/16/2015                      9687.50          .00           .00
REGULAR PAYMENT


08/14/2015      9687.50            .00          .00           .00   2250000.00
08/14/2015                      9687.50          .00           .00
REGULAR PAYMENT


07/14/2015      9375.00            .00          .00           .00   2250000.00
07/14/2015                      9375.00          .00           .00
REGULAR PAYMENT


06/03/2015      3217.00            .00          .00           .00   2250000.00
06/03/2015                      3217.00          .00           .00
REGULAR PAYMENT


06/03/2015      6470.50            .00          .00           .00   2250000.00
06/03/2015                      6470.50          .00           .00
REGULAR PAYMENT


05/05/2015      9375.50            .00          .00           .50   2250000.00
05/05/2015                      9375.00          .00           .00
REGULAR PAYMENT
```

OB0031

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 04/07/2015<br>04/07/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/25/2015<br>03/25/2015<br>INCR ASSESSED FEE | 425.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/25/2015<br>03/25/2015<br>INCR ASSESSED FEE | 3200.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 03/04/2015<br>03/04/2015<br>REGULAR PAYMENT | 8750.00 | .00<br>8750.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 02/02/2015<br>02/02/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 01/02/2015<br>01/02/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 12/01/2014<br>12/01/2014<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 11/03/2014<br>11/03/2014<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/20/2014<br>10/20/2014<br>INCR ASSESSED FEE | 3900.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/03/2014<br>10/03/2014<br>REGULAR PAYMENT | 11125.00 | .00<br>11125.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/03/2014<br>09/03/2014<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 08/29/2014<br>08/29/2014<br>REGULAR PAYMENT | 38333.33 | .00<br>38333.33 | .00<br>.00 | .00<br>.00 | 2250000.00 |

OB0032

Congressional Bank

| Post Date  Eff Date  Description | Trans Amt | Principal  Interest | Escrow  Other | Late Charge  Fees | Balance |
|---|---|---|---|---|---|
| 08/29/2014  08/29/2014  PRINCIPAL PAYMENT | 250000.00 | 250000.00  .00 | .00  .00 | .00  .00 | 2250000.00 |
| 08/18/2014  08/18/2014  INC ASSESS LT CHG | 645.83 | .00  .00 | .00  .00 | 645.83  .00 | 2500000.00 |
| 07/31/2014  07/31/2014  INCR ASSESSED FEE | 375.00 | .00  .00 | .00  .00 | .00  .00 | 2500000.00 |
| 07/28/2014  07/28/2014  INC ASSESS LT CHG | 125000.00 | .00  .00 | .00  .00 | 125000.00  .00 | 2500000.00 |
| 07/16/2014  07/16/2014  INC ASSESS LT CHG | 125625.00 | .00  .00 | .00  .00 | 125625.00  .00 | 2500000.00 |
| 07/02/2014  07/02/2014  INC ASSESS LT CHG | 125000.00 | .00  .00 | .00  .00 | 125000.00  .00 | 2500000.00 |
| 06/16/2014  06/16/2014  INC ASSESS LT CHG | 645.83 | .00  .00 | .00  .00 | 645.83  .00 | 2500000.00 |
| 05/30/2014  05/30/2014  ESCROW PAYMENT | 24045.81 | .00  .00 | 24045.81  .00 | .00  .00 | 2500000.00 |
| 05/30/2014  05/30/2014  REGULAR PAYMENT | 37083.34 | .00  37083.34 | .00  .00 | .00  .00 | 2500000.00 |
| 05/30/2014  05/30/2014  INC ASSESS LT CHG | 2499.99 | .00  .00 | .00  .00 | 2499.99  .00 | 2500000.00 |
| 05/16/2014  05/16/2014  INC ASSESS LT CHG | 625.00 | .00  .00 | .00  .00 | 625.00  .00 | 2500000.00 |
| 05/12/2014  05/12/2014  ESCROW DISB | 24045.81 | .00  .00 | 24045.81  .00 | .00  .00 | 2500000.00 |

OB0033

Congressional Bank

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 04/16/2014 04/16/2014 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 03/31/2014 03/31/2014 REGULAR PAYMENT | 12916.66 | .00 12916.66 | .00 .00 | .00 .00 | 2500000.00 |
| 03/17/2014 03/17/2014 INC ASSESS LT CHG | 583.33 | .00 .00 | .00 .00 | 583.33 .00 | 2500000.00 |
| 02/18/2014 02/18/2014 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 01/21/2014 01/21/2014 REGULAR PAYMENT | 25416.67 | .00 25416.67 | .00 .00 | .00 .00 | 2500000.00 |
| 01/17/2014 01/17/2014 WAIVE LATE CHARGE | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 01/16/2014 01/16/2014 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 01/08/2014 01/08/2014 WAIVE LATE CHARGE | 8874.97 | .00 .00 | .00 .00 | 8874.97 .00 | 2500000.00 |
| 12/16/2013 12/16/2013 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 11/29/2013 11/29/2013 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 11/18/2013 11/18/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 10/31/2013 10/31/2013 REGULAR PAYMENT | 12499.99 | .00 12499.99 | .00 .00 | .00 .00 | 2500000.00 |

OB0034

