| | Regular Interest* | Default 3% | Total Interest | Late Fees | Payments (Applied to Interest) | Principal Adjustments* | Principal Balance | Total Owing | |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2011 | | | - | | | | 2,500,000.00 | 2,500,000.00 | |
| 11/1/2011 | 4,583.33 | | 4,583.33 | | (4,583.33) | | 2,500,000.00 | 2,500,000.00 | |
| 12/1/2011 | 12,500.00 | | 12,500.00 | | (12,500.01) | | 2,500,000.00 | 2,499,999.99 | |
| 1/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.66) | | 2,500,000.00 | 2,500,000.00 | |
| 2/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.67) | | 2,500,000.00 | 2,500,000.00 | |
| 3/1/2012 | 12,083.33 | | 12,083.33 | | (12,083.33) | | 2,500,000.00 | 2,500,000.00 | |
| 4/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.67) | | 2,500,000.00 | 2,500,000.00 | |
| 5/1/2012 | 12,500.00 | | 12,500.00 | | (12,500.00) | | 2,500,000.00 | 2,500,000.00 | |
| 6/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.67) | | 2,500,000.00 | 2,499,999.99 | |
| 7/1/2012 | 12,500.00 | | 12,500.00 | | (12,500.00) | | 2,500,000.00 | 2,499,999.99 | |
| 8/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.66) | | 2,500,000.00 | 2,500,000.00 | |
| 9/1/2012 | 12,916.67 | | 12,916.67 | | (12,916.67) | | 2,500,000.00 | 2,500,000.00 | |
| 10/1/2012 | 12,500.00 | | 12,500.00 | | (12,500.00) | | 2,500,000.00 | 2,500,000.00 | |
| 11/1/2012 | 12,916.67 | 6,458.33 | 19,375.00 | 645.83 | (12,916.67) | | 2,500,000.00 | 2,507,104.16 | |
| 12/1/2012 | 12,500.00 | 6,250.00 | 18,750.00 | 625.00 | (12,499.99) | | 2,500,000.00 | 2,513,979.17 | |
| 1/1/2013 | 12,916.67 | 6,458.33 | 19,375.00 | 645.83 | (12,916.68) | | 2,500,000.00 | 2,521,083.32 | |
| 2/1/2013 | 12,916.67 | 6,458.33 | 19,375.00 | 645.83 | (12,916.66) | | 2,500,000.00 | 2,528,187.50 | |
| 3/1/2013 | 11,666.67 | 5,833.33 | 17,500.00 | 583.33 | (11,666.67) | | 2,500,000.00 | 2,534,604.16 | |
| 4/1/2013 | 12,916.67 | 6,458.33 | 19,375.00 | 645.83 | (12,916.66) | | 2,500,000.00 | 2,541,708.33 | |
| 5/1/2013 | 12,500.00 | 6,250.00 | 18,750.00 | 625.00 | (12,500.00) | | 2,500,000.00 | 2,548,583.33 | |
| 6/1/2013 | 12,916.67 | 6,458.33 | 19,375.00 | 645.83 | (37,330.12) | 24,413.45 | 2,524,413.45 | 2,555,687.50 | |
| 7/1/2013 | 12,622.07 | 6,311.03 | 18,933.10 | 631.10 | (12,500.00) | | 2,524,413.45 | 2,562,751.70 | |
| 8/1/2013 | 13,042.80 | 6,521.40 | 19,564.20 | 652.14 | (12,916.67) | | 2,524,413.45 | 2,570,051.38 | |
| 9/1/2013 | 13,042.80 | 6,521.40 | 19,564.20 | 652.14 | (12,916.67) | | 2,524,413.45 | 2,577,351.05 | |
| 10/1/2013 | 12,622.07 | 6,311.03 | 18,933.10 | 631.10 | (12,499.99) | | 2,524,413.45 | 2,584,415.26 | |
| 11/1/2013 | 13,042.80 | 6,521.40 | 19,564.20 | 652.14 | (12,916.67) | | 2,524,413.45 | 2,591,714.94 | |
| 12/1/2013 | 12,622.07 | 6,311.03 | 18,933.10 | 631.10 | | | 2,524,413.45 | 2,611,279.14 | |
| 1/1/2014 | 13,042.80 | 6,521.40 | 19,564.20 | 652.14 | (25,416.67) | (9,520.80) | 2,514,892.65 | 2,596,558.02 | |
| 2/1/2014 | 12,993.61 | 6,496.81 | 19,490.42 | 649.68 | | | 2,514,892.65 | 2,616,698.12 | |
| 3/1/2014 | 11,736.17 | 5,868.08 | 17,604.25 | 586.81 | (12,916.66) | | 2,514,892.65 | 2,621,972.51 | |
| 4/1/2014 | 12,993.61 | 6,496.81 | 19,490.42 | 649.68 | | | 2,514,892.65 | 2,642,112.61 | |
