**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re

OB LLC

     Debtor.

_____/

Case No. 25-20897-MCR

Chapter 11

**<u>OB LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON CLAIM OBJECTION</u>**

Comes now OB LLC ("OB" or the "Debtor") by and through undersigned counsel, pursuant to the scheduling order in this matter, ECF No. 67, and the extension of certain deadlines set forth therein, ECF No. 89, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a hearing on the Debtor's objection, ECF No. 64, to the claim of Democracy Capital Corporation ("DCC"):

**I.    Witnesses**

OB reasonably anticipates calling the following witness to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. Erik Bolog

2. Jim Plack

3. J.R. Schuble

OB further reserves its right to call any witness on the list furnished by DCC.

**II.    Exhibits**

OB reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

1

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor01 | Promissory Note | | | |
| Debtor02 | Change in Terms Agreement | | | |
| Debtor03 | Change in Terms Agreement | | | |
| Debtor04 | Congressional Bank Loan History | | | |
| Debtor05 | August 2023 Text Message | | | |
| Debtor06 | Werrlein Properties Contract | | | |
| Debtor07 | Jim Plack Spreadsheet | | | |
| Debtor08 | Deed | | | |
| Debtor09 | Loan Calculation | | | |

OB further reserves its right to introduce any exhibit on the exhibit list of DCC, regardless of whether or not first offered by DCC.

Respectfully submitted,

Dated: July 24, 2026     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Reorganized Debtor*

2

*[Certificate of Service on Following Page]*
**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 24th day of July 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano                    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach    jheid@gebsmith.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Keith M. Lusby    klusby@gebsmith.com
- Stephen A. Metz                    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig                    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.

3