LS01027P2

L O A N   S T A T E M E N T                Page        1

Congressional Bank

| Loan Number | Interest Rate | Original Amount | Statement Date |
|---|---|---|---|
| 6000353737 | 5.000 | 2,500,000.00 | 05/24/2018 |

OB, LLC
C/O M. L. OFFEN
PO BOX 6364
MC LEAN VA 22106-6364

-----LOAN ACTIVITY-----

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 02/16/2016<br>02/16/2016<br>REGULAR PAYMENT | 8611.11 | .00<br>8611.11 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 01/13/2016<br>01/13/2016<br>REGULAR PAYMENT | 8611.11 | .00<br>8611.11 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 12/14/2015<br>12/14/2015<br>REGULAR PAYMENT | 8333.33 | .00<br>8333.33 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 11/12/2015<br>11/12/2015<br>REGULAR PAYMENT | 8750.00 | .00<br>8750.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/16/2015<br>10/16/2015<br>FEE PAYMENT | 4275.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/15/2015<br>10/15/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/23/2015<br>10/15/2015<br>REV REGULAR PYMT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/23/2015<br>10/15/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/05/2015<br>10/05/2015<br>REV REGULAR PYMT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |

L O A N   S T A T E M E N T                    Page        2

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 10/05/2015<br>10/05/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/23/2015<br>10/05/2015<br>PRINCIPAL PAYMENT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2000000.00 |
| 10/05/2015<br>10/05/2015<br>PRINCIPAL PAYMENT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 10/23/2015<br>10/05/2015<br>REV REGULAR PYMT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 09/30/2015<br>09/30/2015<br>FEE PAYMENT | 3200.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/30/2015<br>09/30/2015<br>FEE PAYMENT | 425.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 09/16/2015<br>09/16/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 08/14/2015<br>08/14/2015<br>REGULAR PAYMENT | 9687.50 | .00<br>9687.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 07/14/2015<br>07/14/2015<br>REGULAR PAYMENT | 9375.00 | .00<br>9375.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 06/03/2015<br>06/03/2015<br>REGULAR PAYMENT | 3217.00 | .00<br>3217.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 06/03/2015<br>06/03/2015<br>REGULAR PAYMENT | 6470.50 | .00<br>6470.50 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 05/05/2015<br>05/05/2015<br>REGULAR PAYMENT | 9375.50 | .00<br>9375.00 | .00<br>.00 | .50<br>.00 | 2250000.00 |

L O A N   S T A T E M E N T                    Page        3

Congressional Bank

| Post Date | Trans Amt | Principal | Escrow | Late Charge | Balance |
| Eff Date | | Interest | Other | Fees | |
| Description | | | | | |
| ========= | ============= | ============= | =========== | ============= | ============= |
| 04/07/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 04/07/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 03/25/2015 | 425.00 | .00 | .00 | .00 | 2250000.00 |
| 03/25/2015 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 03/25/2015 | 3200.00 | .00 | .00 | .00 | 2250000.00 |
| 03/25/2015 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 03/04/2015 | 8750.00 | .00 | .00 | .00 | 2250000.00 |
| 03/04/2015 | | 8750.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 02/02/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 02/02/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 01/02/2015 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 01/02/2015 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 12/01/2014 | 9375.00 | .00 | .00 | .00 | 2250000.00 |
| 12/01/2014 | | 9375.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 11/03/2014 | 9687.50 | .00 | .00 | .00 | 2250000.00 |
| 11/03/2014 | | 9687.50 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 10/20/2014 | 3900.00 | .00 | .00 | .00 | 2250000.00 |
| 10/20/2014 | | .00 | .00 | .00 | |
| INCR ASSESSED FEE | | | | | |
| 10/03/2014 | 11125.00 | .00 | .00 | .00 | 2250000.00 |
| 10/03/2014 | | 11125.00 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 09/03/2014 | 12916.67 | .00 | .00 | .00 | 2250000.00 |
| 09/03/2014 | | 12916.67 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |
| 08/29/2014 | 38333.33 | .00 | .00 | .00 | 2250000.00 |
| 08/29/2014 | | 38333.33 | .00 | .00 | |
| REGULAR PAYMENT | | | | | |

