**OB LLC**

### Simple Interest

| Year | Principal | Rate | Interest | Notes |
|---|---|---|---|---|
| 2016 | 2,000,000.00 | 0.05 | 83,333.33 | (March - December) |
| 2017 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2018 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2019 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2020 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2021 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2022 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2023 | 2,000,000.00 | 0.05 | 100,000.00 | |
| 2024 | 2,000,000.00 | 0.05 | 66,666.67 | |
| | 2,000,000.00 | | 850,000.00 | 2,850,000.00 | 520,177.00 | 2,329,823.00 (total P+I minus payments) |
| | | | | | 143,882.09 | 2,473,705.09 (plus lender expenses) |

### 360/365 (see "Variable Interest Rate" Section of Promissory Note)

| Year | Principal | Rate | Interest |
|---|---|---|---|
| 2016 | 2,000,000.00 | 5.06944% | 84,490.74 |
| 2017 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2018 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2019 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2020 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2021 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2022 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2023 | 2,000,000.00 | 5.06944% | 101,388.89 |
| 2024 | 2,000,000.00 | 5.06944% | 67,592.59 |
| | 2,000,000.00 | | 861,805.56 | 2,861,805.56 | 520,177.00 | 2,341,628.56 |
| | | | | | 143,882.09 | 2,485,510.65 |

### Compounding Interest

| Year | Principal | Rate | Interest |
|---|---|---|---|
| 2016 | 2,000,000.00 | 0.05 | 83,333.33 |
| 2017 | 2,083,333.33 | 0.05 | 104,166.67 |
| 2018 | 2,187,500.00 | 0.05 | 109,375.00 |
| 2019 | 2,296,875.00 | 0.05 | 114,843.75 |
| 2020 | 2,411,718.75 | 0.05 | 120,585.94 |
| 2021 | 2,532,304.69 | 0.05 | 126,615.23 |
| 2022 | 2,658,919.92 | 0.05 | 132,946.00 |
| 2023 | 2,791,865.92 | 0.05 | 139,593.30 |
| 2024 | 2,931,459.21 | 0.05 | 97,715.31 |
| | 2,931,459.21 | | 1,029,174.52 | 3,960,633.73 | 520,177.00 | 3,440,456.73 |
| | | | | | 143,882.09 | 3,584,338.82 |

### Simple w/Default Interest

| Year | Principal | Rate | Interest | Notes |
|---|---|---|---|---|
| 2016 | 2,000,000.00 | 0.08 | 133,333.33 | (March - December) |
| 2017 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2018 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2019 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2020 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2021 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2022 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2023 | 2,000,000.00 | 0.08 | 160,000.00 | |
| 2024 | 2,000,000.00 | 0.08 | 160,000.00 | |
| | 2,000,000.00 | | 1,413,333.33 | 3,413,333.33 | 520,177.00 | 2,893,156.33 |

Payments 520,177.00

Lender Expenses 143,882.09

Late fee at maturity 115,065.81

### Text Msg Payoff

| Principal | Rate | Interest | Total | | |
|---|---|---|---|---|---|
| 2,700,000.00 | 0.05 | 135,000.00 | 2,835,000.00 | 3,550,000.00 | 715,000.00 |
| | 0.08 | 216,000.00 | 2,916,000.00 | 3,550,000.00 | 634,000.00 |

| Principal | Rate | Interest | Total | | | | |
|---|---|---|---|---|---|---|---|
| 2,700,000.00 | 0.05 | 135,000.00 | 2,835,000.00 | 520,177.00 | 2,314,823.00 | 3,550,000.00 | 1,235,177.00 |
| | 0.08 | 216,000.00 | 2,916,000.00 | 520,177.00 | 2,395,823.00 | 3,550,000.00 | 1,154,177.00 |