PRINCE GEORGE'S COUNTY CIRCUIT COURT  (Land Records) MEA 51801 p.0435 MSA_CE_64_52110. Date available 3/19/2026. Printed 7/24/2026.

Prince George's County, MD
Approved by   DAB   03/12/2026
Recordation Tax Paid          $0.00
Transfer Tax Paid             $0.00

```
Prince George's Cty Cir Crt
IMP FD SURE         $40.00
RECORDING FEE       $20.00

TOTAL               $60.00
ME    JD
Mar 13, 2026        02:13 pm
```

Monarch Title Inc.
File No. **BE-23-10515**
Tax ID # **15-1788512**
**Underwriter:** First American Title Insurance Company

## CHAPTER 11 DEED

## (Special Warranty Deed)

**THIS DEED IS EXEMPT FROM TRANSFER TAX AND RECORDATION TAXES PURSUANT TO THE PROVISIONS OF SECTION 1146(A) OF TITLE 11 OF THE UNITED STATES CODE (THIS CONVEYANCE "MAY NOT BE TAXED UNDER ANY LAW IMPOSING A STAMP TAX OR SIMILAR TAX")**

**THIS CHAPTER 11 DEED**, made this 26th day of **February, 2026** by and between **OB LLC, a Delaware limited liability company**, the *debtor-in-possession*, registered to do business in Maryland (In re OB LLC, United States Bankruptcy Court for the District of Maryland, Greenbelt Division, Case No. 25-20897-MCR)    party of the first part, GRANTOR; and **GRANDHAVEN PARTNERS, LLC, a Maryland limited liability company**, party of the second part, GRANTEE.

### RECITALS

A.     On November 19, 2025, Grantor filed a Chapter 11 Voluntary Petition in the United States Bankruptcy Court for the District of Maryland (the "Court"). See In re OB LLC, Case No. 25-20897-MCR (the "Case").

B.     On January 27, 2026, the Court entered an Order Granting Motion to Sell Real Property Free and Clear of All Liens, Overruling Objection to Small Business Designation, and Denying Motion to Declare Debtor Single Asset Real Estate Entity (attached hereto as Exhibit "A"), particularly ordering the sale of the real property described herein and commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland  20772 (the "Property").

C.     Furthermore, by Order dated February 17, 2026, the Court confirmed the Second Amended Plan of Reorganization Under 11 U.S.C. § 1191(b).

D.     Grandhaven Partners, LLC, was designated as Grantee to purchase the real property herein from the Grantor.

E.     Pursuant to applicable bankruptcy law (including the Court's confirmation of the Plan filed in the Case), Grantor hereby conveys the fee simple title to the Property to Grantee free and clear of all liens, claims, encumbrances, or interest arising pre- or post-petition, other than any liens arising on account of unpaid taxes or governmental obligations.

BOOK: 51801 PAGE: 436

NOW, THEREFORE, in consideration of the sum of FOUR MILLION DOLLARS AND 00/100 ($4,000,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey to the said **GRANDHAVEN PARTNERS, LLC, a Maryland Limited Liability Company** as **sole owner**, its successors and assigns, in **fee simple**, all that lot of ground situate in the County of Prince George's, State of Maryland and described as follows, that is to say:

> BEING KNOWN AND DESIGNATED as Parcel "B" in the subdivision known as "Plat Two (2), The Woods of Marlton," as per plat thereof recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP 147 at Plat No. 84; being in the 15th Election District of said County.
>
> FOR INFORMATIONAL PURPOSES ONLY:
> The improvements thereon being known as 8800 Grandhaven Avenue, Upper Marlboro, MD 20772
> Tax ID No.: 15-1788512
>
> Being the same property which by deed dated October 19, 2011, and recorded among the Land Records of Prince George's County, Maryland on October 31, 2011, in Liber 33058, in Folio 287, was granted and conveyed by XZERTA MARLTON, LLC, a Delaware limited liability company unto OB LLC, a Delaware limited liability company.

**Together** with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining, free and clear of all liens, claims, encumbrances, or interests arising pre- or post-petition, other than any liens arising on account of unpaid taxes or governmental obligations.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said **GRANDHAVEN PARTNERS, LLC, a Maryland limited liability company**, its successors and assigns, in fee simple.

**And** the said party of the first part hereby covenant that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant specially the property hereby granted; and that they it execute such further assurances of the same as may be requisite.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51801 p.0436 MSA_CE_64_52110. Date available 3/19/2026. Printed 7/24/2026.

BOOK: 51801 PAGE: 437

IN WITNESS WHEREOF, and intending to be legally bound, the undersigned Grantor has executed and delivered this Chapter 11 Deed under seal of said Grantor, the day and year first above written.

