**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re<br><br>OB LLC,<br><br>Debtor. | Case No. 25-20897<br><br>Chapter 11 |

**LINE SUBMITTING DEMOCRACY CAPITAL CORPORATION'S AMENDED EXHIBIT AND WITNESS LIST**

Democracy Capital Corporation submits its Amended Exhibit and Witness List in connection with the hearing scheduled for August 20, 2026, wherein Exhibit DCC22 has been added, which contains business records of DCC's incurred attorneys' fees.

Respectfully submitted,

*/s/ Keith M. Lusby*

James T. Heidelbach (Bar No. 07715)
Keith M. Lusby (Bar No. 05596)
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com

*Counsel to Democracy Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2026, I electronically filed the foregoing *Line* via CM/ECF, which will send notice of the filing to the following counsel of record:

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Kevin R. Feig kfeig@mhlawyers.com,
kfeig@ecf.courtdrive.com,
jnesse@mhlawyers.com,
cmartin@mhlawyers.com

James Taylor Heidelbach jheid@gebsmith.com

Nicole C. Kenworthy bdept@mrrlaw.net

Keith M. Lusby klusby@gebsmith.com

Stephen A. Metz smetz@offitkurman.com,
MD71@ecfcbis.com,
lydia.yale@offitkurman.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

*/s/ Keith M. Lusby*
Keith M. Lusby