**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re<br><br>OB LLC,<br><br>Debtor. | Case No. 25-20897<br><br>Chapter 11 |

**DEMOCRACY CAPITAL CORPORATION'S AMENDED EXHIBIT AND WITNESS LIST**

Pursuant to this Court's Scheduling Order[1] regarding the Debtor's, OB, LLC's *Objection to Claim* [ECF No. 64], Democracy Capital Corporation submits its Amended Exhibit and Witness List in connection with the hearing scheduled for August 20, 2026.

**EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| **DCC1** | Promissory Note, October 19, 2011 |
| **DCC2** | Purchase Money Deed of Trust |
| **DCC3** | Confirmatory Assignment of Deed of Trust |
| **DCC4** | Change in Terms Agreement, April 19, 2013 |
| **DCC5** | Change in Terms Agreement, April 19, 2011 |
| **DCC6** | Change in Terms Agreement, April 19, 2015 |
| **DCC7** | Text Message Exchange, Erik Bolog and JR Schuble |
| **DCC8** | Email Correspondence, Erik Bolog and JR Schuble |
| **DCC9** | Text Message Exchange, Erik Bolog and Karl Granzow |
| **DCC10** | Draft Written Consent |
| **DCC11** | Email Correspondence Transmitting Draft Purchase Agreement |
| **DCC12** | August 2023 Draft Purchase Agreement |
| **DCC13** | Executed Purchase Agreement |
| **DCC14** | Extension Letter |
| **DCC15** | Congressional Loan History |
| **DCC16** | DCC's Loan History and Calculation of Debt |
| **DCC17** | OB's Loan History and Calculation of Debt |
| **DCC18** | Receipts for Payment of Protective Advances |
| **DCC19** | OB, LLC's Motion to Sell Real Property Free and Clear of All Liens |
| **DCC20** | OB, LLC's Responses to Democracy Capital Corporation's Interrogatories |

[1] ECF No.67, as modified by the Order entered on June 4, 2026 (ECF No. 89).

| | |
|---|---|
| **DCC21** | Excerpts of 30(b)(6) Deposition |
| **DCC22**[2] | Invoices Reflecting Attorneys' Fees as of November 19, 2025 |

Democracy Capital Corporation reserves the right to supplement or amend this Exhibit and Witness List; to use any exhibit identified by the Debtor or any other party; to use additional exhibits for purposes of impeachment, rebuttal, or refreshing recollection; and to use demonstrative exhibits, summaries, or other materials derived from exhibits otherwise properly admitted into evidence.

**WITNESS LIST**

Democracy Capital Corporation reserves the right to call any of the following witnesses: (a) JR Schuble; (b) James Plack; (c) Brian Rosenberg, Esq.; and (d) Karl Granzow. Democracy Capital Corporation further reserves the right to call any witness identified by the Debtor or any other party, any witness necessary for impeachment or rebuttal, and any additional witness whose testimony becomes necessary as a result of evidence presented at the hearing.

Respectfully submitted,

*/s/ Keith M. Lusby*

James T. Heidelbach (Bar No. 07715)
Keith M. Lusby (Bar No. 05596)
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com

*Counsel to Democracy Capital Corporation*

[2] The inclusion DCC22 is the only modification to DCC's previously filed Exhibit List.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2026, I electronically filed the foregoing *Amended Exhibit and Witness List* via CM/ECF, which will send notice of the filing to the following counsel of record:

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Kevin R. Feig kfeig@mhlawyers.com,
kfeig@ecf.courtdrive.com,
jnesse@mhlawyers.com,
cmartin@mhlawyers.com

James Taylor Heidelbach jheid@gebsmith.com

Nicole C. Kenworthy bdept@mrrlaw.net

Keith M. Lusby klusby@gebsmith.com

Stephen A. Metz smetz@offitkurman.com,
MD71@ecfcbis.com,
lydia.yale@offitkurman.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

*/s/ Keith M. Lusby*
Keith M. Lusby