
9:31
LTE
123
JS
JR
Fri, Aug 25 at 8:48 AM
Did u figure out the pay-off so I can move this contract forward
I asked Doug to have it calculated
Thx
Mon, Aug 28 at 1:16 PM
Did Doug get to this yet
Tue, Aug 29 at 8:59 AM
Joe?
Tue, Aug 29 at 11:15 AM
Text Message

DCC7

OB0039


9:32
LTE
123
JS
JR
Tue, Aug 29 at 8:59 AM
Joe?
Tue, Aug 29 at 11:15 AM
He asked Amanda to do it
Whose Amanda
She is our controller
Approx 2.7
Tue, Aug 29 at 1:15 PM
Can Democracy take $2.5 so he can get something?
Text Message