[redacted]

[redacted] [redacted]

---------- Forwarded message ---------
From: **Erik Bolog** <erik.d.bolog@gmail.com>
Date: Tue, Jul 9, 2024 at 4:17 PM
Subject: Marlton
To: J.R. Schuble <jr@dreyfuss.net>

Hey,

I hope all is well. We can catch up on my journey when we chat (hopefully soon).

I need the payoff for OB, LLC, and the accounting for the OB accountant asap. The buyer is trying to close on Friday.

Love to all.

DCC8

[redacted]

---

[redacted] [redacted]

---------- Forwarded message ---------
From: **J.R. Schuble** <jr@dreyfuss.net>
Date: Thu, Jul 11, 2024 at 9:57 AM
Subject: RE: Marlton
To: Erik Bolog <erik.d.bolog@gmail.com>

Send me the title company contact info and I will get someone to calculate and send.

---

**From:** Erik Bolog <erik.d.bolog@gmail.com>
**Sent:** Tuesday, July 9, 2024 6:18 PM
**To:** J.R. Schuble <jr@dreyfuss.net>
**Subject:** Marlton

Hey,

I hope all is well. We can catch up on my journey when we chat (hopefully soon).

I need the payoff for OB, LLC, and the accounting for the OB accountant asap. The buyer is trying to close on Friday.

Love to all.