3/8/2021 11:52:17 AM (Delivered 3/8/2021 11:52:17 AM)

Any update?

3/10/2021 1:18:15 PM (Delivered 3/10/2021 1:18:16 PM)

Anything??

3/3/2022 9:33:31 AM (Delivered 3/3/2022 9:33:33 AM)

Give me a call about the Marlton/Hearhermore lot. Danny Colton tells me that he isn't sure where we stand on this. I have a piece across the street and would like to do them all together. Thanks Carl

8/22/2023 8:20:06 AM (Delivered 8/22/2023 8:20:07 AM)

I see you still have the heathermore parcel. Can we discuss a sale? I would like to purchase it. Thanks Karl

8/22/2023 11:06:59 AM (Read 8/22/2023 11:07:08 AM)

Bolog (+12024945791)

Sure. Give me a call.

8/22/2023 11:07:20 AM (Delivered 8/22/2023 11:07:20 AM)

Ok. I will shortly. Thanks

8/22/2023 1:50:35 PM (Delivered 8/22/2023 1:50:37 PM)

$3 mill. 300k deposit dep goes hard/non refund after 6 months, settle in 12 months. Non contingency

8/22/2023 5:36:29 PM (Delivered 8/22/2023 5:36:30 PM)

Send me your email. I'll send you a draft contract first thing in AM. Thanks

8/22/2023 5:44:17 PM (Read 8/22/2023 5:49:01 PM)

Bolog (+12024945791)

Erik.d.bolog@gmail.com.

$3.5million.

$350k deposit (30 day study), then $350k is hard.

6 months to close. Any extension costs $50,000 per month with a max of 6 extensions. So, if you exercise all 6, the total purchase price is $3.8M.

I am not entering into a contract which restricts the ability to sell for a year for a max of $300k.

8/22/2023 6:01:26 PM (Delivered 8/22/2023 6:01:27 PM)

I'll talk with my partner and get back in the morning.

8/22/2023 6:06:20 PM (Read 8/22/2023 6:11:59 PM)

Bolog (+12024945791)

Ok

8/23/2023 10:30:38 AM (Delivered 8/23/2023 10:30:41 AM)

If we can do 2 months study, we have a deal.

8/23/2023 10:52:28 AM (Read 8/23/2023 10:52:45 AM)

Bolog (+12024945791)

I will recommend 45 day study.

DCC9

8/23/2023 10:57:49 AM (Delivered 8/23/2023 10:57:50 AM)

Send me your email address.

8/23/2023 10:58:41 AM (Read 8/23/2023 10:58:41 AM)

Bolog (+12024945791)

Erik.d.bolog@gmail.com

8/23/2023 1:39:47 PM (Delivered 8/23/2023 1:39:49 PM)

Just checking to see if you received my email?

8/23/2023 1:55:18 PM (Read 8/23/2023 2:08:26 PM)

Bolog (+12024945791)

I did and thank you.

9/19/2023 12:07:32 PM (Delivered 9/19/2023 12:07:34 PM)

Have we received anything back from the attorney?

9/19/2023 1:56:22 PM (Read 9/19/2023 2:00:59 PM)

Bolog (+12024945791)

This week

9/19/2023 2:01:02 PM (Delivered 9/19/2023 2:01:02 PM)

Ok

10/11/2023 11:16:25 AM (Delivered 10/11/2023 11:16:27 AM)

How are you feeling? What's the latest?

10/16/2023 6:55:23 PM (Delivered 10/16/2023 6:55:24 PM)

Hi Erik. Please give me a call. Thanks Karl

10/16/2023 8:40:28 PM (Read 10/16/2023 9:03:48 PM)

Bolog (+12024945791)

Hi Karl,

I am just back from m this days in hospital (triple bypass). I will call u in the am.

Best,

Erik

11/7/2023 10:51:45 AM (Read 11/7/2023 11:23:22 AM)

Bolog (+12024945791)

Karl, how are ur discussions doing re contract. Best, Erik

11/7/2023 11:23:47 AM (Delivered 11/7/2023 11:23:48 AM)

Everything is good. We are reviewing the contract changes made by Scott Taylor and probably will get it back to him in the next day or two. Thanks by the way, how are you doing?

11/7/2023 11:33:16 AM (Read 11/7/2023 11:33:48 AM)

Bolog (+12024945791)

Better each day. Thx for asking. I look forward to getting this under contract.