WERRLEIN PROPERTIES

June 7, 2024

OB, LLC
115 Grafton Street
Chevy Chase, MD 20815
ATTN: Erik D. Bolog
VIA Email: Erik.D.Bolog@gmail.com

RE: 8800 Grandhaven Avenue

Dear Mr.Bolog:

Please accept this letter to extend the closing date by one month in accordance with the Agreement dated December 19, 2023. The additional $50,000.00 deposit will be forwarded to Monarch Title, Inc.

Sincerely,

Jonathan Werrlein

Jonathan Werrlein
Managing Member

CC: Ben Horton, Esq.
Monarch Title

DCC14