**Sandy G. Stocksdale**

**From:** noreply@velocitypayment.com
**Sent:** Monday, September 30, 2024 9:24 AM
**To:** Amanda Asbacher
**Subject:** Payment Receipt: WEB Tax Collections

# Successful Payment Receipt

Please print this receipt for your records

Remittance ID: WEBTax093024091857003VRE
Payment ID: 326284622
Received: September 30, 2024 09:21AM EDT
Account Number: 1788512
Address: 008800 GRANDHAVEN AVE
Amount: $26,543.20
Convenience Fee: $1.50
Convenience Fee Type: Dual Transaction
Total Amount: $26,544.70
Transaction Type: Debit
Paid By: Check
Check Information: Corporate
Account Type: Checking
Account No. [redacted]
RTN: [redacted]
Company's Name: Democracy Capital Corp
Billing information: Address Line 1: 4800 Montgomery Lane, 10th Floor
Country: United States
City: BETHESDA
State: Maryland
ZIP Code: 20814

**Sandy G. Stocksdale**

| | |
|---|---|
| **From:** | noreply@velocitypayment.com |
| **Sent:** | Friday, September 26, 2025 12:53 PM |
| **To:** | Amanda Asbacher |
| **Subject:** | Payment Receipt: WEB Tax Collections |

# Successful Payment Receipt

Please print this receipt for your records

| | |
|---|---|
| Remittance ID: | WEBTax092625125124666VRE |
| Payment ID: | 341413563 |
| Received: | September 26, 2025 12:52PM EDT |
| Account Number: | 1788512 |
| Address: | 008800 GRANDHAVEN AVE |
| Amount: | $28,954.48 |
| Convenience Fee: | $1.50 |
| Convenience Fee Type: | Dual Transaction |
| Total Amount: | $28,955.98 |
| Transaction Type: | Debit |
| Paid By: | Check |
| Check Information: | Corporate<br>Account Type: Checking<br>Account No. [redacted]<br>RTN [redacted]<br>Company's Name: Democracy Capital Corp |
| Billing information: | Address Line 1: 4800 Montgomery Ln, 10th Floor<br>Country: United States<br>City: BETHESDA<br>State: Maryland<br>ZIP Code: 20814 |