LAW OFFICES
Gebhardt & Smith LLP

September 9, 2025

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

212969
JTH

Re: OB, LLC
Our File No.: 05549-37543

| | | | |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | | | |
| Richard A. Dubose III | 3.30 hours at 450.00/hr | | 1,485.00 |
| James T. Heidelbach | 3.50 hours at 495.00/hr | | 1,732.50 |
| TOTAL FEES | | | 3,217.50 * |
| TOTAL FEES DUE | | | $3,217.50 |
| COSTS ADVANCED: | | | |
| Title Work | | 725.00 | |
| Copy | | 1.20 | |
| Federal Express | | 29.04 | |
| TOTAL COSTS ADVANCED | | | $755.24 |
| TOTAL FEES AND COSTS BILLED | | | $3,972.74 |
| TOTAL AMOUNT DUE | | | $3,972.74 |

*See attached for details.

Wire Instructions:
To: M&T Bank
Buffalo, NY
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

ACH Credits Only:
To: M&T Bank
Baltimore, MD
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

LAW OFFICES
Gebhardt & Smith LLP

September 9, 2025
Democracy Capital Corporation
JR Schuble

DESCRIPTION OF SERVICES

Through August 31, 2025

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/24/2025 | RAD | Review loan documents and contribution agreement | 1.30 |
| 6/24/2025 | JTH | Review background documents received from B. Rosenberg | 0.90 |
| 6/24/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted] | 0.20 |
| 6/24/2025 | JTH | Review Master Assignment Agreement received from B. Rosenberg | 0.20 |
| 6/24/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted] | 0.20 |
| 6/26/2025 | JTH | Review draft Assignment received from B. Rosenberg; emails exchanged with B. Rosenberg regarding [redacted] | 0.30 |
| 6/30/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted] | 0.20 |
| 8/13/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted]; review PDF of Assignment | 0.20 |
| 8/13/2025 | JTH | Confer with R. DuBose regarding [redacted] | 0.30 |
| 8/14/2025 | JTH | Review original executed Assignment received from B. Rosenberg | 0.20 |
| 8/14/2025 | JTH | Arrange for filing of Assignment and commencement of Foreclosure | 0.30 |
| 8/21/2025 | JTH | Emails exchanged with D. Rosenberg regarding [redacted] | 0.20 |
| 8/28/2025 | RAD | Review loan documents in preparation for drafting foreclosure pleadings | 0.20 |
| 8/28/2025 | RAD | Draft order to docket | 0.90 |
| 8/28/2025 | RAD | Draft deed of appointment of substitute trustees | 0.60 |
| 8/28/2025 | RAD | Draft non military affidavit | 0.30 |
| 8/28/2025 | JTH | Confer with R. DuBose regarding [redacted] review file and assignment issues | 0.30 |
| | | Total Hours | 6.80 |

LAW OFFICES
Gebhardt & Smith LLP

October 2, 2025

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

213152
JTH

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| Richard A. Dubose III | 6.90 hours at 450.00/hr | | 3,105.00 |
| James T. Heidelbach | 5.10 hours at 495.00/hr | | 2,524.50 |
| Elizabeth D. Peters | 0.70 hours at 325.00/hr | | 227.50 |
| TOTAL FEES | | | 5,857.00 * |
| TOTAL FEES DUE | | | $5,857.00 |
| COSTS ADVANCED: | | | |
| Harbor City Research | | 318.75 | |
| Filing Fees | | 136.00 | |
| TOTAL COSTS ADVANCED | | | $454.75 |
| TOTAL FEES AND COSTS BILLED | | | $6,311.75 |
| AMOUNT DUE ON PRIOR STATEMENT | | | $3,972.74 |
| TOTAL AMOUNT DUE | | | $10,284.49 |

*See attached for details.

