Entered: September 10th, 2026
Signed: September 10th, 2026

The movant is directed to upload, within ten (10) days, an order that complies with Local Bankruptcy Rule 5005-1 and Section IV.B. of Appendix H to the Local Bankruptcy Rules (add "End of Order," signatures of counsel, and a certification of consent) and contains the correct docket number reference (reference Dkt. No. 64 instead of Dkt. No. 63).

NOT AN ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. | |

_______________________________________/

**CONSENT ORDER RESOLVING OBJECTION**
**TO CLAIM OF DEMOCRACY CAPITAL CORPORATION**

Upon consideration of the Objection to Claim of Democracy Capital Corporation, ECF No. #63 (the "Claim Objection") filed by OB LLC ("OB" or the "Debtor"), the opposition of Democracy Capital Corporation ("DCC") thereto, the record herein, governing law, and the agreement of OB and DCC, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Claim Objection be, and hereby is, SUSTAINED in part and OVERRULED in part; and it is further

ORDERED, that DCC shall have an allowed claim, in the above-captioned matter, equal to $3,750,000.00; and it is further

ORDERED, that the funds remaining in the Debtor's debtor-in-possession account shall be distributed as follows: (a) first, to payment in full of the allowed fees and expenses of the

Subchapter V Trustee; and (b) thereafter, fifty percent (50%) of the remaining balance to DCC and fifty percent (50%) of the remaining balance to the Debtor; and it is further ORDERED, that the total obligation of the Debtor, to DCC, shall be as set forth above, and the Debtor is found to have no further obligation to DCC.

Copies:
All Counsel of Record

NOT AN ORDER