Entered: September 16th, 2026
Signed: September 15th, 2026

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. | |

______________________________________/

**CONSENT ORDER RESOLVING OBJECTION**
**<u>TO CLAIM OF DEMOCRACY CAPITAL CORPORATION</u>**

Upon consideration of the Objection to Claim of Democracy Capital Corporation, ECF No. #64 (the "Claim Objection") filed by OB LLC ("OB" or the "Debtor"), the opposition of Democracy Capital Corporation ("DCC") thereto, the record herein, governing law, and the agreement of OB and DCC, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Claim Objection be, and hereby is, SUSTAINED in part and OVERRULED in part; and it is further

ORDERED, that DCC shall have an allowed claim, in the above-captioned matter, equal to $3,750,000.00; and it is further

ORDERED, that the funds remaining in the Debtor's debtor-in-possession account shall be distributed as follows: (a) first, to payment in full of the allowed fees and expenses of the

Subchapter V Trustee; and (b) thereafter, fifty percent (50%) of the remaining balance to DCC and fifty percent (50%) of the remaining balance to the Debtor; and it is further ORDERED, that the total obligation of the Debtor, to DCC, shall be as set forth above, and the Debtor is found to have no further obligation to DCC.

**END OF ORDER**

Copies:
All Counsel of Record

Seen and Agreed:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

/s/ Keith M. Lusby (signed w/ express permission)
Keith M. Lusby, Esq.
Bar No. 05596
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com
*Counsel to Democracy Capital Corporation*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

I note, however, that insofar as the signatures affixed hereto are purely electronic, and no wet ink signature is required by the Local Rules, this document *is* the "original consent order" and the signature of opposing counsel has been affixed premised upon an express e-mail authorization to do so.

/s/ Maurice B. VerStandig
Maurice B. VerStandig