United States Bankruptcy Court
District of Maryland

In re: Case No. 25-20897-MCR
OB LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdfparty Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | OB LLC, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| cr | + | Democracy Capital Corporation, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| intp | + | Werrlein Properties Limited Liability Company, McNamee Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bdept@mrrlaw.net | Sep 16 2026 19:24:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Taylor Heidelbach | jheid@gebsmith.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |

| | |
|---|---|
| Keith M. Lusby | klusby@gebsmith.com |
| Kevin R. Feig | kfeig@mhlawyers.com kfeig@ecf.courtdrive.com,jnesse@mhlawyers.com,cmartin@mhlawyers.com,BKrell@mhlawyers.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 9

Entered: September 16th, 2026

Signed: September 15th, 2026

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. | |

_____________________________________/

**CONSENT ORDER RESOLVING OBJECTION**
**TO CLAIM OF DEMOCRACY CAPITAL CORPORATION**

Upon consideration of the Objection to Claim of Democracy Capital Corporation, ECF No. #64 (the "Claim Objection") filed by OB LLC ("OB" or the "Debtor"), the opposition of Democracy Capital Corporation ("DCC") thereto, the record herein, governing law, and the agreement of OB and DCC, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Claim Objection be, and hereby is, SUSTAINED in part and OVERRULED in part; and it is further

ORDERED, that DCC shall have an allowed claim, in the above-captioned matter, equal to $3,750,000.00; and it is further

ORDERED, that the funds remaining in the Debtor's debtor-in-possession account shall be distributed as follows: (a) first, to payment in full of the allowed fees and expenses of the

Subchapter V Trustee; and (b) thereafter, fifty percent (50%) of the remaining balance to DCC and fifty percent (50%) of the remaining balance to the Debtor; and it is further ORDERED, that the total obligation of the Debtor, to DCC, shall be as set forth above, and the Debtor is found to have no further obligation to DCC.

**END OF ORDER**

Copies:
All Counsel of Record

Seen and Agreed:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

/s/ Keith M. Lusby (signed w/ express permission)
Keith M. Lusby, Esq.
Bar No. 05596
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5028
klusby@gebsmith.com
*Counsel to Democracy Capital Corporation*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

I note, however, that insofar as the signatures affixed hereto are purely electronic, and no wet ink signature is required by the Local Rules, this document *is* the "original consent order" and the signature of opposing counsel has been affixed premised upon an express e-mail authorization to do so.

/s/ Maurice B. VerStandig
Maurice B. VerStandig