Entered: October 16th, 2026
Signed: October 16th, 2026

**SO ORDERED**




Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| In re:<br><br>OB LLC,<br><br>Debtor. | Case Number: 25-20897-MCR<br>(Chapter 11, Subchapter V) |

ORDER DIRECTING DEBTOR TO COMPLY
WITH LOCAL BANKRUPTCY RULE 3022-1

On November 19, 2025, OB LLC (the "Debtor") commenced this Chapter 11 proceeding and elected to proceed under Subchapter V of the Bankruptcy Code, and on February 17, 2026, the Court entered an Order Non-Consensually Confirming Second Amended Plan of Reorganization under 11 U.S.C. § 1191(b) [ECF No. 69].

Local Bankruptcy Rule 3022-1, which governs the administration of confirmed Chapter 11 plans, provides in relevant part:

> The debtor or plan administrator must file with the Court and serve on the United States Trustee reports of progress towards full administration of the plan until the Court enters a final decree. The first report must be filed no later than six (6) months after entry of the order of confirmation. Subsequent reports must be filed every six (6) months thereafter.

Md. L. Bankr. R. 3022-1(a)(2).

The Debtor has failed to file one or more post-confirmation reports as required by Local Bankruptcy Rule 3022-1(a)(2).

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor shall comply with Local Bankruptcy Rule 3022-1(a)(2) by filing all delinquent reports within fourteen (14) days of entry of this Order; and it is further

ORDERED, that if the Debtor fails to file the delinquent reports as set forth herein, the Court may dismiss this case without further notice or a hearing.

cc: Debtor – OB LLC
Debtor's Counsel – Maurice Belmont Verstandig
Subchapter V Trustee – Stephen A. Metz
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**