**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-20897-MCR |
| OB LLC | Chapter 11 |
| Debtor. | |

______________________________________/

**NOTICE OF SUBSTANTIAL CONSUMMATION**
**AND REQUEST FOR ENTRY OF DISCHARGE**

Comes now OB LLC ("OB"), by and through undersigned counsel, pursuant to the order confirming a plan of reorganization in this case, ECF No. 69, and the rigors of Local Rule 3022-1(a)(1), and gives notice that there has occurred a substantial consummation of the plan of reorganization (the "Plan"), ECF No. 50, in this case.

On or about October 28, 2026, OB disbursed $244,345.00 to Democracy Capital Corporation. On or about November 9, 2026, undersigned counsel received a disbursement of $28,586.90 from OB, as and for professional fees in this matter. On November 23, 2026, a payment of $11,310.00 was made—from funds held in trust by undersigned counsel, for the benefit of OB—to Offit Kurman, P.A., as and for payment of the subchapter V trustee's fees in this matter.

There do not exist any remaining obligations under the Plan, with the claims of all creditors having now been paid in full. And OB thusly suggests the Plan to have been substantially consummated.

The foregoing considered, pursuant to section 9.01 of the Plan and Local Rule 3022-1(a)(3), OB requests this Honorable Court enter a discharge in this matter. Upon entry of such a discharge, OB will file a motion for entry of a final decree, *see* Local Rule 3022-1(a)(4), therein also seeking closure of this case.

Respectfully submitted,

Dated: November 23, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- James Taylor Heidelbach jheid@gebsmith.com
- Nicole C. Kenworthy bdept@mrrlaw.net
- Keith M. Lusby klusby@gebsmith.com
- Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.