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 10/16/2013<br>10/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 09/27/2013<br>09/27/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 09/16/2013<br>09/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 08/30/2013<br>08/30/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 08/16/2013<br>08/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 07/30/2013<br>07/30/2013<br>REGULAR PAYMENT | 12500.00 | .00<br>12500.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 07/16/2013<br>07/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 06/26/2013<br>06/26/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 06/17/2013<br>06/17/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 06/14/2013<br>06/14/2013<br>ESCROW PAYMENT | 24413.45 | .00<br>.00 | 24413.45<br>.00 | .00<br>.00 | 2500000.00 |
| 06/03/2013<br>06/03/2013<br>ESCROW DISB | 24413.45 | .00<br>.00 | 24413.45<br>.00 | .00<br>.00 | 2500000.00 |
| 05/31/2013<br>05/31/2013<br>REGULAR PAYMENT | 12500.00 | .00<br>12500.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |

OB0035

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 05/16/2013<br>05/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 04/19/2013<br>04/19/2013<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 04/16/2013<br>04/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 03/26/2013<br>03/26/2013<br>REGULAR PAYMENT | 11666.67 | .00<br>11666.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 03/18/2013<br>03/18/2013<br>INC ASSESS LT CHG | 583.33 | .00<br>.00 | .00<br>.00 | 583.33<br>.00 | 2500000.00 |
| 02/28/2013<br>02/28/2013<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 02/19/2013<br>02/19/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REGULAR PAYMENT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REV REGULAR PYMT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/31/2013<br>01/31/2013<br>REGULAR PAYMENT | 12916.68 | .00<br>12916.68 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/16/2013<br>01/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 12/31/2012<br>12/31/2012<br>REGULAR PAYMENT | 12499.99 | .00<br>12499.99 | .00<br>.00 | .00<br>.00 | 2500000.00 |

OB0036

Congressional Bank

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 12/17/2012 12/17/2012 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 11/30/2012 11/30/2012 REGULAR PAYMENT | 11807.84 | .00 11807.84 | .00 .00 | .00 .00 | 2500000.00 |
| 11/16/2012 11/16/2012 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 11/02/2012 11/02/2012 REGULAR PAYMENT | 1108.83 | .00 1108.83 | .00 .00 | .00 .00 | 2500000.00 |
| 10/04/2012 10/04/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 09/04/2012 09/04/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 08/10/2012 08/01/2012 REGULAR PAYMENT | 12916.66 | .00 12916.66 | .00 .00 | .00 .00 | 2500000.00 |
| 07/03/2012 07/03/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 06/01/2012 06/01/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 05/01/2012 05/01/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 04/06/2012 04/06/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 03/01/2012 03/01/2012 REGULAR PAYMENT | 12083.33 | .00 12083.33 | .00 .00 | .00 .00 | 2500000.00 |

OB0037

Congressional Bank

| Post Date | Trans Amt | Principal | Escrow | Late Charge | Balance |
|-----------|-----------|-----------|--------|-------------|---------|
| Eff Date | | Interest | Other | Fees | |
| Description | | | | | |
| ========== | ============= | ============= | ============ | ============= | ============= |
| 02/01/2012 | 12916.66 | .00 | .00 | .00 | 2500000.00 |
| 02/01/2012 | | 12916.66 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 01/06/2012 | 12916.67 | .00 | .00 | .00 | 2500000.00 |
| 01/06/2012 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 12/07/2011 | 12500.01 | .00 | .00 | .00 | 2500000.00 |
| 12/01/2011 | | 12500.01 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 11/15/2011 | 4583.33 | .00 | .00 | .00 | 2500000.00 |
| 11/01/2011 | | 4583.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| | | | | | |
| 10/21/2011 | 2500000.00 | 2500000.00 | .00 | .00 | 2500000.00 |
| 10/21/2011 | | .00 | .00 | .00 | |
| New Loan | | | | | |

```
Interest Paid Year to Date          .00
Interest Paid Prior Year            .00


                    ESCROW ACCOUNT INFORMATION
Prin and Int Payment        .00    Beginning Balance        48,459.26-
Escrow Payment              .00    Deposits                 48,459.26
                    -----------------  Disbursements
Total Payment               .00      Taxes - 1098                  .00
                                     Taxes                         .00
                                     Insurance - 1098              .00
                                     Insurance                     .00
                                     Miscellaneous - 1098          .00
                                     Miscellaneous                 .00
                                                         -----------------
                                     Ending Balance                .00
```

OB0038