| 5/1/2014 | 12,574.46 | 6,287.23 | 18,861.69 | 127,071.92 | (61,129.15) | 26,545.80 | 2,541,438.45 | 2,753,462.88 | ** Late charge at maturity |
| 6/1/2014 | 13,130.77 | 6,565.38 | 19,696.15 | 656.54 | | | 2,541,438.45 | 2,773,815.56 | |
| 7/1/2014 | 12,707.19 | 6,353.60 | 19,060.79 | 635.36 | (625.00) | 375.00 | 2,541,813.45 | 2,793,261.71 | |
| 8/1/2014 | 13,132.70 | 6,566.35 | 19,699.05 | 656.64 | (38,333.33) | | 2,541,813.45 | 2,775,284.07 | |
| 9/1/2014 | 13,132.70 | 6,566.35 | 19,699.05 | 656.64 | (12,916.67) | (250,000.00) | 2,291,813.45 | 2,532,723.09 | |
| 10/1/2014 | 11,459.07 | 5,729.53 | 17,188.60 | 572.95 | (11,125.00) | 3,900.00 | 2,295,713.45 | 2,543,259.65 | |
| 11/1/2014 | 9,884.32 | 5,930.59 | 15,814.91 | 494.22 | (9,687.50) | | 2,295,713.45 | 2,549,881.28 | |
| 12/1/2014 | 9,565.47 | 5,739.28 | 15,304.76 | 478.27 | (9,375.00) | | 2,295,713.45 | 2,556,289.31 | |
| 1/1/2015 | 9,884.32 | 5,930.59 | 15,814.91 | 494.22 | (9,687.50) | | 2,295,713.45 | 2,562,910.94 | |
| 2/1/2015 | 9,884.32 | 5,930.59 | 15,814.91 | 494.22 | (9,687.50) | | 2,295,713.45 | 2,569,532.57 | |
| 3/1/2015 | 8,927.77 | 5,356.66 | 14,284.44 | 446.39 | (8,750.00) | 3,625.00 | 2,299,338.45 | 2,579,138.40 | |
| 4/1/2015 | 9,899.93 | 5,939.96 | 15,839.89 | 495.00 | (9,687.50) | | 2,299,338.45 | 2,585,785.78 | |
| 5/1/2015 | 9,580.58 | 5,748.35 | 15,328.92 | 479.03 | (9,375.00) | | 2,299,338.45 | 2,592,218.23 | |
| 6/1/2015 | 9,899.93 | 5,939.96 | 15,839.89 | 495.00 | (9,687.50) | | 2,299,338.45 | 2,598,865.62 | |
| 7/1/2015 | 9,580.58 | 5,748.35 | 15,328.92 | 479.03 | (9,375.00) | | 2,299,338.45 | 2,605,298.57 | |
| 8/1/2015 | 9,899.93 | 5,939.96 | 15,839.89 | 495.00 | (9,687.50) | | 2,299,338.45 | 2,611,945.95 | |
| 9/1/2015 | 9,899.93 | 5,939.96 | 15,839.89 | 495.00 | (13,312.50) | | 2,299,338.45 | 2,614,968.33 | |
| 10/1/2015 | 9,580.58 | 5,748.35 | 15,328.92 | 479.03 | (13,650.00) | | 2,299,338.45 | 2,617,126.29 | |
| 11/1/2015 | 9,899.93 | 5,939.96 | 15,839.89 | 495.00 | (8,750.00) | (250,000.00) | 2,049,338.45 | 2,374,711.17 | |
| 12/1/2015 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | (8,333.33) | | 2,049,338.45 | 2,380,467.04 | |
| 1/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | (8,611.11) | | 2,049,338.45 | 2,386,414.77 | |
| 2/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | (8,611.11) | | 2,049,338.45 | 2,392,362.51 | |
| 3/1/2016 | 8,254.28 | 4,952.57 | 13,206.85 | 412.71 | | | 2,049,338.45 | 2,405,982.07 | |
| 4/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,420,540.91 | |
| 5/1/2016 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | | | 2,049,338.45 | 2,434,630.11 | |
| 6/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | (26,400.00) | | 2,049,338.45 | 2,422,788.95 | |
| 7/1/2016 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | | | 2,049,338.45 | 2,436,878.15 | |
| 8/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,451,437.00 | |
| 9/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,465,995.84 | |

DCC16

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/2016 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | (35,000.00) | | 2,049,338.45 | 2,445,085.04 | |
| 11/1/2016 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,459,643.88 | |