L O A N   S T A T E M E N T                 Page        4                    LS01027P2

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 08/29/2014<br>08/29/2014<br>PRINCIPAL PAYMENT | 250000.00 | 250000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2250000.00 |
| 08/18/2014<br>08/18/2014<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 07/31/2014<br>07/31/2014<br>INCR ASSESSED FEE | 375.00 | .00<br>.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 07/28/2014<br>07/28/2014<br>INC ASSESS LT CHG | 125000.00 | .00<br>.00 | .00<br>.00 | 125000.00<br>.00 | 2500000.00 |
| 07/16/2014<br>07/16/2014<br>INC ASSESS LT CHG | 125625.00 | .00<br>.00 | .00<br>.00 | 125625.00<br>.00 | 2500000.00 |
| 07/02/2014<br>07/02/2014<br>INC ASSESS LT CHG | 125000.00 | .00<br>.00 | .00<br>.00 | 125000.00<br>.00 | 2500000.00 |
| 06/16/2014<br>06/16/2014<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 05/30/2014<br>05/30/2014<br>ESCROW PAYMENT | 24045.81 | .00<br>.00 | 24045.81<br>.00 | .00<br>.00 | 2500000.00 |
| 05/30/2014<br>05/30/2014<br>REGULAR PAYMENT | 37083.34 | .00<br>37083.34 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 05/30/2014<br>05/30/2014<br>INC ASSESS LT CHG | 2499.99 | .00<br>.00 | .00<br>.00 | 2499.99<br>.00 | 2500000.00 |
| 05/16/2014<br>05/16/2014<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 05/12/2014<br>05/12/2014<br>ESCROW DISB | 24045.81 | .00<br>.00 | 24045.81<br>.00 | .00<br>.00 | 2500000.00 |

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 04/16/2014<br>04/16/2014<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 03/31/2014<br>03/31/2014<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 03/17/2014<br>03/17/2014<br>INC ASSESS LT CHG | 583.33 | .00<br>.00 | .00<br>.00 | 583.33<br>.00 | 2500000.00 |
| 02/18/2014<br>02/18/2014<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 01/21/2014<br>01/21/2014<br>REGULAR PAYMENT | 25416.67 | .00<br>25416.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/17/2014<br>01/17/2014<br>WAIVE LATE CHARGE | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 01/16/2014<br>01/16/2014<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 01/08/2014<br>01/08/2014<br>WAIVE LATE CHARGE | 8874.97 | .00<br>.00 | .00<br>.00 | 8874.97<br>.00 | 2500000.00 |
| 12/16/2013<br>12/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 11/29/2013<br>11/29/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 11/18/2013<br>11/18/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 10/31/2013<br>10/31/2013<br>REGULAR PAYMENT | 12499.99 | .00<br>12499.99 | .00<br>.00 | .00<br>.00 | 2500000.00 |

L O A N   S T A T E M E N T                    Page          6

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 10/16/2013<br>10/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 09/27/2013<br>09/27/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 09/16/2013<br>09/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 08/30/2013<br>08/30/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 08/16/2013<br>08/16/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 07/30/2013<br>07/30/2013<br>REGULAR PAYMENT | 12500.00 | .00<br>12500.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 07/16/2013<br>07/16/2013<br>INC ASSESS LT CHG | 625.00 | .00<br>.00 | .00<br>.00 | 625.00<br>.00 | 2500000.00 |
| 06/26/2013<br>06/26/2013<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 06/17/2013<br>06/17/2013<br>INC ASSESS LT CHG | 645.83 | .00<br>.00 | .00<br>.00 | 645.83<br>.00 | 2500000.00 |
| 06/14/2013<br>06/14/2013<br>ESCROW PAYMENT | 24413.45 | .00<br>.00 | 24413.45<br>.00 | .00<br>.00 | 2500000.00 |
| 06/03/2013<br>06/03/2013<br>ESCROW DISB | 24413.45 | .00<br>.00 | 24413.45<br>.00 | .00<br>.00 | 2500000.00 |
| 05/31/2013<br>05/31/2013<br>REGULAR PAYMENT | 12500.00 | .00<br>12500.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |

Congressional Bank

| Post Date Eff Date Description | Trans Amt | Principal Interest | Escrow Other | Late Charge Fees | Balance |
|---|---|---|---|---|---|
| 05/16/2013 05/16/2013 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 04/19/2013 04/19/2013 REGULAR PAYMENT | 12916.66 | .00 12916.66 | .00 .00 | .00 .00 | 2500000.00 |
| 04/16/2013 04/16/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 03/26/2013 03/26/2013 REGULAR PAYMENT | 11666.67 | .00 11666.67 | .00 .00 | .00 .00 | 2500000.00 |
| 03/18/2013 03/18/2013 INC ASSESS LT CHG | 583.33 | .00 .00 | .00 .00 | 583.33 .00 | 2500000.00 |
| 02/28/2013 02/28/2013 REGULAR PAYMENT | 12916.66 | .00 12916.66 | .00 .00 | .00 .00 | 2500000.00 |
| 02/19/2013 02/19/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 01/31/2013 01/31/2013 REGULAR PAYMENT | 12916.68 | .00 12916.68 | .00 .00 | .00 .00 | 2500000.00 |
| 01/31/2013 01/31/2013 REV REGULAR PYMT | 12916.68 | .00 12916.68 | .00 .00 | .00 .00 | 2500000.00 |
| 01/31/2013 01/31/2013 REGULAR PAYMENT | 12916.68 | .00 12916.68 | .00 .00 | .00 .00 | 2500000.00 |
| 01/16/2013 01/16/2013 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 12/31/2012 12/31/2012 REGULAR PAYMENT | 12499.99 | .00 12499.99 | .00 .00 | .00 .00 | 2500000.00 |

L O A N   S T A T E M E N T          Page          8                    LS01027P2

Congressional Bank

| Post Date / Eff Date / Description | Trans Amt | Principal / Interest | Escrow / Other | Late Charge / Fees | Balance |
|---|---|---|---|---|---|
| 12/17/2012 12/17/2012 INC ASSESS LT CHG | 625.00 | .00 .00 | .00 .00 | 625.00 .00 | 2500000.00 |
| 11/30/2012 11/30/2012 REGULAR PAYMENT | 11807.84 | .00 11807.84 | .00 .00 | .00 .00 | 2500000.00 |
| 11/16/2012 11/16/2012 INC ASSESS LT CHG | 645.83 | .00 .00 | .00 .00 | 645.83 .00 | 2500000.00 |
| 11/02/2012 11/02/2012 REGULAR PAYMENT | 1108.83 | .00 1108.83 | .00 .00 | .00 .00 | 2500000.00 |
| 10/04/2012 10/04/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 09/04/2012 09/04/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 08/10/2012 08/01/2012 REGULAR PAYMENT | 12916.66 | .00 12916.66 | .00 .00 | .00 .00 | 2500000.00 |
| 07/03/2012 07/03/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 06/01/2012 06/01/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 05/01/2012 05/01/2012 REGULAR PAYMENT | 12500.00 | .00 12500.00 | .00 .00 | .00 .00 | 2500000.00 |
| 04/06/2012 04/06/2012 REGULAR PAYMENT | 12916.67 | .00 12916.67 | .00 .00 | .00 .00 | 2500000.00 |
| 03/01/2012 03/01/2012 REGULAR PAYMENT | 12083.33 | .00 12083.33 | .00 .00 | .00 .00 | 2500000.00 |

Congressional Bank

| Post Date<br>Eff Date<br>Description | Trans Amt | Principal<br>Interest | Escrow<br>Other | Late Charge<br>Fees | Balance |
|---|---|---|---|---|---|
| 02/01/2012<br>02/01/2012<br>REGULAR PAYMENT | 12916.66 | .00<br>12916.66 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 01/06/2012<br>01/06/2012<br>REGULAR PAYMENT | 12916.67 | .00<br>12916.67 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 12/07/2011<br>12/01/2011<br>REGULAR PAYMENT | 12500.01 | .00<br>12500.01 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 11/15/2011<br>11/01/2011<br>REGULAR PAYMENT | 4583.33 | .00<br>4583.33 | .00<br>.00 | .00<br>.00 | 2500000.00 |
| 10/21/2011<br>10/21/2011<br>New Loan | 2500000.00 | 2500000.00<br>.00 | .00<br>.00 | .00<br>.00 | 2500000.00 |

Interest Paid Year to Date            .00
Interest Paid Prior Year              .00


                          ESCROW ACCOUNT INFORMATION
Prin and Int Payment            .00   Beginning Balance         48,459.26-
Escrow Payment                  .00   Deposits                  48,459.26
                  -----------------   Disbursements
Total Payment                   .00     Taxes - 1098                   .00
                                        Taxes                          .00
                                        Insurance - 1098               .00
                                        Insurance                      .00
                                        Miscellaneous - 1098           .00
                                        Miscellaneous                  .00
                                                              -----------------
                                        Ending Balance                 .00