**OB LLC, A DELAWARE LIMITED LIABILITY COMPANY**, a Delaware limited liability company, registered to do business in Maryland, *debtor-in-possession*, In re OB LLC, United States Bankruptcy Court for the District of Maryland, Case No. 25-20897-MCR

By: _____(SEAL)
Erik D. Bolog, Managing Member and Authorized Representative

State of Washington,

County of District of Columbia to wit;

On this 21st day of February, 2026, before me, the undersigned officer, personally appeared Erik D. Bolog, Managing Member and Authorized Representative of OB LLC, a Delaware limited liability company (name of person(s) who make acknowledgment), known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness hereof I hereunto set my hand and official seal.



_____
Signature of Notarial Officer
Title and Rank

My Commission Expires: June 30, 2030

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Janet McIntosh

AFTER RECORDING, PLEASE RETURN TO:
**Monarch Title Inc.**
**660 Pennsylvania Ave, SE**
**Suite 303**
**Washington, DC 20003**

Deed - Individual

File No BE-23-10515                                                    Page 3 of 3

Entered: January 27th, 2026
Signed: January 26th, 2026

**SO ORDERED**



EXHIBIT A

*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

I hereby certify that the
foregoing is a true copy of the
original thereof now on file in
this office.

Dated this ___5th___ day of
___January___ 2026

___SCaldwell___
Clerk, U.S. Bankruptcy Court
for the District of Maryland

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

In re

OB LLC,

Debtor.

_____/

Case No. 25-20897-MCR

Chapter 11

**ORDER GRANTING MOTION TO SELL REAL
PROPERTY FREE AND CLEAR OF ALL LIENS, OVERRULING
OBJECTION TO SMALL BUSINESS DESIGNATION, AND DENYING
MOTION TO DECLARE DEBTOR SINGLE ASSET REAL ESTATE ENTITY**

Upon consideration of the Motion to Sell Real Property Free and Clear of All Liens, DE #10 (the "Sale Motion") filed by OB LLC ("OB" or the "Debtor"), the Motion of Democracy Capital Corporation ("DCC") to determine the Debtor is a single asset real estate entity, DE #31 (the "SARE Motion"), and the objection of DCC to the Debtor's designation as a small business debtor, DE #32 (the "Small Business Objection"); the briefing of the parties thereon; evidenced adduced at a hearing on January 15, 2026; the record herein; and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, for the reasons stated on the record at the close of the aforesaid evidentiary hearing, that the Debtor has satisfied the rigors of subsections (b), (f), and (m) of Section 363 of Title 11 of the United States Code; and it is further

1

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51801 p.0438 MSA_CE_64_52110. Date available 3/19/2026. Printed 7/24/2026.

FOUND, that notice to creditors, of the Sale Motion, has been adequate and sufficient in nature; and it is further

ORDERED, that OB LLC ("OB" or the "Debtor") is authorized to enter into the First Amendment to Purchase and Sale Agreement (the "Amendment"), attached to the Sale Motion as Exhibit B; and it is further

ORDERED, that OB is authorized to sell the real property commonly known as 8800 Grandhaven Avenue, Upper Marlboro, Maryland 20772 (the "Property"), to Werrlein Properties Limited Liability Company or its assignee ("WPLLC"), pursuant to the terms of the Amendment and the underlying sales contract (the "Contract"), attached to the Sale Motion as Exhibit A; and it is further

ORDERED, that said sale shall be free and clear of all liens and encumbrances upon the Property, with DCC's lien to attach to the proceeds of such sale with the same validity and priority as such lien had against the Property; and it is further

ORDERED, that the Debtor shall pay, at the time of closing on the sale of the Property, the sum of Three Million Five Hundred Thousand Dollars and No Cents ($3,500,000.00) to DCC, with such payment being expressly without prejudice to the right of the Debtor to clawback, avoid, or otherwise seek a return of a portion of the subject monies, should the claim of DCC later be adjudicated to be allowed in a lesser sum; and it is further

ORDERED, that the Debtor and WPLLC shall prorate real estate taxes on the Property, as of the date of the closing of the sale thereof, and the Debtor's portion of such taxes—inclusive of any pre-petition obligation owed to taxing authorities and secured by the Property—shall be paid, at closing, to the subject taxing authority(ies); and it is further

ORDERED, that the net proceeds of the sale of the Property shall be deposited, by the Debtor or by such closing agent as WPLLC may designate to conduct the closing, into a debtor-in-possession account held in the name of the Debtor and such funds shall remain in the debtor-in-possession account pending further order of the Court; and it is further

ORDERED, that WPLLC shall be considered a good faith purchaser, for purposes of Section 363(m) of Title 11 of the United States Code; and it is further

ORDERED, that the SARE Motion be, and hereby is, DENIED; and it is further

ORDERED, that the Small Business Objection be, and hereby is, OVERRULED.