Wire Instructions:
To: M&T Bank
Buffalo, NY
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

ACH Credits Only:
To: M&T Bank
Baltimore, MD
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

LAW OFFICES
Gebhardt & Smith LLP

October 2, 2025
Democracy Capital Corporation
JR Schuble

| DESCRIPTION OF SERVICES | | | Hours |
|---|---|---|---|
| Through September 30, 2025 | | | |
| 9/2/2025 | RAD | Draft statement of debt | 0.30 |
| 9/2/2025 | RAD | Draft affidavit in support of order to docket | 0.70 |
| 9/2/2025 | JTH | Misc. work regarding information needed to comoplete foreclosure papers, etc. | 0.30 |
| 9/2/2025 | JTH | Correspondence sent to B. Rosenberg regarding [redacted] | 0.20 |
| 9/3/2025 | JTH | Review correspondence and pay-off information received from B. Rosenberg | 0.30 |
| 9/4/2025 | JTH | Misc. work regarding foreclosure papers | 0.20 |
| 9/9/2025 | RAD | Review payoff | 0.20 |
| 9/9/2025 | JTH | Review draft foreclosure papers; confer with R. DuBose regarding [redacted] | 0.40 |
| 9/9/2025 | JTH | Review judgment in Dynasty case | 0.10 |
| 9/9/2025 | JTH | Give instructions to D. Peters regarding discovery in aid of enforcement | 0.10 |
| 9/10/2025 | RAD | Update and revise foreclosure pleadings | 0.90 |
| 9/10/2025 | RAD | Prepare exhibits to foreclosure complaint | 0.50 |
| 9/10/2025 | RAD | Continue review and analysis of payment spreadsheet | 0.30 |
| 9/10/2025 | RAD | Telephone call with client re: [redacted] | 0.20 |
| 9/10/2025 | JTH | Review and attempt to reconcile pay-off calculations | 0.30 |
| 9/10/2025 | JTH | Correspondence sent/forward documents to B. Rosenberg regarding [redacted] | 0.20 |
| 9/10/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted] | 0.20 |
| 9/10/2025 | JTH | Telephone call with B. Rosenberg regarding [redacted] | 0.20 |
| 9/16/2025 | JTH | Review revised pay-off calculation received from B. Rosenberg; misc. work regarding revisions to foreclosure papers | 0.50 |
| 9/18/2025 | RAD | Review and revise payment history | 0.50 |
| 9/18/2025 | JTH | Misc. work regarding revised pay-off calculation | 0.30 |
| 9/23/2025 | RAD | Review and analyze payment history | 0.50 |
| 9/23/2025 | RAD | Correspondence with clients re: [redacted] | 0.10 |
| 9/23/2025 | JTH | Analyze revised pay-off calculation | 0.30 |
| 9/23/2025 | JTH | Correspondence sent to B. Rosenberg regarding [redacted] | 0.20 |
| 9/23/2025 | JTH | Telephone call with B. Rosenberg regarding [redacted] | 0.20 |
| 9/23/2025 | JTH | Review revised pay-off spreadsheet and give instructions to R. DuBose regarding same | 0.20 |
| 9/24/2025 | RAD | Update and revise statement of debt | 0.30 |
| 9/24/2025 | RAD | Correspondence with clients re: [redacted] | 0.20 |
| 9/24/2025 | JTH | Review revised foreclosure papers and confer with R. DuBose regarding same | 0.20 |

| | | | |
|---|---|---|---|
| 9/24/2025 | JTH | Correspondence sent/forward documents to B. Rosenberg regarding [redacted] | 0.20 |
| 9/25/2025 | RAD | Review foreclosure pleadings | 0.20 |
| 9/25/2025 | RAD | Correspondence with client re: [redacted] | 0.10 |
| 9/25/2025 | EDP | Finalize deed of appointment of substitute trustees before filing in Prince George's County Circuit Court | 0.70 |
| 9/29/2025 | RAD | Redact exhibits | 0.60 |
| 9/29/2025 | RAD | Finalize and file order to docket and supporting exhibits | 0.90 |
| 9/29/2025 | RAD | Begin review of loan documents in preparation for foreclosure | 0.30 |
| 9/30/2025 | RAD | Correspondence from court re: order to docket | 0.10 |
| 9/30/2025 | JTH | Misc. work regarding foreclosure issues | 0.30 |
| 9/30/2025 | JTH | Emails exchanged with B. Rosenberg regarding [redacted] | 0.20 |
| | | Total Hours | 12.70 |