| 12/1/2016 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | | | 2,049,338.45 | 2,473,733.08 | |
| 1/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,488,291.93 | |
| 2/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,502,850.77 | |
| 3/1/2017 | 7,969.65 | 4,781.79 | 12,751.44 | 398.48 | | | 2,049,338.45 | 2,516,000.69 | |
| 4/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,530,559.53 | |
| 5/1/2017 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | (60,277.00) | | 2,049,338.45 | 2,484,371.73 | |
| 6/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,498,930.58 | |
| 7/1/2017 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | | | 2,049,338.45 | 2,513,019.78 | |
| 8/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,527,578.62 | |
| 9/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,542,137.46 | |
| 10/1/2017 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | | | 2,049,338.45 | 2,556,226.66 | |
| 11/1/2017 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,570,785.50 | |
| 12/1/2017 | 8,538.91 | 5,123.35 | 13,662.26 | 426.95 | (48,500.00) | | 2,049,338.45 | 2,536,374.71 | |
| 1/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,550,933.55 | |
| 2/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,565,492.39 | |
| 3/1/2018 | 7,969.65 | 4,781.79 | 12,751.44 | 398.48 | | | 2,049,338.45 | 2,578,642.31 | |
| 4/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | 441.18 | | | 2,049,338.45 | 2,593,201.15 | |
| 5/1/2018 | 8,538.91 | 5,123.35 | 13,662.26 | 102,466.92 | | | 2,049,338.45 | 2,709,330.33 | ** Late charge at maturity |
| 6/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,723,448.00 | |
| 7/1/2018 | 8,538.91 | 5,123.35 | 13,662.26 | | | | 2,049,338.45 | 2,737,110.25 | |
| 8/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,751,227.92 | |
| 9/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,765,345.58 | |
| 10/1/2018 | 8,538.91 | 5,123.35 | 13,662.26 | | | | 2,049,338.45 | 2,779,007.84 | |
| 11/1/2018 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,793,125.51 | |
| 12/1/2018 | 8,538.91 | 5,123.35 | 13,662.26 | | | | 2,049,338.45 | 2,806,787.76 | |
| 1/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,820,905.43 | |
| 2/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,835,023.09 | |
| 3/1/2019 | 7,969.65 | 4,781.79 | 12,751.44 | | | | 2,049,338.45 | 2,847,774.53 | |
| 4/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,861,892.20 | |
| 5/1/2019 | 8,538.91 | 5,123.35 | 13,662.26 | | | | 2,049,338.45 | 2,875,554.45 | |
| 6/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,889,672.12 | |
| 7/1/2019 | 8,538.91 | 5,123.35 | 13,662.26 | | | | 2,049,338.45 | 2,903,334.37 | |
| 8/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,917,452.04 | |
| 9/1/2019 | 8,823.54 | 5,294.12 | 14,117.66 | | | | 2,049,338.45 | 2,931,569.70 | |
| 10/1/2019 | 8,538.91 | 5,123.35 | 13,662.26 | | (350,000.00) | 49,387.20 | 2,098,725.65 | 2,644,619.16 | |
| 11/1/2019 | 9,036.18 | 5,421.71 | 14,457.89 | | | | 2,098,725.65 | 2,659,077.05 | |
| 12/1/2019 | 8,744.69 | 5,246.81 | 13,991.50 | | | 434.50 | 2,099,160.15 | 2,673,503.05 | |
| 1/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,687,963.93 | |
| 2/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,702,424.81 | |