Copies:
All Counsel of Record

3

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51801 p.0440 MSA_CE_64_52110. Date available 3/19/2026. Printed 7/24/2026.

BOOK: 51801 PAGE: 441

| | | |
|---|---|---|
| **MARYLAND FORM** **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2026** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor OB LLC

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

8800 Grandhaven Avenue, Upper Marlboro, MD 20772

**3. Reasons for Exemption**

**Resident Status**

[ ] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[x] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**

[ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

| Witness | Name | **Date |
|---|---|---|
| | Signature | |

**3b. Entity Transferors**

| Witness/Attest | OB LLC |
|---|---|
| | Name of Entity |
| | By |
| | Erik B. Bolog   2·21·26 |
| | Name   **Date |
| | Managing Member and Authorized Representative |
| | Title |

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

12/25

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51801 p.0441 MSA_CE_64_52110. Date available 3/19/2026. Printed 7/24/2026.

BOOK: 51801 PAGE: 442

# State of Maryland Land Instrument Intake Sheet

| [ ] Baltimore City | [x] County: | Prince George's |
|---|---|---|

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only – All Copies Must Be Legible)**

**1. Type(s) of Instruments**

( [ ] Check Box if addendum Intake Form is Attached.)

| | | | | | Other _____ | Other _____ |
|---|---|---|---|---|---|---|
| [x] | Deed | [ ] | Mortgage | | | |
| [x] | Deed of Trust | [ ] | Lease | | _____ | _____ |

**2. Conveyance Type** — Check Box

| [ ] Improved Sale Arms-Length *[1]* | [x] Unimproved Sale Arms-Length *[2]* | [ ] Multiple Accounts Arms-Length *[3]* | [ ] Not an Arms-Length Sale *[9]* |
|---|---|---|---|

**3. Tax Exemptions** (if applicable) — Cite or Explain Authority

| Recordation | EXEMPT USC 1146(A) |
|---|---|
| State Transfer | EXEMPT USC 1146(A) |
| County Transfer | EXEMPT USC 1146(A) |

**4. Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $4,000,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $3,600,000.00 | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount - | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5. Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 75.00 | Agent: |
| Surcharge | $ 40.00 | $ 40.00 | Tax Bill: |
| State Recordation Tax | EXEMPT USC 1146(A) | EXEMPT USC 1146(A) | |
| State Transfer Tax | EXEMPT USC 1146(A) | EXEMPT USC 1146(A) | |
| County Transfer Tax | EXEMPT USC 1146(A) | EXEMPT USC 1146(A) | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6. Description of Property**

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 15 | 1788512 | 33058 , 00287 | 0119 | | [ ] (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | 147084 | |

**Location/Address of Property Being Conveyed (2)**
8800 Grandhaven Avenue, Upper Marlboro, MD 20772

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| Deed of Trust (Tax ID 15-1788512 & 16-1830132) | |

Residential [x] Or Non-Residential [ ]    Fee Simple [x] or Ground Rent [ ]    Amount: _____   $_____

Partial Conveyance [ ] Yes [x] No    Description/Amt. of SqFt/Acreage Transferred: 8.9400AC

If Partial Conveyance, List Improvements

**7. Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| OB LLC | GRANDHAVEN PARTNERS, LLC |
| | WERRLEIN WSSC, LLC |
| **Doc. 1 – Owner(s) of Record, if Different from Grantor(s)** | **Doc. 2 Owner(s) of Record, if Different from Grantor(s)** |
| | |

**8. Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| GRANDHAVEN PARTNERS, LLC | Scot R. Bowning and Paul L. Merritt (trustees) |

**New Owner's (Grantee) Mailing Address**
522 Defense Highway, Annapolis, MD 21401

**9. Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | Capital Bank, NA |

**10. Contact/Mail Information**

| Instrument Submitted By or Contact Person | |
|---|---|
| Name: Post Closing Dept | [x] Return to Contact Person |
| Firm   Monarch Title Inc. | [ ] Hold for Pickup |
| Address: 660 Pennsylvania Avenue Southeast, Suite 303 | |
| Washington, DC 20003    Phone:   (202) 546-3100 | [ ] Return Address Provided |

**11. IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

**Assessment Information**

| [ ] Yes | [x] No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| [ ] Yes | [x] No | Does the transfer include personal property? If yes, identify: _____ |
| [ ] Yes | [x] No | Was property surveyed? If Yes, attach copy of survey (if recorded, no copy required). |

**Assessment use only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | | Deed Reference: | Assigned Property No.: |

| | | | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Year | 20 | 20 | | | | |
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

File No.: BE-23-10515

*(left margin)* PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 51801 p.0442 MSA_CE_64_52110 Date available 3/19/2026. Printed 7/24/2026