LAW OFFICES
Gebhardt & Smith LLP

November 3, 2025

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

213557
JTH

Re: OB, LLC

Our File No.: 05549-37543

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | | |
| Richard A. Dubose III | 4.40 hours at 450.00/hr | 1,980.00 |
| James T. Heidelbach | 0.50 hours at 495.00/hr | 247.50 |
| TOTAL FEES | | 2,227.50 * |
| TOTAL FEES DUE | | $2,227.50 |
| COSTS ADVANCED: | | |
| Filing Fees | 113.12 | |
| Title Work | 125.00 | |
| Copy | 6.00 | |
| Postage | 19.20 | |
| TOTAL COSTS ADVANCED | | $263.32 |
| TOTAL FEES AND COSTS BILLED | | $2,490.82 |
| AMOUNT DUE ON PRIOR STATEMENT | | $10,284.49 |
| TOTAL AMOUNT DUE | | $12,775.31 |

*See attached for details.

Wire Instructions:
To: M&T Bank
Buffalo, NY
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

ACH Credits Only:
To: M&T Bank
Baltimore, MD
M&T Routing #[redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

LAW OFFICES
Gebhardt & Smith LLP

November 3, 2025
Democracy Capital Corporation
JR Schuble

| DESCRIPTION OF SERVICES | | | Hours |
|---|---|---|---|
| Through October 31, 2025 | | | |
| 10/7/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.20 |
| 10/7/2025 | RAD | Correspondence with Bill Hudson re: foreclosure and property | 0.20 |
| 10/8/2025 | RAD | Correspondence with Bill Hudson re: auction and auction proposal | 0.20 |
| 10/8/2025 | RAD | Review auction proposal | 0.20 |
| 10/8/2025 | RAD | Correspondence with Brian R. Re: [redacted] | 0.20 |
| 10/15/2025 | JTH | Misc. work regarding auctioneer issues | 0.20 |
| 10/17/2025 | RAD | Correspondence with clients re: [redacted] | 0.20 |
| 10/17/2025 | RAD | Correspondence with auctioneer re: foreclosure sale | 0.20 |
| 10/20/2025 | RAD | Review revised engagement letter and correspondence with Brian R. re: [redacted] | 0.20 |
| 10/21/2025 | RAD | Correspondence with auctioneer re: legal ad and sale | 0.10 |
| 10/21/2025 | RAD | Correspondence with title company re: foreclosure title commitment | 0.10 |
| 10/23/2025 | RAD | Begin drafting legal ad | 0.90 |
| 10/23/2025 | RAD | Correspondence with client re: [redacted] | 0.20 |
| 10/27/2025 | RAD | Correspondence with auctioneer re: legal ad | 0.10 |
| 10/28/2025 | RAD | Correspondence with auctioneer re: legal ad and sale | 0.20 |
| 10/28/2025 | RAD | Review proof of legal advertisement | 0.20 |
| 10/29/2025 | RAD | Draft notice of foreclosure to Prince George's County | 0.80 |
| 10/31/2025 | RAD | Correspondence with Brian Robinson re: [redacted] | 0.20 |
| 10/31/2025 | JTH | Misc. work regarding potential loan sale buyer; communications with B. Rosenberg and R. DuBose regarding [redacted] | 0.30 |
| | | Total Hours | 4.90 |

LAW OFFICES
Gebhardt & Smith LLP

December 3, 2025

Democracy Capital Corporation
JR Schuble
President
4800 Montgomery Lane, Suite 1000
Bethesda, Maryland 20814

214000
JTH

Re: OB, LLC

Our File No.: 05549-37543

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| Richard A. Dubose III | 13.50 hours at 450.00/hr | 6,075.00 |
| James T. Heidelbach | 6.50 hours at 495.00/hr | 3,217.50 |
| Keith M. Lusby | 4.30 hours at 450.00/hr | 1,935.00 |
| TOTAL FEES | | 11,227.50 * |
| TOTAL FEES DUE | | $11,227.50 |