| 3/1/2020 | 8,454.95 | 5,072.97 | 13,527.92 | | | | 2,099,160.15 | 2,715,952.73 | |
| 4/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,730,413.62 | |
| 5/1/2020 | 8,746.50 | 5,247.90 | 13,994.40 | | | | 2,099,160.15 | 2,744,408.02 | |
| 6/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,758,868.90 | |
| 7/1/2020 | 8,746.50 | 5,247.90 | 13,994.40 | | | | 2,099,160.15 | 2,772,863.30 | |
| 8/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,787,324.18 | |
| 9/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,801,785.06 | |
| 10/1/2020 | 8,746.50 | 5,247.90 | 13,994.40 | | | | 2,099,160.15 | 2,815,779.46 | |
| 11/1/2020 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,830,240.34 | |
| 12/1/2020 | 8,746.50 | 5,247.90 | 13,994.40 | | | | 2,099,160.15 | 2,844,234.74 | |
| 1/1/2021 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,858,695.62 | |
| 2/1/2021 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,873,156.51 | |
| 3/1/2021 | 8,163.40 | 4,898.04 | 13,061.44 | | | | 2,099,160.15 | 2,886,217.95 | |
| 4/1/2021 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,900,678.83 | |
| 5/1/2021 | 8,746.50 | 5,247.90 | 13,994.40 | | | | 2,099,160.15 | 2,914,673.23 | |
| 6/1/2021 | 9,038.05 | 5,422.83 | 14,460.88 | | | | 2,099,160.15 | 2,929,134.11 | |
| 7/1/2021 | 8,746.50 | 5,247.90 | 13,994.40 | | | 25,741.48 | 2,124,901.63 | 2,968,869.99 | |
| 8/1/2021 | 9,148.88 | 5,489.33 | 14,638.21 | | | | 2,124,901.63 | 2,983,508.20 | |
| 9/1/2021 | 9,148.88 | 5,489.33 | 14,638.21 | | | | 2,124,901.63 | 2,998,146.41 | |
| 10/1/2021 | 8,853.76 | 5,312.25 | 14,166.01 | | | 22,073.25 | 2,146,974.88 | 3,034,385.67 | |
| 11/1/2021 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,049,175.95 | |
| 12/1/2021 | 8,945.73 | 5,367.44 | 14,313.17 | | | | 2,146,974.88 | 3,063,489.11 | |

Case 25-20897   Doc 923-17   Filed 03/12/26   Page 3 of 4

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,078,279.38 | |
| 2/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,093,069.65 | |
| 3/1/2022 | 8,349.35 | 5,009.61 | 13,358.95 | | | | 2,146,974.88 | 3,106,428.61 | |
| 4/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,121,218.88 | |
| 5/1/2022 | 8,945.73 | 5,367.44 | 14,313.17 | | | | 2,146,974.88 | 3,135,532.05 | |
| 6/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,150,322.32 | |
| 7/1/2022 | 8,945.73 | 5,367.44 | 14,313.17 | | | | 2,146,974.88 | 3,164,635.48 | |
| 8/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | | | 2,146,974.88 | 3,179,425.75 | |
| 9/1/2022 | 9,243.92 | 5,546.35 | 14,790.27 | | 21,722.14 | | 2,168,697.02 | 3,215,938.17 | |
| 10/1/2022 | 9,036.24 | 5,421.74 | 14,457.98 | | | | 2,168,697.02 | 3,230,396.15 | |
| 11/1/2022 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,245,336.06 | |
| 12/1/2022 | 9,036.24 | 5,421.74 | 14,457.98 | | | | 2,168,697.02 | 3,259,794.04 | |
| 1/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,274,733.95 | |
| 2/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,289,673.86 | |
| 3/1/2023 | 8,433.82 | 5,060.29 | 13,494.11 | | | | 2,168,697.02 | 3,303,167.98 | |
| 4/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,318,107.89 | |
| 5/1/2023 | 9,036.24 | 5,421.74 | 14,457.98 | | | | 2,168,697.02 | 3,332,565.87 | |
| 6/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,347,505.79 | |