COSTS ADVANCED:

| | | |
|---|---|---|
| Copy | 17.00 | |
| Process Servers | 100.00 | |
| Title Work | 100.00 | |
| Postage | 67.20 | |
| Travel | 53.25 | |
| TOTAL COSTS ADVANCED | | $337.45 |
| TOTAL FEES AND COSTS BILLED | | $11,564.95 |
| TOTAL AMOUNT DUE | | $11,564.95 |

*See attached for details.

Wire Instructions:
To: M&T Bank
Buffalo, NY
M&T Routing [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

ACH Credits Only:
To: M&T Bank
Baltimore, MD
M&T Routing # [redacted]
Deposit to: Gebhardt & Smith LLP
[redacted]

LAW OFFICES
Gebhardt & Smith LLP

December 3, 2025
Democracy Capital Corporation
JR Schuble

| DESCRIPTION OF SERVICES | | | Hours |
|---|---|---|---|
| Through November 30, 2025 | | | |
| 10/14/2025 | RAD | Correspondence with clients re: [redacted] | 0.20 |
| 10/15/2025 | RAD | Correspondence with auctioneer re: advertising and sale | 0.20 |
| 10/15/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.20 |
| 10/15/2025 | RAD | Review Maryland law re: buyer's premium and costs of sale | 0.20 |
| 11/3/2025 | RAD | Correspondence with Brian R. re [redacted] | 0.20 |
| 11/3/2025 | RAD | Draft notice of foreclosure sale to obligors | 0.90 |
| 11/3/2025 | RAD | Review title commitment and correspondence with title company | 0.30 |
| 11/3/2025 | RAD | Draft foreclosure bond application and correspondence with bonding company re: same | 0.30 |
| 11/3/2025 | RAD | Update and revise notice of foreclosure | 0.30 |
| 11/4/2025 | RAD | Correspondence with Bill Hudson re: note sale interest | 0.10 |
| 11/4/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.10 |
| 11/10/2025 | RAD | Finalize and file foreclosure bond | 0.20 |
| 11/10/2025 | RAD | Correspondence with Brian R. re [redacted] | 0.10 |
| 11/11/2025 | RAD | Correspondence with auctioneer re: note sale | 0.10 |
| 11/11/2025 | RAD | Correspondence with Brian Robinson re: foreclosure sale | 0.10 |
| 11/12/2025 | RAD | Correspondence with Bill Hudson re: note sale and auction | 0.20 |
| 11/17/2025 | RAD | Correspondence with title company re: transfer and recordation taxes | 0.20 |
| 11/17/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.20 |
| 11/17/2025 | RAD | Prepare for conference call re: foreclosure sale | 0.20 |
| 11/17/2025 | RAD | Conference call with client and Brian R. re: [redacted] | 0.50 |
| 11/17/2025 | RAD | Telephone call with clients re: [redacted] | 0.60 |
| 11/17/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.20 |
| 11/17/2025 | RAD | Telephone call with bankruptcy counsel to OB LLC | 0.40 |
| 11/18/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.30 |
| 11/18/2025 | RAD | Correspondence with auctioneer re: foreclosure | 0.20 |
| 11/18/2025 | RAD | Telephone call with potential purchaser re: status of auction | 0.20 |
| 11/18/2025 | RAD | Prepare for foreclosure sale | 0.40 |
| 11/19/2025 | RAD | Attend foreclosure sale prior to cancellation | 3.50 |
| 11/19/2025 | RAD | Review Maryland law re: impact of foreclosure on purchase contract | 0.30 |
| 11/19/2025 | RAD | Correspondence with counsel to debtor re: bankruptcy filing | 0.20 |
| 11/19/2025 | JTH | Misc. work regarding bankruptcy filing and cancellation of foreclosure sale | 0.30 |