| 7/1/2023 | 9,036.24 | 5,421.74 | 14,457.98 | | | | 2,168,697.02 | 3,361,963.77 | |
| 8/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | | | 2,168,697.02 | 3,376,903.68 | |
| 9/1/2023 | 9,337.45 | 5,602.47 | 14,939.91 | | 24,523.52 | | 2,193,220.54 | 3,416,367.11 | |
| 10/1/2023 | 9,138.42 | 5,483.05 | 14,621.47 | | | | 2,193,220.54 | 3,430,988.58 | |
| 11/1/2023 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,446,097.43 | |
| 12/1/2023 | 9,138.42 | 5,483.05 | 14,621.47 | | | | 2,193,220.54 | 3,460,718.90 | |
| 1/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,475,827.76 | |
| 2/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,490,936.61 | |
| 3/1/2024 | 8,833.80 | 5,300.28 | 14,134.09 | | | | 2,193,220.54 | 3,505,070.70 | |
| 4/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,520,179.55 | |
| 5/1/2024 | 9,138.42 | 5,483.05 | 14,621.47 | | | | 2,193,220.54 | 3,534,801.02 | |
| 6/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,549,909.87 | |
| 7/1/2024 | 9,138.42 | 5,483.05 | 14,621.47 | | | | 2,193,220.54 | 3,564,531.34 | |
| 8/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | | | 2,193,220.54 | 3,579,640.20 | |
| 9/1/2024 | 9,443.03 | 5,665.82 | 15,108.85 | | 26,544.70 | | 2,219,765.24 | 3,621,293.75 | |
| 10/1/2024 | 9,249.02 | 5,549.41 | 14,798.43 | | | | 2,219,765.24 | 3,636,092.18 | |
| 11/1/2024 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,651,383.90 | |
| 12/1/2024 | 9,249.02 | 5,549.41 | 14,798.43 | | | | 2,219,765.24 | 3,666,182.33 | |
| 1/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,681,474.05 | |
| 2/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,696,765.77 | |
| 3/1/2025 | 8,632.42 | 5,179.45 | 13,811.87 | | | | 2,219,765.24 | 3,710,577.64 | |
| 4/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,725,869.35 | |
| 5/1/2025 | 9,249.02 | 5,549.41 | 14,798.43 | | | | 2,219,765.24 | 3,740,667.79 | |
| 6/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,755,959.51 | |
| 7/1/2025 | 9,249.02 | 5,549.41 | 14,798.43 | | | | 2,219,765.24 | 3,770,757.94 | |
| 8/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | | | 2,219,765.24 | 3,786,049.66 | |
| 9/1/2025 | 9,557.32 | 5,734.39 | 15,291.72 | | 28,955.98 | | 2,248,721.22 | 3,830,297.35 | |
| 10/1/2025 | 9,369.67 | 5,621.80 | 14,991.47 | | | | 2,248,721.22 | 3,845,288.83 | |
| 11/1/2025 | 9,681.99 | 5,809.20 | 15,491.19 | | | | 2,248,721.22 | 3,860,780.02 | |
| 11/19/2025 | 5,621.80 | 3,373.08 | 8,994.88 | | | | 2,248,721.22 | 3,869,774.90 | Petition Date |
| 12/1/2025 | 3,747.87 | 2,248.72 | 5,996.59 | | | | 2,248,721.22 | 3,875,771.49 | |
| 1/1/2026 | 9,681.99 | 5,809.20 | 15,491.19 | | | | 2,248,721.22 | 3,891,262.68 | |
| 2/1/2026 | 9,681.99 | 5,809.20 | 15,491.19 | | | | 2,248,721.22 | 3,906,753.87 | |
| | | | | | | | | | |
| TOTALS | $1,677,810.31 | $889,671.41 | $2,567,481.72 | $263,039.08 | -$1,172,488.15 | -$251,278.78 | $2,248,721.22 | $3,906,753.87 | |
| | | | | | | | | | |
| PER DIEM | 308.30 | 184.98 | 493.28 | | | | | | |

** Expenses added to principal less principal curtailments
* 6% interest rate floor prior to 10/1/2014 and 5% thereafter

ATTORNEYS' FEES AND EXPENSES / $          29,296.26
**TOTAL CLAIM AS OF PETITION DA**          3,899,071.16