LAW OFFICES
Gebhardt & Smith LLP

| | | | |
|---|---|---|---|
| 11/19/2025 | JTH | Review Guaranty and related materials received from B. Rosenberg | 0.50 |
| 11/20/2025 | RAD | Review guaranty | 0.20 |
| 11/20/2025 | RAD | Correspondence with Brian R. re: [redacted] | 0.10 |
| 11/20/2025 | RAD | Review Maryland law re: carve out guaranties and liability | 0.70 |
| 11/20/2025 | RAD | Telephone call with Brian R. re: [redacted] | 0.50 |
| 11/20/2025 | JTH | Review file and research on potential Guarantor liability; analyze liability issues | 1.20 |
| 11/20/2025 | JTH | Telephone call with B. Rosenberg regarding [redacted] | 0.60 |
| 11/20/2025 | JTH | Telephone call with B. Rosenberg regarding [redacted] | 0.20 |
| 11/21/2025 | KML | Case analysis and strategy regarding bankruptcy filing | 0.40 |
| 11/22/2025 | RAD | Review and analyze motion to sell | 0.30 |
| 11/24/2025 | RAD | Review/analyze response to motion to sell | 0.30 |
| 11/24/2025 | JTH | Review and analyze Sale Motion; confer with K. Lusby regarding bankruptcy strategy; potential SARE Motion, etc. | 1.50 |
| 11/24/2025 | JTH | Telephone call with B. Rosenberg regarding Sale Motion and strategy | 0.30 |
| 11/24/2025 | KML | Review foreclosure pleadings and file; review loan documents; review bankruptcy Petition; review Sale Motion; analyze SARE status; strategize path forward in case | 1.90 |
| 11/25/2025 | RAD | Review guaranty confession of judgment language for multiple confessions | 0.30 |
| 11/25/2025 | JTH | Analyze potential claims against guaranty; location for lawsuit and confessed judgment language | 0.40 |
| 11/25/2025 | JTH | Telephone call with JR Schuble and B. Rosenberg [redacted] | 0.50 |
| 11/25/2025 | JTH | Review text messages received from JR Schuble | 0.20 |
| 11/25/2025 | JTH | Prepare and electronically file Entry of Appearance in Bankruptcy case | 0.40 |
| 11/25/2025 | KML | Draft the Entries of Appearance and file same | 0.40 |
| 11/25/2025 | KML | Conference call with client [redacted] | 1.30 |
| 11/25/2025 | KML | Research ability to object to sale motion based on improper bankruptcy filing | 0.30 |
| 11/26/2025 | JTH | Telephone call with B. Rosenberg [redacted] | 0.20 |
| 11/26/2025 | JTH | Misc. work regarding potential claim against guarantor | 0.20 |
| | | Total Hours | 24.30 |

ROSENBERG | PELINO
ATTORNEYS AT LAW

6031 University Boulevard, Suite 300
Ellicott City, Maryland 21043
301.304.8230
info@r-plaw.com

# Invoice

Democracy Capital Corporation
4800 Montgomery Lane
10th Floor
Bethesda, MD 20814
Attention: J.R. Schuble

Billing Through 10/31/2019

Invoice # 1576

**ACCOUNT SUMMARY**

**RE: OB LLC**

| Item | Service Date | Total Services & Expenses | Hours | Amount |
|---|---|---|---|---|
| Rosenberg Hourly | 10/2/2019 | Telephone calls with JR.Schuble and J.Plack; review existing documents re: guarantor recourse | 0.7 | 276.50 |
| Rosenberg Hourly | 10/3/2019 | Telephone call with JR.Schuble | 0.4 | 158.00 |

| | |
|---|---|
| **Total Current Charges** | $434.50 |
| **Payments/Credits** | $0.00 |
| **Total Balance Due** | $434.50 |

*Please make checks payable to Rosenberg Pelino LLC*

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
info@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4667 |
| DATE | 04/30/2025 |
| DUE DATE | 05/30/2025 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 09/30/2024 | Balance Forward | 1,224.50 |
| | Other payments and credits after 09/30/2024 through 04/29/2025 | 1,224 50 |
| 04/30/2025 | Other invoices from this date | 0.00 |
| | New charges (details below) | 1,441.50 |
| | Total Amount Due | 1,441 50 |

| DATE | DESCRIPTION | ATTORNEY | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/04/2025 | Payoff statement; discussions with JR.Schuble regarding [redacted] | Rosenberg Hourly | 1:24 | 465.00 | 651.00 |
| 04/05/2025 | Telephone calls and emails with JR.Schuble; review payoff information | Rosenberg Hourly | 0:42 | 465.00 | 325.50 |
| 04/18/2025 | Payoff statement; review loan documents; emails with E.Bolog; telephone calls and emails with JR.Schuble | Rosenberg Hourly | 1:00 | 465.00 | 465.00 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 1,441.50 |
| BALANCE DUE | **$1,441.50** |

Please make checks payable to Rosenberg Pelino. Federal Tax Identification Number: 47-5455293.

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
info@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4784 |
| DATE | 06/30/2025 |
| DUE DATE | 07/30/2025 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 04/30/2025 | Balance Forward | 1,441.50 |
| | Other payments and credits after 04/30/2025 through 06/29/2025 | 1,441 50 |
| 06/30/2025 | Other invoices from this date | 0.00 |
| | New charges (details below) | 1,348.50 |
| | Total Amount Due | 1,348 50 |

| DATE | DESCRIPTION | ATTORNEY | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/13/2025 | Discussion with J.Heidelbach regarding [redacted]; organize and send files to litigation counsel | Rosenberg Hourly | 1:00 | 465.00 | 465.00 |
| 06/26/2025 | Review file; prepare lost note affidavit and deed of trust assignment; telephone calls and emails with J.Heidelbach and JR.Schuble | Rosenberg Hourly | 1:54 | 465.00 | 883.50 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 1,348.50 |
| BALANCE DUE | **$1,348.50** |

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
brosenberg@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4261 |
| DATE | 08/30/2024 |
| DUE DATE | 09/29/2024 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 07/31/2024 | Balance Forward | 1,066.50 |
| | Other payments and credits after 07/31/2024 through 08/29/2024 | 0 00 |
| 08/30/2024 | Other invoices from this date | 0.00 |
| | New charges (details below) | 2,251.50 |
| | Total Amount Due | 3,318 00 |

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 08/08/2024 | Review correspondence from S.Taylor (borrower's counsel) and respond; review payoff statement, loan history, etc.; telephone calls and emails with S.Taylor, JR.Schuble and J.Plack - Brian Rosenberg | 1:18 | 395.00 | 513.50 |
| 08/15/2024 | Review correspondence from borrower's counsel; review payoff calculations; telephone calls and emails with J.Plack and JR.Schuble - Brian Rosenberg | 0:48 | 395.00 | 316.00 |
| 08/19/2024 | Prepare detailed letter responding to borrower's arguments; telephone calls and emails with S.Taylor, JR.Schuble and J.Plack - Brian Rosenberg | 2:24 | 395.00 | 948.00 |
| 08/20/2024 | Revise letter to counsel and review/recalculate payoff; telephone calls and emails - Brian Rosenberg | 0:30 | 395.00 | 197.50 |
| 08/21/2024 | Telephone calls and emails with S.Taylor, JR.Schuble and J.Plack - Brian Rosenberg | 0:42 | 395.00 | 276.50 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 2,251.50 |
| BALANCE DUE | **$3,318.00** |

Please make checks payable to Rosenberg Pelino. Federal Tax Identification Number: 47-5455293.

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
brosenberg@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4206 |
| DATE | 07/31/2024 |
| DUE DATE | 08/30/2024 |

MATTER
Offen

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 07/10/2024 | Review file and issues with payoff; telephone calls and emails with JR.Schuble and J.Plack - Brian Rosenberg | 1:00 | 395.00 | 395.00 |
| 07/12/2024 | Discussions regarding payoff - Brian Rosenberg | 0:36 | 395.00 | 237.00 |
| 07/15/2024 | Review payoff; telephone calls and emails re: same - Brian Rosenberg | 0:30 | 395.00 | 197.50 |
| 07/19/2024 | Review and discuss demand letter; payoff issues; telephone calls and emails - Brian Rosenberg | 0:36 | 395.00 | 237.00 |

BALANCE DUE **$1,066.50**

Please make checks payable to Rosenberg Pelino. Federal Tax Identification Number: 47-5455293.

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
brosenberg@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4309 |
| DATE | 09/30/2024 |
| DUE DATE | 10/30/2024 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 08/30/2024 | Balance Forward | 3,318.00 |
| | Other payments and credits after 08/30/2024 through 09/29/2024 | 3,318 00 |
| 09/30/2024 | Other invoices from this date | 0.00 |
| | New charges (details below) | 1,224.50 |
| | Total Amount Due | 1,224 50 |

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 09/09/2024 | Review payment history and file; prepare and review loan payoff calculations; telephone calls and emails with JR.Schuble and J.Plack - | 3:06 | 395.00 | 1,224.50 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 1,224.50 |
| BALANCE DUE | **$1,224.50** |

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
info@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4983 |
| DATE | 10/31/2025 |
| DUE DATE | 11/30/2025 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 09/30/2025 | Balance Forward | 1,581.00 |
| | Other payments and credits after 09/30/2025 through 10/30/2025 | 0 00 |
| 10/31/2025 | Other invoices from this date | 0.00 |
| | New charges (details below) | 1,441.50 |
| | Total Amount Due | 3,022 50 |

| DATE | DESCRIPTION | ATTORNEY | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/07/2025 | Foreclosure; telephone calls and emails | Rosenberg Hourly | 1:12 | 465.00 | 558.00 |
| 10/08/2025 | Review and negotiate auctioneer's proposal; telephone calls and emails with JR.Schuble and R.Dubois | Rosenberg Hourly | 0:54 | 465.00 | 418.50 |
| 10/14/2025 | Discussions regarding advertising/marketing, auctioneer's terms, sale dates, etc.; telephone calls and emails | Rosenberg Hourly | 1:00 | 465.00 | 465.00 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 1,441.50 |
| BALANCE DUE | **$3,022.50** |

Please make checks payable to Rosenberg Pelino. Federal Tax Identification Number: 47-5455293.

6031 University Boulevard, Suite 300
Ellicott City, MD 21043
301.304.8230
info@r plaw com

ROSENBERG | PELINO
ATTORNEYS AT LAW

# INVOICE

BILL TO
Democracy Capital Corporation
4800 Montgomery Lane, Suite 1000
Bethesda, MD 20814
Attn JR Schuble

| | |
|---|---|
| INVOICE | 4936 |
| DATE | 09/30/2025 |
| DUE DATE | 10/30/2025 |

MATTER
Offen

ACCOUNT SUMMARY

| | | |
|---|---|---|
| 06/30/2025 | Balance Forward | 1,348.50 |
| | Other payments and credits after 06/30/2025 through 09/29/2025 | 1,348 50 |
| 09/30/2025 | Other invoices from this date | 0.00 |
| | New charges (details below) | 1,581.00 |
| | Total Amount Due | 1,581 00 |

| DATE | DESCRIPTION | ATTORNEY | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/10/2025 | Foreclosure; telephone calls and emails with J.Heidelbach and JR.Schuble | Rosenberg Hourly | 0:48 | 465.00 | 372.00 |
| 09/15/2025 | Prepare payoff statement; telephone calls and emails | Rosenberg Hourly | 0:54 | 465.00 | 418.50 |
| 09/24/2025 | Review and comment upon foreclosure documents; telephone calls and emails | Rosenberg Hourly | 1:00 | 465.00 | 465.00 |
| 09/25/2025 | Execution documents and coordinate signatures; payoff statement; telephone calls and emails | Rosenberg Hourly | 0:42 | 465.00 | 325.50 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 1,581.00 |
| BALANCE DUE | **$1,581.00** |

Please make checks payable to Rosenberg Pelino. Federal Tax Identification Number: 47-5455293.